2009-01294
FILED
December 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002287849

**109**

1  T. SCOTT BELDEN, CSB NO. 184387
   HAGOP T. BEDOYAN, CSB NO. 131285
2  TERRENCE T. EGLAND, CSB NO. 240911
   KLEIN, DENATALE, GOLDNER,
3     COOPER, ROSENLIEB & KIMBALL, LLP
   4550 California Avenue, Second Floor
4  Bakersfield, California 93309
   Telephone: (661) 395-1000
5  Facsimile: (661) 326-0418
   tegland@kleinlaw.com
6
7  Attorneys for Ennis Homes, Inc., debtor-in-possession

8              **UNITED STATES BANKRUPTCY COURT**

9        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11 In re:                              Case No.  09-10848-A-11

12 ENNIS HOMES, INC.,                  Chapter  11

13        Debtor.                      Judge:   Whitney Rimel

14

15 ENNIS HOMES, INC.,                  Adv. Proc. No.

          Plaintiff,                  COMPLAINT FOR:
16                                       **1. Breach of Contract**
   vs.                                   **2. Breach of Contract**
17                                       **2. Turnover of Property of the**
   CHICAGO TITLE COMPANY, a                 **Estate—11 U.S.C. § 542**
18 California Corporation, CHICAGO       **3. Declaratory Relief—**
   TITLE INSURANCE COMPANY, a               **11 U.S.C. §§ 362 and 541**
19 Nebraska Corporation, and DOES 1
   through 10.
20
          Defendants.
21

22        Ennis Homes, Inc., debtor-in-possession in Case No. 09-10848-A-11, alleges against

23 Chicago Title Company, Chicago Title Insurance Company, and Does 1 through 10 the

24 following:

25 **I.      Jurisdiction and Venue**

26        1.      This adversary proceeding is brought under Rule 7001 of the Federal Rules of

27 Bankruptcy Procedure (the "Bankruptcy Rules") and seeks recovery of property of the estate

28 from eight separate escrow accounts held by defendants Chicago Title Insurance Company

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

1    and/or Chicago Title Company with reference to the sale of eight residential homes sold by

2    Ennis Homes, Inc.

3         2.       This adversary proceeding is a "core" proceeding under 28 U.S.C. §§

4    157(b)(2)(A) and (E).

5         3.       Jurisdiction in this Court is proper under 28 U.S.C. § 1334.

6         4.       Venue in this Court is proper under 28 U.S.C. § 1409(a).

7    **II.    Parties**

8         5.       Ennis Homes, Inc. ("Debtor" or "Plaintiff"), is a California corporation that is a

9    residential construction home builder, conducting business primarily in Central California.

10   Ennis Homes commenced its Chapter 11 case by filing its Voluntary Petition under Chapter 11

11   of the Code on February 2, 2009.

12        6.       Plaintiff is informed and believes, and on that basis alleges, that Defendant

13   Chicago Title Company is now, and at all times mentioned in this Complaint was, a corporation

14   organized and existing under the laws of the State of California, having its principal place of

15   business at 2500 N. Redhill Avenue, Santa Ana, California 92705.  Chicago Title Company

16   does business in Fresno County from its location at 7330 N. Palm Avenue, Suite 101, Fresno,

17   California, 93711.

18        7.       Plaintiff is informed and believes, and on that basis alleges, that Defendant

19   Chicago Title Insurance Company is now, and at all times mentioned in this Complaint was, a

20   corporation organized and existing under the laws of the State of Nebraska and duly registered

21   with and authorized by the California Secretary of State to do business in California.  Chicago

22   Title Insurance Company has its principal place of business in California at 2500 N. Redhill

23   Avenue, Santa Ana, California 92705.  Chicago Title Insurance Company does business in

24   Fresno County from its location at 7330 N. Palm Avenue, Suite 101, Fresno, California, 93711.

25        8.       Defendants Chicago Title Company and Chicago Title Insurance Company are

26   collectively referred to as "Defendants" or "Chicago Title" in this Complaint.

27        9.       Plaintiff is ignorant of the true names and capacities, whether individual,

28   corporate, associate, or otherwise, of the defendants sued herein as Does 1 through 10, and

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

therefore sues these defendants by fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff alleges that each of the defendants designated as Doe is the recipient of property of the estate described in this complaint, which is recoverable by Plaintiff. Allegations against each defendant named in this Complaint are alleged against each Doe defendant.

10. At all times mentioned, each of the defendants was the agent, employee and/or representative of each of the remaining defendants and was at all times acting within the purpose and scope of that agency, employment, and/or representation, and each defendant has ratified and approved the actions of the remaining defendants.

### III. General Allegations

11. On February 2, 2009, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. On Schedule "B", Debtor listed as personal property a total of $618,441.42 held in escrow by Defendants in connection with disputed liens on completed sales of eight Debtor-constructed residential houses. The sums held by Defendants were deposited by Debtor in accordance with two indemnity agreements that provided for the issuance of title insurance for the eight houses in exchange for the indemnification of Defendants by Debtor for costs associated with the mechanic's liens, outstanding invoices, and taxes against the properties.

12. On October 31, 2008, Debtor and Defendants entered into a *Special Indemnity Agreement* (the "First Agreement") that applied to seven residential houses built by Debtor. The First Agreement is attached as Exhibit "1" and incorporated here by this reference. Debtor deposited $508,879.31 into escrow with Defendants for the purpose of securing Debtor's obligation to pay the amounts owed under the mechanic's liens, outstanding invoices, and taxes.

13. The following are the affected properties under the First Agreement, along with the amounts owing under mechanic's liens, the outstanding invoices for each property at the time the First Agreement was entered into, and the status of the claims:

a. 523 S. Cloverleaf Street, Porterville, Tulare County, California 93257, which is Lot 297 of the development known as New Expressions, Phase Five (and

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

more particularly described in Exhibit "A" to Exhibit "1");

    1. Amount owed under mechanic's liens:  $13,988.16;

    2. Outstanding invoices:  $74,633.37 (amount includes sums claimed in mechanic's liens);

    3. Debtor is informed and believes, and on that basis alleges, that the mechanic's lien in the amount of $1,889.52 filed by Fenceworks on October 28, 2009, and reasserted on January 28, 2009 (shortly before the petition date), appears to be the only valid mechanic's lien, and may be the only valid secured claim subject to the provisions of the First Agreement.

b. 580 S. Cloverleaf Street, Porterville, Tulare County, California 93257, which is Lot 290 of the development known as New Expressions Phase Five (and more particularly described in Exhibit "B" to Exhibit "1");

    1. Amount owed under mechanic's liens:  $12,499.96;

    2. Outstanding invoices:  $65,066.08 (amount includes sums claimed in mechanic's liens);

    3. Debtor is informed and believes, and on that basis alleges, that the mechanic's lien in the amount of $763.75 filed by Fenceworks on October 28, 2009, and reasserted on January 28, 2009 (shortly before the petition date), appears to be the only valid mechanic's lien, and may be the only valid secured claim subject to the provisions of the First Agreement.

c. 935 N. Silver Maple Street, Porterville, Tulare County, California 93257, which is Lot 133 of the development known as William Ranch Phase Four (and more particularly described in Exhibit "C" to Exhibit "1");

    1. Amount owed under mechanic's liens:  $21,732.89;

    2. Outstanding invoices:  $87,563.47 (amount includes sums claimed in mechanic's liens);

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

3. Debtor is informed and believes, and on that basis alleges, that the mechanic's lien in the amount of $1,919.00 filed by Fenceworks on October 28, 2009, and reasserted on January 28, 2009 (shortly before the petition date), appears to be the only valid mechanic's lien, and may be the only valid secured claim subject to the provisions of the First Agreement.

d. 2848 Lakeridge Court, Tulare, Tulare County, California 93274, which is Lot 19 of the development known as Shadow Wood (and more particularly described in Exhibit "D" to Exhibit "1");

    1. Outstanding invoices: $19,464.24.

e. 1211 W. Muir Way, Hanford, Kings County, California 93230, which is Lot 83 of the development known as Arbork Park (and more particularly described in Exhibit "E" to Exhibit "1");

    1. Amount owed under mechanic's liens: $10,827.10;

    2. Outstanding invoices: $5,250.48 (amount includes sums claimed in mechanic's liens).

f. 10905 Trentadue Drive, Bakersfield, Kern County, California 93312, which is Lot 48 in the development known as Eagle Ranch (and more particularly described in Exhibit "F" to Exhibit "1");

    1. Amount owed under mechanic's liens: $74,802.94;

    2. Outstanding invoices: $81,341.81 (amount includes sums claimed in mechanic's liens).

    3. Debtor is informed and believes, and on that basis alleges, that the mechanic's lien in the amount of $1,497.15 filed by Fenceworks on October 28, 2009, and reasserted on January 28, 2009 (shortly before the petition date), appears to be the only valid mechanic's lien, and may be the only valid secured claim subject to the provisions of the First Agreement.

g.   1255 W. Muir Way, Hanford, Kings County, California 93230, which is Lot
     81 of the development known as Arbor Park (and more particularly
     described in Exhibit "G" to Exhibit "1");

     1.   Amount owed under mechanic's liens: $72,657.36;

     2.   Outstanding invoices:  $24,306.78 (amount includes sums claimed
          in mechanic's liens).

14.   On December 23, 2008, Debtor and Defendants entered into a *Special Indemnity Agreement* (the "Second Agreement") that applied to one residential house built by Debtor. The Second Agreement is attached as Exhibit "2" and incorporated here by this reference. Debtor deposited $109,562.11 into escrow with Defendants for the purpose of securing Debtor's obligation to pay the amounts owed under the mechanic's liens, outstanding invoices, and taxes.

15.   The following is the affected property under the Second Agreement, along with the amounts owing under mechanic's liens, outstanding invoices, and property taxes for the property at the time the Second Agreement was entered into:

     a.   2174 W. Bel-Aire Court, Porterville, Tulare County, California 93257,
          which is Lot 168 of the development known as Williams Ranch Phase Four
          (and more particularly described in Exhibit "A" to Exhibit "2");

          1.   Amount owed under mechanic's liens: $35,040.98;

          2.   Outstanding invoices:  $117,646.69 (amount includes sums claimed
               in mechanic's liens);

          3.   Property Taxes: $20,839.85.

16.   Debtor is informed and believes that all of the mechanic's liens, except for the above mentioned mechanic's liens of Fenceworks, have been either (1) released by a document recorded with the appropriate county recording office, resulting in no amount due, or (2) expired due to inaction by the claimant, resulting in unsecured claims that must be asserted by the claimants in the bankruptcy case.  In either case, any amounts owed are no longer subject to the First Agreement and the escrow funds must be turned over to Debtor.

1    17.    Debtor is informed and believes that all of the outstanding invoices have either

2    been paid in the ordinary course of business, or are unsecured claims in the bankruptcy case.  In

3    either case, those amounts are no longer subject to the First Agreement.

4    18.    Debtor has repeatedly requested that Defendants release the funds held in

5    escrow under the First and Second Agreements, but Defendants have refused and continue to

6    refuse to release the Debtor's funds.  There remains no valid mechanic's liens or outstanding

7    invoices preventing the release of the funds, save the possibly valid mechanic's liens of

8    Fenceworks in the total amount of $6,069.42, which are secured claims in Debtor's bankruptcy

9    case in any event.  Any and all remaining claims are unsecured claims in Debtor's bankruptcy

10   case.  Thus, there remains due and owing to Debtor a total of $618,441.42, plus interest at the

11   legal rate.

**IV.    Claims for Relief**

    **A.    First Claim for Relief—Breach of Contract**

12   19.    Debtor realleges and incorporates here by this reference paragraphs 1 through

15   18.

16   20.    Defendants breached the First Agreement in that Defendants have failed to

17   release the full amount due and owing under the First Agreement despite the fact that there are

18   no longer any obligations secured by the funds held under the First Agreement and Debtor's

19   repeated requests to Defendants that the funds be released.  There is now due, owing, and

20   unpaid since February 2, 2009, a balance of $508,879.31, plus interest at the legal rate.

21   21.    Debtor has performed all things necessary and required of Debtor under the First

22   Agreement, except to the extent that Debtor was excused from performing by the breaches of

23   Defendants alleged above.

24   22.    Under paragraph 5 of the First Agreement, Plaintiff is entitled to payment of all

25   costs, expenses, and attorneys' fees incurred in enforcing the First Agreement against

26   Defendants.

27   23.    As a result of said breaches of the First Agreement, Debtor has been damaged in

28   the sum of $508,879.31, plus interest at the legal rate, attorneys' fees, expenses, and costs

KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP  4550 CALIFORNIA AVENUE, SECOND FLOOR  BAKERSFIELD, CALIFORNIA 93309

1  under paragraph 5 of the First Agreement, and in such additional sums as will be proven at

2  trial.

3       **B.**     **Second Claim for Relief—Breach of Contract**

4       24.     Debtor realleges and incorporates here by this reference paragraphs 1 through

5  18.

6       25.     Defendants breached the Second Agreement in that Defendants have failed to

7  release the full amount due and owing under the Second Agreement despite the fact that there

8  are no longer any obligations secured by the funds held under the Second Agreement and

9  Debtor's repeated requests to Defendants that the funds be released.  There is now due, owing,

10  and unpaid since February 2, 2009, a balance of $109,562.11, plus interest at the legal rate.

11       26.     Debtor has performed all things necessary and required of Debtor under the

12  Second Agreement, except to the extent that Debtor was excused from performing by the

13  breaches of Defendants alleged above.

14       27.     Under paragraph 5 of the Second Agreement, Plaintiff is entitled to payment of

15  all costs, expenses, and attorneys' fees incurred in enforcing the Second Agreement against

16  Defendants.

17       28.     As a result of said breaches of the Second Agreement, Debtor has been damaged

18  in the sum of $109,562.11, plus interest at the legal rate, attorneys' fees, expenses, and costs

19  under paragraph 5 of the Second Agreement, and in such additional sums as will be proven at

20  trial.

21       **C.**     **Third Claim for Relief—Turnover of Property of The Estate—11 U.S.C.**

22            **§ 542**

23       29.     Debtor realleges and incorporates here by this reference paragraphs 1 through

24  18, 20 through 23, and 25 through 28.

25       30.     The $508,879.31 received and held by Defendants under the First Agreement,

26  and the $109,562.11 received and held by Defendants under the Second Agreement (the total

27  sum of $618,441.42 is collectively referred to as the "Funds"), are property of the estate and are

28  property for which Debtor may use, sell, or lease under 11 U.S.C. § 363.

*KLEIN, DENATALE, GOLDNER,*
*COOPER, ROSENLIEB & KIMBALL, LLP*
*4550 CALIFORNIA AVENUE, SECOND FLOOR*
*BAKERSFIELD, CALIFORNIA 93309*

31.     Under 11 U.S.C. § 542, Debtor is entitled to receive a judgment directing Defendants to turnover the Funds, or in the alternative, an award of damages against Defendants in favor of Debtor for the amount of the Funds.

**Fourth Claim for Relief—Declaratory Relief—11 U.S.C. §§ 362 and 541**

32.     Debtor realleges and incorporates here by this reference paragraphs 1 through 18, 20 through 23, 25 through 28, and 30 through 31.

33.     An actual controversy has arisen and now exists between Debtor and Defendants regarding their respective interests in the Funds.

34.     Defendants assert that the Funds are not property of the estate and remain Defendants collateral under the First and Second Agreements.

35.     Debtor asserts that the Funds are no longer security under the First and Second Agreement, and that the Funds are property of the estate entitling Debtor to an order directing Defendants to turn the Funds over to the bankruptcy estate.

36.     Debtor desires a judicial determination of its interests in the Funds in relation to the interests of Defendants. Debtor believes such a declaration is necessary and appropriate at this time under all of the circumstances.

WHEREFORE, Debtor prays that this Court enter a judgment as follows:

**On the First Claim for Relief:**

Debtor is awarded damages in the amount of $508,879.31, plus interest at the legal rate, attorneys' fees, expenses, and costs under paragraph 5 of the First Agreement, and in such additional sums as will be proven at trial.

**On the Second Claim for Relief:**

Debtor is awarded damages in the amount of $109,562.11, plus interest at the legal rate, attorneys' fees, expenses, and costs under paragraph 5 of the Second Agreement, and in such additional sums as will be proven at trial.

**On the Third Claim for Relief:**

Debtor is authorized to recover the Funds from Defendants, or the fair market value of the Funds.

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

**On the Fourth Claims for Relief:**

For a judicial determination that the Funds are property of the estate.

**As to All Claims for Relief:**

1.    Plaintiff shall recover costs of suit incurred; and

2.    Plaintiff shall have such other and further relief as the Court deems just and proper.

Dated:  December 15, 2009

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ Terrence T. Egland
TERRENCE T. EGLAND, Attorneys for
Ennis Homes, Inc.

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

Indemnity No.          Order No.  See Attached Exhibits          Date          October 31, 2008

## SPECIAL INDEMNITY AGREEMENT

THIS INDEMNITY AGREEMENT (hereinafter referred to as this "Agreement") is executed this 31st, day of   October, 2008, by ENNIS HOMES, INC. (hereinafter referred to as "INDEMNITOR") for the benefit of CHICAGO TITLE INSURANCE COMPANY, a corporation (hereinafter referred to as "COMPANY").

1.  This Agreement covers any part, parcel, or subdivision of the real property (hereinafter referred to as the "Real Property") in the County of Tulare, State of California, described on **Exhibits A, B, C, D, E, F and G** attached hereto.

2.  INDEMNITOR has requested the COMPANY to issue its policy(s) of title insurance insuring an interest in the Real Property without taking exception to the following matters:

Recorded mechanic's liens attached as **Exhibits A, B, C, D, E, F and G** and any subsequent recorded mechanic's liens affecting the herein-described properties, and

Outstanding invoices as per Invoices by Project by Job by Vendor list attached as **Exhibits A, B, C, D, E, F and G.**

3.  INDEMNITOR (whether as owner of, part owner of, or having an interest in the Real Property or in a corporation, partnership, joint venture or other entity which is the owner of, part owner of, or has an interest in the Real Property, or otherwise) has an interest in the issuance of, and desires COMPANY from time to time to issue, policies of title insurance, or endorsements thereof, covering the Real Property or lots or portions thereof, insuring against loss which may be sustained by reason of the matters referred to in Paragraph 2, or without exception as to the matters referred to in Paragraph 2.

4.  Nothing herein shall be construed as an obligation on the part of COMPANY to issue any of the policies or insurance mentioned in this Agreement.  However, if COMPANY does issue any such policies or insurance or issue hold harmless or indemnity letters to induce other title insurance companies to issue title insurance policies, then INDEMNITOR shall be deemed to have concurrently given the assurances and made the a greements h erein s et f orth f or t he b enefit o f COMPANY.

5.  In order to induce COMPANY to issue and in consideration of the issuance by COMPANY of such policies of title insurance and endorsements as it may be willing to issue,

1

**Exhibit**_____/_____

**Page**_____(l_____

INDEMNITOR promises and agrees to hold harmless, protect and indemnify COMPANY from and against any and all liabilities, losses, damages, expenses, charges, and fees, including but not limited to attorneys' fees and expenses of litigation, which it may sustain, under each and every policy or policies of title insurance or endorsements thereof which it may at any time issue, resulting directly or indirectly from the matters referred to in Paragraph 2, and to pay all costs, expenses and attorneys' fees incurred in enforcement of this Agreement.

6.   It is understood and agreed that COMPANY may rely upon this Agreement in issuing any policy, policies or endorsements covering all or any portion of the Real Property, whether or not INDEMNITOR is the person ordering the same, regardless of any change in ownership of the title to the Real Property or any portion thereof or any change in the nature of INDEMNITOR's interest in the same; that the issuance of any such policy or policies or endorsements in the manner desired by INDEMNITOR may cause COMPANY to deem it necessary or expedient for practical business reasons to issue other policies or endorsements covering the Real Property, without showing therein, as matters not insured against, the matters referred to in Paragraph 2; and therefore the obligations of INDEMNITOR hereunder shall not be limited to policies initially issued covering the Real Property or portions thereof but shall apply also to any policy or policies of title insurance subsequently issued covering the Real Property or portions thereof; provided, however, that INDEMNITOR may, at any time, deliver written notice to COMPANY of INDEMNITOR's election to exclude from the future application of this Agreement any of the Real Property upon which COMPANY has not issued a policy or endorsement in reliance upon this Agreement. INDEMNITOR's election shall be effective on the fifth (5th) business day following receipt by COMPANY of the above-referenced notice.

7.   INDEMNITOR agrees that it is directly and primarily liable to COMPANY and that the obligations of INDEMNITOR hereunder are independent of the obligations of any other indemnitor or third party owing to COMPANY.   If more than one person signs this Agreement as INDEMNITOR, the obligation hereunder shall be joint and several.   INDEMNITOR agrees that any release which may be given by COMPANY to any other indemnitor or third party shall not release INDEMNITOR from the payment and performance of its obligations under this Agreement.  As a condition to the payment and performance by INDEMNITOR of its obligations under this Agreement, COMPANY shall not be required to, and INDEMNITOR hereby waives any and all rights to require COMPANY to prosecute or seek to enforce any remedies against any other indemnitor or third party,  or with respect to any security interests, liens or encumbrances granted to COMPANY by any other indemnitor or third party.   INDEMNITOR also agrees that its obligations under this Agreement shall not be impaired or affected by any modification, supplement, or amendment to any policy, policies or endorsements issued regarding the Real Property, nor by any release or other alteration of any security pledged by any other indemnitor or third party, nor by any agreements or arrangements whatsoever with any other indemnitor or third party.

8.   Without affecting any of INDEMNITOR's obligations owing to COMPANY under this Agreement, INDEMNITOR hereby agrees that COMPANY may elect, in its sole and absolute

Exhibit_____/_____

Page_____/2_____

discretion, to retain legal counsel of its choice on behalf of COMPANY's Insureds in connection with a ny c laims, d isputes, d emands, or actions made or arising in connection with the subject matter of this Indemnity or any policy or policies of title insurance or endorsements thereof issued covering the Real Property, and COMPANY may, in its sole and absolute discretion, settle or compromise any such claim, dispute, demand or action on such terms and in such a manner as COMPANY deems appropriate. COMPANY is under no obligation to accept INDEMNITOR's selection of counsel. At COMPANY's option it may suggest to its Insureds that counsel recommended by I NDEMNITOR b e r etained f or t he d efense o f t he I nsureds. I NDEMNITOR agrees to underwrite the fees, costs and expenses associated with the defense of the Insureds. Any counsel selected by the INDEMNITOR to represent COMPANY's Insureds must be acceptable to the Insureds and be independent counsel free of any conflict of interest.

9. INDEMNITOR is presently informed of the condition and status of the Real Property and of all other circumstances which a diligent inquiry would reveal and which bear upon the risk of liability of INDEMNITOR under this Agreement. INDEMNITOR hereby covenants that it will continue to keep itself informed of the condition and status of the Real Property, the status of other indemnitors, if any, and of all other circumstances which bear upon the risk of liability of INDEMNITOR under this Agreement. Absent a written request for such information by INDEMNITOR to COMPANY, INDEMNITOR hereby waives its right, if any, to require COMPANY to disclose to it any information which COMPANY may now or hereafter acquire concerning such condition or circumstances including, but not limited to, the release of or revocation by any other indemnitor.

10. INDEMNITOR hereby waives any defense arising by reason of any claim or defense based upon an election of remedies by COMPANY, which, in any manner impairs, affects, reduces, releases, destroys and/or extinguishes INDEMNITOR's subrogation rights, reimbursement rights, and/or any other rights of INDEMNITOR to proceed against any other indemnitor or against any other third party or security. INDEMNITOR waives all presentments, demands for performance, notices of non-performance, protests, notices of protest, notices of dishonor, notices of default, notice of acceptance of this Agreement, and notices of the existence, creation, or issuance of any new or additional policy or policies of title insurance, and of endorsements thereof, regarding the Real Property, and all other notices or formalities to which INDEMNITOR may be entitled.

11. This Agreement shall be binding upon the successors and assigns of INDEMNITOR and shall inure to the benefit of COMPANY's successors and assigns. The death, the incapacity, the lack of authority, the disability, and/or the dissolution of INDEMNITOR or any other indemnitor shall not terminate or otherwise impair COMPANY's rights under this Agreement.

12. INDEMNITOR agrees that this agreement is not intended to give any benefits, rights, privileges, actions, or remedies to any person, partnership, firm, or corporation other than COMPANY and INDEMNITOR under any theory of law.

Exhibit _____ 1 _____

Page _____ 13 _____

13.    INDEMNITOR ACKNOWLEDGES THAT HE/IT IS EXECUTING THIS
AGREEMENT BECAUSE OF THE BENEFITS DIRECTLY OR INDIRECTLY
ACCRUING TO HE/IT BY REASON OF THE ISSUANCE OF THE SAID
POLICIES.

In witness whereof the undersigned INDEMNITOR has executed this Agreement this 31st
day of October, 2008.

"INDEMNITOR"

Ennis Homes, Inc., a California Corporation

By
President and CEO

By
Vice-President and Secretary

**DEPOSIT ACCOUNT RIDER TO SPECIAL INDEMNITY AGREEMENT**

4

**Exhibit** 1
**Page** 14

THIS DEPOSIT ACCOUNT RIDER (this "Rider"), dated October 31, 2008,
is entered into between      ENNIS HOMES, INC., a California Corporation,
("INDEMNITOR"), and CHICAGO TITLE INSURANCE COMPANY, a corporation,

(hereinafter referred to as "COMPANY") and is hereby made a part of and incorporated into that certain Special Indemnity Agreement (the "Agreement"), dated October 31, 2008 , between INDEMNITOR and COMPANY.

The parties agree as follows:

1.   All capitalized terms contained in this Rider shall have the same definition so set forth in the Agreement unless they are specifically defined in this Rider.

2.   In addition to the provisions contained in the Agreement, and as security for the payment and performance by INDEMNITOR of any and all of its obligations under the Agreement, INDEMNITOR agrees to promptly deposit or cause to be deposited as collateral with COMPANY the sum of $ 508,879.31   and grants a security interest in the collateral (hereinafter referred to as the "Reserve").  The Reserve (including any interest received thereon) and any other sums held by COMPANY hereunder shall constitute a deposit which shall be held by COMPANY as security for the performance of any and all of the obligations of INDEMNITOR under this Agreement. INDEMNITOR hereby authorizes COMPANY, in its sole and absolute discretion, to use all or any portion or portions of the Reserve to pay or to reimburse itself for the payment of any sums which INDEMNITOR has agreed to pay or reimburse COMPANY for pursuant to the terms of the Agreement and which INDEMNITOR failed to promptly pay upon demand, or any sum which, in the discretion of COMPANY, it may be required to pay for the protection of COMPANY's insureds or itself.  COMPANY is authorized to and agrees that it will promptly deposit the Reserve in a deposit account in the name of COMPANY with a financial institution selected by COMPANY in its sole and absolute discretion.  INDEMNITOR hereby assigns to COMPANY the account so established and all of its rights therein, which account shall be the property of COMPANY only. COMPANY agrees, however, to hold, use and disburse said account and the funds represented thereby only under the provisions of the Agreement and this Rider.

Any interest received by COMPANY on funds so deposited shall be deemed to be included in the Reserve held by COMPANY under this Rider.  COMPANY, in its sole and absolute discretion, may use or may distribute to INDEMNITOR any such interest without impairing any of the obligations of INDEMNITOR under the Agreement.  COMPANY shall have no obligation to collect interest on the Reserve or to see to the payment or crediting thereof, nor any responsibility or liability for the Reserve or any interest thereon in the event of any failure or refusal or inability of the financial institution to repay the amount represented by the deposit account or any portion thereof.  At such time as all obligations of INDEMNITOR under the Agreement have been fully

Exhibit_____1____
Page_____15____

performed and the title to t he R eal P roperty i s f ree o f t he e ffect o f t he m atters r eferred t o i n Paragraph 2 of the Agreement and of any claim based thereon or resulting therefrom, and COMPANY has no unsatisfied claim against it which is indemnified against by INDEMNITOR pursuant to the Agreement, COMPANY agrees that it will repay to INDEMNITOR the amount of the Reserve and any other deposits received by COMPANY from INDEMNITOR less any sums properly expended by or owing to COMPANY under the provisions of the Agreement. COMPANY shall not be obligated to resort to the Reserve before enforcing any obligations of INDEMNITOR under the Agreement, but shall, notwithstanding its holding of the Reserve, have the right to enforce the obligations of INDEMNITOR by any lawful means without first resorting to the Reserve in the same manner and to the same extent as if no security for such obligations were held by COMPANY.

3.  Any one or more of the following events shall constitute an event of default by INDEMNITOR under this Rider:

(A)  If INDEMNITOR fails to pay when due and payable or on the date when declared due and payable, any of its obligations owing to COMPANY under the Agreement or this Rider; or

(B)  If INDEMNITOR fails or neglects to perform, keep or observe any term, provision, condition, covenant, agreement, warranty or representation contained in the Agreement, this Rider, or any other present or future agreement between INDEMNITOR and COMPANY.

4.  Upon the occurrence of an event of default by INDEMNITOR under the Agreement or this Rider, COMPANY may, at its election, without notice of its election and without demand, do any one or more of the following, all of which are authorized by INDEMNITOR:

(A)  Declare INDEMNITOR's obligations, arising under the Agreement or otherwise immediately due and payable;

(B)  Cease issuing policies of title insurance covering the Real Property.

5.  COMPANY's rights and remedies under this Rider and all other agreements shall be cumulative. COMPANY shall have all other rights and remedies not inconsistent herewith as are provided by law or in equity. No exercise by COMPANY of one right or remedy shall be deemed an election, and no waiver by COMPANY of any default on INDEMNITOR's part shall be deemed a continuing waiver. No delay by COMPANY shall constitute a waiver, election or acquiescence by it.

IN WITNESS WHEREOF, the parties thereto have caused this Rider to be executed as of

6

Exhibit 1
Page 16

the date first hereinabove written.

'INDEMNITOR"

Ennis Homes, Inc., a California Corporation

By _____
President and CEO

By _____
Vice-President and Secretary

7

Exhibit_____ 1_____

Page_____ 17_____

# Exhibit "A"

Escrow No. 42109271-KH – Closed on October 16, 2008

Project:  NEW EXPRESSIONS

Property:  Lot 297 New Expressions Phase 5

        523 S. Cloverleaf Street
        Porterville CA 93257

**Exhibit** _1_

**Page** _18_

**Escrow No.:** 08-42109271-KH
**Locate No.:** CACTI7754-7754-4421-0042109271
**Title No.:** 08-42109271-CU

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF PORTERVILLE, COUNTY OF TULARE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 297 of New Expressions Phase Five, in the City of Porterville, County of Tulare, State of California, according to the map thereof recorded May 21, 2007 in Book 42 Page 68 of Plats, Tulare County Records.

APN:

Exhibit Page - Legal(exhibit)(08-07)

**Exhibit** /

**Page** 19

2008-0069618

Recorded                | REC FEE     29.00
Official Records         |
County of                |
Tulare                   |
GREGORY B. HARDCASTLE    |
Clerk Recorder           |
                         | OR
08:01AM 15-Oct-2008      | Page 1 of 4

RECORDING REQUESTED BY

Sacramento Building Products, Inc.

AND WHEN RECORDED MAIL TO
Sacramento Building Products
P. O. BOX 815
WEST SACRAMENTO, CA 95691

## Mechanic's Lien

The Undersigned,   **Sacramento Building Products**        Claimant, claims a mechanic's lien upon

(Name of person or firm as it appears on Mechanic's Lien)

the following described real property:

City of: **DINUBA, PORTERVILLE, TULARE, VISALIA**    County of:   **TULARE**          , State of California and

described as: **ENNIS HOMES - SEE ATTACHED**

The sum of:    **$138,800.97**   together with interest thereon at the rate of %18 percent per annum from

**06/19/08**     is due Claimant (after deducting all just credits and offsets) for the following labor, services,

equipment and/or materials furnished by Claimant:        **INSULATION, CABINET, FIREPLACE, GUTTER**

Claimant furnished the labor, services, equipment and/or materials at the request of, or under contract with:

**ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257**

The name(s) and address(es) of the owners or reputed owners of the property is/are:

**ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257**

Date: 10-9-2008           Name of Claimant: Sacramento Building Products

By:  _____
    Candice Kenney, Regional Credit Manager

### VERIFICATION

I, the undersigned, declare: I am the Credit Manager of the Claimant of the foregoing mechanic's lien; I am
authorized to make this Verification. I have read said claim of mechanic's lien and know the contents thereof;
the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/9/08   at Sacramento, California   _____
                                                   Candice Kenney, for Sacramento Building Products

Exhibit _____1_____

Page _____20_____

| INV # | COMMUNITY | AMOUNT DUE |
|---|---|---|
| | **PARKSIDE VILLAGE, DINUBA** | |
| 44760BL | 1677 EL PASO AVE, DINUBA | $ 794.04 |
| 44674CD | 1677 EL PASO AVE, DINUBA | $ 953.81 |
| 44674CI | 1677 EL PASO AVE, DINUBA | $ 2,384.53 |
| 44874CP | 1677 EL PASO AVE, DINUBA | $ 106.62 |
| 63971BL | 1503 EL PASO AVE, DINUBA | $ 340.56 |
| 63971BT | 1503 EL PASO AVE, DINUBA | $ 613.00 |
| 63972BL | 1519 EL PASO AVE, DINUBA | $ 503.43 |
| 63972BT | 1519 EL PASO AVE, DINUBA | $ 764.87 |
| 63973BT | 1504 SAN ANTONIA AVE, DINUBA | $ 567.83 |
| 63973BL | 1504 SAN ANTONIA AVE, DINUBA | $ 374.41 |
| 62572CD | 1504 SAN ANTONIA AVE, DINUBA | $ 562.16 |
| 62572CI | 1504 SAN ANTONIA AVE, DINUBA | $ 1,405.39 |
| 62572CP | 1504 SAN ANTONIA AVE, DINUBA | $ 839.99 |
| 63974B2 | 1564 SAN ANTONIA AVE, DINUBA | $ 337.15 |
| 63964CP | 1564 SAN ANTONIA AVE, DINUBA | $ 842.83 |
| 67795FI | 1623 EL PASO AVE, DINUBA | $ 630.43 |
| | | |
| | **THE RANCH, PORTERVILLE** | |
| 47184B2 | 4441 WEST PROSPECT, VISALIA | $ 454.41 |
| 47184BL | 4441 WEST PROSPECT, VISALIA | $ 757.28 |
| 45322CD | 4441 WEST PROSPECT, VISALIA | $ 1,488.52 |
| 45322CI | 4441 WEST PROSPECT, VISALIA | $ 5,954.07 |
| 45322CP | 4441 WEST PROSPECT, VISALIA | $ 2,203.24 |
| | | |
| | **WILLIAMS RANCH, PORTERVILLE** | |
| 63557BL | 945 N. SILVER MAPLE ST., PORTERVILLE | $ 792.51 |
| 66631BL | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 777.22 |
| 66631BT | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 1,183.03 |
| 65118CD | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 1,211.15 |
| 65118CI | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 3,290.89 |
| 65118CP | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 1,809.59 |
| 67045BT | 966 N. RED OAK ST., PORTERVILLE | $ 1,049.70 |
| 66635BL | 2174 W. BEL AIR COURT, PORTERVILLE | $ 721.44 |
| 66635BT | 2174 W. BEL AIR COURT, PORTERVILLE | $ 1,093.33 |
| 65117CD | 2174 W. BEL AIR COURT, PORTERVILLE | $ 1,143.82 |
| 65117CI | 2174 W. BEL AIR COURT, PORTERVILLE | $ 2,859.55 |
| 66636BL | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 634.51 |
| 66636BT | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 949.89 |
| 64533CD | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 626.50 |
| 64533CI | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 1,856.70 |
| 64533CP | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 936.05 |
| | | |
| | **MADISON CROSSING, VISALIA** | |
| 66178BT | 2641 N. MENDONCA ST, VISALIA | $ 865.32 |
| 63693CD | 2641 N. MENDONCA ST, VISALIA | $ 840.29 |
| 63693CI | 2641 N. MENDONCA ST, VISALIA | $ 2,100.72 |
| 63693CP | 2641 N. MENDONCA ST, VISALIA | $ 1,248.78 |
| 66178BL | 2641 N. MENDONCA ST, VISALIA | $ 567.46 |
| 62568CD | 3450 W. LARK AVE, VISALIA | $ 1,209.27 |
| 62568CI | 3450 W. LARK AVE, VISALIA | $ 2,888.80 |
| 62568CP | 3450 W. LARK AVE, VISALIA | $ 1,716.68 |

Exhibit ___1___

Page ___21___

| 67042GU | 3450 W. LARK AVE, VISALIA | $ | 892.74 |
| 64766BL | 3450 W. LARK AVE, VISALIA | $ | 785.96 |
| 68177BT | 3040 W. LARK AVE, VISALIA | $ | 1,375.03 |

| | **SILVER OAKS, VISALIA** | | |
|---|---|---|---|
| 65903BL | 4013 W. BUENA VISTA AVE, VISALIA | $ | 893.23 |
| 65904BL | 3951 W. BUENA VISTA AVE, VISALIA | $ | 781.81 |
| 63691CD | 3951 W. BUENA VISTA AVE, VISALIA | $ | 1,729.17 |
| 63691CI | 3951 W. BUENA VISTA AVE, VISALIA | $ | 2,208.70 |
| 6739CP | 3951 W. BUENA VISTA AVE, VISALIA | $ | 1,325.22 |
| 67392BL | 4023 W. BUENA VISTA AVE, VISALIA | $ | 520.03 |
| 67392BT | 4023 W. BUENA VISTA AVE, VISALIA | $ | 790.82 |
| 67597BL | 1648 N. FULGHAM ST, VISALIA | $ | 790.78 |
| 67597BT | 1648 N. FULGHAM ST, VISALIA | $ | 1,198.48 |
| 63692CD | 4013 W. BUENA VISTA AVE, VISALIA | $ | 671.92 |
| 63692CI | 4013 W. BUENA VISTA AVE, VISALIA | $ | 1,679.79 |
| 63692CP | 4013 W. BUENA VISTA AVE, VISALIA | $ | 1,007.88 |
| 64408CD | 4023 W. BUENA VISTA AVE, VISALIA | $ | 572.61 |
| 64408CI | 4023 W. BUENA VISTA AVE, VISALIA | $ | 1,431.53 |
| 65119CD | 1648 N. FULGHAM ST, VISALIA | $ | 1,008.98 |
| 65119CI | 1648 N. FULGHAM ST, VISALIA | $ | 2,786.24 |

| | **COTTONWOOD, TULARE** | | |
|---|---|---|---|
| 63793CP | 2379 TAHOE AVE, TULARE | $ | 910.73 |
| 65754CD | 2307 TUOLUMNE AVE, TULARE | $ | 929.81 |
| 65754CI | 2307 TUOLUMNE AVE, TULARE | $ | 2,588.32 |
| 65754CP | 2307 TUOLUMNE AVE, TULARE | $ | 1,386.52 |
| 66248CD | 3003 PLACER ST, TULARE | $ | 981.85 |
| 66248CI | 3003 PLACER ST, TULARE | $ | 1,987.45 |
| 66790BL | 2307 TUOLUMNE AVE, TULARE | $ | 782.57 |
| 66790BT | 2307 TUOLUMNE AVE, TULARE | $ | 1,182.46 |
| 67500BL | 3003 PLACER ST, TULARE | $ | 774.17 |
| 67500BT | 3003 PLACER ST, TULARE | $ | 1,169.85 |

| | **EAGLE GLEN, VISALIA** | | |
|---|---|---|---|
| 67046BT | 1727 S. Casablanca St, Visalia | $ | 794.28 |
| 64071CD | 1727 S. Casablanca St, Visalia | $ | 864.11 |
| 64071CI | 1727 S. Casablanca St, Visalia | $ | 1,481.42 |
| 33731CD | 4325 E. Cambridge Ave, Visalia | $ | 1,671.28 |
| 33731CI | 4325 E. Cambridge Ave, Visalia | $ | 4,445.90 |
| 33758CD | 4316 E. Cambridge Ave, Visalia | $ | 1,199.46 |
| 33758CI | 4316 E. Cambridge Ave, Visalia | $ | 3,264.35 |
| 33763CD | 4317 E. Cambridge Ave, Visalia | $ | 1,156.32 |
| 33763CI | 4317 E. Cambridge Ave, Visalia | $ | 3,093.80 |
| 33763CP | 4317 E. Cambridge Ave, Visalia | $ | 1,723.45 |
| 63542CD | 1749 Laguna St, Visalia | $ | 892.99 |
| 63542CI | 1749 Laguna St, Visalia | $ | 1,655.50 |
| 63542CP | 1749 Laguna St, Visalia | $ | 993.30 |
| 33800CD | 4135 E. Hillcrest Ave, Visalia | $ | 706.00 |
| 33800CI | 4135 E. Hillcrest Ave, Visalia | $ | 1,847.50 |
| 67047BT | 4135 E. Hillcrest Ave, Visalia | $ | 1,008.36 |

Exhibit _____ 1
Page _____ 22

## NEW EXPRESSIONS

| | | | |
|---|---|---|---|
| 6719998T | 480 S. Cloverleaf St, Porterville | $ | 728.18 |
| 67333FD | 480 S. Cloverleaf St, Porterville | $ | 158.77 |
| 67333FI | 480 S. Cloverleaf St, Porterville | $ | 836.31 |
| 67204BT | 490 S. Cloverleaf St, Porterville | $ | 713.70 |
| 66086BT | 500 S. Cloverleaf St, Porterville | $ | 733.12 |
| 66086BL | 500 S. Cloverleaf St, Porterville | $ | 485.45 |
| 64410CD | 500 S. Cloverleaf St, Porterville | $ | 455.29 |
| 64410CI | 500 S. Cloverleaf St, Porterville | $ | 1,138.23 |
| 64410CP | 500 S. Cloverleaf St, Porterville | $ | 680.61 |
| 65235BT | 540 S. Cloverleaf St, Porterville | $ | 737.36 |
| 65235BL | 540 S. Cloverleaf St, Porterville | $ | 485.45 |
| 65233BL | 550 S. Cloverleaf St, Porterville | $ | 485.45 |
| 63689CD | 550 S. Cloverleaf St, Porterville | $ | 456.40 |
| 63689CI | 550 S. Cloverleaf St, Porterville | $ | 1,141.00 |
| 63689CP | 550 S. Cloverleaf St, Porterville | $ | 676.95 |
| 65234BL | 560 S. Cloverleaf St, Porterville | $ | 485.45 |
| 63690CD | 560 S. Cloverleaf St, Porterville | $ | 455.98 |
| 63690CI | 560 S. Cloverleaf St, Porterville | $ | 1,139.89 |
| 63690CP | 560 S. Cloverleaf St, Porterville | $ | 676.95 |
| 66076BT | 580 S. Cloverleaf St, Porterville | $ | 796.98 |
| 66076BL | 580 S. Cloverleaf St, Porterville | $ | 525.67 |
| 64532CD | 580 S. Cloverleaf St, Porterville | $ | 575.15 |
| 64532CI | 580 S. Cloverleaf St, Porterville | $ | 1,437.89 |
| 64532CP | 580 S. Cloverleaf St, Porterville | $ | 858.49 |
| 67207BT | 533 S. Cloverleaf St, Porterville | $ | 713.70 |
| 66077BL | 523 S. Cloverleaf St, Porterville | $ | 525.67 |
| 66077BT | 523 S. Cloverleaf St, Porterville | $ | 796.98 |
| 67294CD | 523 S. Cloverleaf St, Porterville | $ | 578.57 |
| 67294CI | 523 S. Cloverleaf St, Porterville | $ | 1,441.42 |
| 67294CP | 523 S. Cloverleaf St, Porterville | $ | 858.49 |

|  |  |  |
|---|---|---|
| SUBTOTAL | $ | 138,771.97 |
| LIEN FEES | $ | 29.00 |
| TOTAL OF LIEN-TULARE COUNTY | $ | 138,800.97 |

Exhibit _____ 1

Page _____ 23

|||||||||||||||||||||||||||||||||||||

## 2008-0068707

| Recorded | REC FEE | 13.00 |
| Official Records | | |
| County of | CONFORMED COPY | 1.00 |
| Tulare | | |
| GREGORY B. HARDCASTLE | | |
| Clerk Recorder | | |
| | NS | |
| 06:01AM 10-Oct-2008 | Page 1 of 2 | |

RECORDING REQUESTED BY AND
WHEN RECORDED, MAIL TO:

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Attn: Howard S. Nevins, Esq.

_____

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## NOTICE AND CLAIM OF MECHANIC'S LIEN

NOTICE IS HEREBY GIVEN that Whirlpool Corporation, a corporation, claims a lien upon the real property described below for labor, services, materials, and/or equipment; specifically, for appliances **furnished by the claimant, pursuant to California Civil Code § 3110,** Whirlpool Corporation, and actually used in the construction of that certain work of improvement now upon and located on the real property located in the County of Tulare, State of California, and particularly described as follows:

523 S. Cloverleaf Street (Lot 297)
Porterville, CA 93257

Said work of improvement as a whole and the whole of all said work of improvement and the land described above are sought to be charged with this lien.

The last known name and addresses of the owner of said real property are: ENNIS HOMES, INC., 643 N. WESTWOOD STREET, PORTERVILLE, CA 93257.

ENNIS HOMES, INC., is the name of the person to whom claimant furnished the labor, services, materials, and/or equipment, which said labor, services, materials, and/or equipment were actually used therein in the construction of said commercial buildings.

ENNIS HOMES, INC., was the contractor and person in charge of the work of improvement as a whole, and the work of improvement was made with the knowledge of and pursuant to the authority of ENNIS HOMES, INC.

The contract price of said labor, services, materials, and/or equipment was and is the sum of $1,079.43, and said sum was and is the reasonable value thereof. There is now due, owing, and unpaid, the sum of $1,079.43, after all adjustments, and after deducting all just credits and offsets, and the same has not been paid.

WHEREFORE, the undersigned claims the benefit of the law relative to mechanics' liens and works of improvements, to wit: Division 3 Title 15 of the Civil Code of the State of California.

_Howard S. Nevins_
Howard S. Nevins
Attorney for Claimant Whirlpool Corporation

1

TitleWorks Description: Ron / Tulare / Year.Inst: 2008-068707 / Page 1 of 2 /
Order:

Exhibit ___1___

Page ___24___

## VERIFICATION

    I declare that I am the owner/officer/authorized representative of claimant named in the foregoing claim of lien, and am authorized to make this verification for and on behalf of said claimant, and I make this verification for that reason. I have read the claim of lien and know the contents thereof and the same is true and contains among other things, a correct statement of claimant's demand after deducting all just credits and offsets.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 8, 2008, at Sacramento, California.

Howard S. Nevins
Attorney for Claimant Whirlpool Corporation

2

Exhibit _____1_____

Page _____25_____

**2008-0073228**

```
          Recorded       | REC FEE      10.00
       Official Records   |
         County of        | CONFORMED COPY 1.00
           Tulare         |
    GREGORY B. HARDCASTLE  |
       Clerk Recorder      |
                          | DJF
   12:33PM 31-Oct-2008    | Page 1 of 1.
```

RECORDING REQUESTED BY & MAIL TO:

NAME    **Fenceworks, Inc.**

STREET
ADDRESS    **4750 Burr Street, Suite B**

CITY, STATE &
ZIP CODE    **Bakersfield, CA 93308**

—— SPACE ABOVE THIS LINE FOR RECORDER'S USE ——

# STATE OF CALIFORNIA MECHANIC'S LIEN
## (Claim of Lien)

The undersigned, **Fenceworks**

<small>(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN - CONTRACTORS USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)</small>

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of **Tulare**, State of California, and described as follows:

**"New Expressions" project, Porterville, CA**

**523 S. Cloverleaf St. Lot: 297, Phase: 05**

<small>(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED. ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)</small>

After deducting all just credits and offsets, the sum of $ **1,889.52**

<small>(AMOUNT OF CLAIM DUE AND UNPAID)</small>

together with interest thereon at the rate of **12** per cent per annum from **October 22**, **2008**, is due

<small>(DATE WHEN AMOUNT OF CLAIM BECAME DUE)</small>

claimant for the following labor, services, equipment and/or materials furnished by Claimant:

**Fence Material and Labor**

<small>(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)</small>

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is **Ennis Homes, Inc.**

**643 N. Westwood Street, Porterville, CA 93257**

<small>(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH, CLAIMANT FOR THE WORK AND/OR MATERIALS)</small>

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **Ennis Homes**

**643 N. Westwood Street, Porterville, CA 93257**

<small>(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)</small>

Name of Claimant **Fenceworks**

By _David Hall_      **David Hall - Assoc. Manager**

## VERIFICATION

I, the undersigned, declare: I am the **Assoc. Mgr.** of **Fenceworks**

<small>(TITLE)      (NAME OF CLAIMANT)</small>

the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**October 30**, **2008**      _David Hall_    **David Hall - Assoc. Manager**

<small>(DATE OF SIGNATURE)      (SIGNATURE OF THE INDIVIDUAL WHO VERIFIES THAT THE CONTENTS OF THE CLAIM OF MECHANIC'S LIEN ARE TRUE)</small>

<small>BEFORE YOU USE THIS FORM FILL IN ALL BLANKS AND MAKE WHATEVER CHANGES ARE APPROPRIATE AND NECESSARY TO YOUR PARTICULAR TRANSACTION CONSULT A LAWYER IF YOU DOUBT THE FORM'S FITNESS FOR YOUR PURPOSE AND USE   www.TheContractorsGroup.com MAKES NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO THE MERCHANTABILITY OR FITNESS OF THIS FORM FOR AN INTENDED USE OR PURPOSE    REV 07-03</small>

Exhibit _____1_____

Page _____26_____

RECORDING REQUESTED BY

BMC West Corp.

1330 N MAPLE AVE

FRESNO, CA 93703

    AND WHEN RECORDED MAIL TO:

BMC West Corp.

1330 N. Maple Ave.

Fresno, CA 93703



2008-0074091

Recorded | REC FEE   18.00
Official Records |
County of |
Tulare |
GREGORY B. HARDCASTLE |
Clerk Recorder |

06:01AM 05-Nov-2008 | DJF
| Page 1 of 1

—— SPACE ABOVE THIS LINE FOR RECORDER'S USE ——

## MECHANICS' LIEN

The undersigned BMC West Corp.
<small>[Name of person or firm claiming mechanics' lien. Contractors with name exactly as it appears on contractor's license]</small>

Claimant claims a mechanics' lien upon the following described real property:

City of __Porterville__ , County of __Tulare__ , California,

__New Expressions Lot-5297__
<small>[General description of property where the work or materials were furnished. A street address is sufficient, but, if possible, use both street address and legal description.]</small>

__523 S Cloverleaf__

__Porterville, CA__

The sum of $ __6820.08__ together with interest thereon
<small>[Amount of claim due and unpaid]</small>

at the rate of __18__ percent per annum from __01-10-08__
<small>[Date when balance became due]</small>

is due claimant after deducting all just credits and offsets for the following work and materials furnished

by claimant __LUMBER/BUILDING MATERIALS/LABOR__
<small>[Insert general description of work or materials furnished]</small>

Claimant furnished the work and materials at the request of, or under contract with

ENNIS HOMES   643 N WESTWOOD STREET, PORTERVILLE, CA 93257
<small>[Name of person or firm who ordered or contracted for the work of materials]</small>

The owners and reputed owners of the real property or leasehold interest are _____

ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257
<small>[Insert name of owner of real property. This can be obtained from the County Recorder]</small>

Firm Name __BMC West Corp.__

By: _____
<small>[Signature of claimant or authorized agent]</small>

Chris Johnson

## VERIFICATION

I, the undersigned, say: I am the __ADMINISTRATIVE MANAGER OF__
<small>[President of," "Manager of," "A partner of," "Owner of," etc.]</small>

the claimant of the foregoing mechanics' lien. I have read said claim of mechanics' lien and know the
contents thereof; the same is true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/3/08__ at __FRESNO__ , California.
<small>[Date of Signature]</small>          <small>[City Where Signed]</small>

<small>[Personal signature of the individual who is swearing that the contents of the claim of mechanics' lien are true.]</small>

Chris Johnson

<small>© VFR, Inc., P.O. Box 7, Loomis, CA 95650 (916) 652-7237      FORM D</small>

Exhibit __1__

Page __27__

| Vendor | | Amount Original | Amount Paid | Amount Outstanding |
|---|---|---|---|---|
| 012 | NEW EXPRESSIONS 05-297 | | | |
| 012-05-297 | Close Date 10-16-2008 | | | |
| ANCHLIGH | Anchor Lighting | 476.92 | .00 | 476.92 |
| BLANCUST | Blanks Cstm Drywll & Pnt | 4,250.00 | .00 | 4,250.00 |
| BLPAINT | Bill Slatten Painting | 2,366.32 | .00 | 2,366.32 |
| BMCWESTF | BMC West Corp Frame | 5,352.78 | .00 | 5,352.78 |
| CENTVLYO | Central Valley Overhd Dr | 365.00 | .00 | 365.00 |
| COULTERS | Coultrs Of Prtrvll, Inc | 2,750.55 | .00 | 2,750.55 |
| CUSTVENT | Custom Vents | 122.84 | .00 | 122.84 |
| FENCEWOR | Fenceworks Inc | 1,889.52 | .00 | 1,889.52 |
| FREEMANC | Freeman Cement | 10,734.08 | .00 | 10,734.08 |
| FSDOOR | F & S Shower Door | 422.00 | .00 | 422.00 |
| GANGNAIL | Gang Nail Truss Co Inc | 2,817.97 | .00 | 2,817.97 |
| LINKENTE | LinkUs Enterprises Inc. | 2,775.00 | .00 | 2,775.00 |
| LOUITHOM | Louis Thompson Excavatn | 350.00 | .00 | 350.00 |
| MASTGARD | Master Gardens Landscape | 1,700.00 | .00 | 1,700.00 |
| MORTBROW | Morton & Brwn Plmbng Inc | 6,100.00 | .00 | 6,100.00 |
| NELSROOF | Nelson Roofing Inc. | 3,873.00 | .00 | 3,873.00 |
| PORCITY | City Of Porterville | 9,983.60 | 9,983.60 | .00 |
| QUALAIR | Quality Air | 3,514.36 | .00 | 3,514.36 |
| RBCCLEAN | R & B Construction Clnup | 2,457.96 | .00 | 2,457.96 |
| RES-PEST | Res-Com Pest Control | 156.87 | .00 | 156.87 |
| SACRBLDC | Sacramento Bld Cabinets | 2,856.00 | .00 | 2,856.00 |
| SACRBLDI | Sacramento Bld Insulatn | 1,297.50 | .00 | 1,297.50 |
| SCEROSE | S C E | 28.96 | .00 | 28.96 |
| SCGUTI | S C G | 28.24 | .00 | 28.24 |
| STARELEC | Star Electric Inc | 3,914.00 | .00 | 3,914.00 |
| SUMMPURT | Summer Purtle | 224.10 | .00 | 224.10 |
| TRIVALLE | Tri Valley Plastrng Inc. | 3,368.10 | .00 | 3,368.10 |
| VISACOUN | Visal Cntr Top Desgn Inc | 1,240.00 | .00 | 1,240.00 |
| VISAPIPE | Visalia Pipe & Supply | 853.77 | .00 | 853.77 |
| WHIRINC | Whirlpool Inc | 1,079.43 | .00 | 1,079.43 |
| WINDPLUS | Windows Plus LLC | 1,547.10 | .00 | 1,547.10 |
| XAVISAHA | Xavier Sahagun Constrctn | 5,721.00 | .00 | 5,721.00 |
| Job Total | | 84,616.97* | 9,983.60* | 74,633.37* |
| Project Total: | | 84,616.97* | 9,983.60* | 74,633.37* |
| Report Totals: | | 84,616.97* | 9,983.60* | 74,633.37* |

Exhibit _____ 1

Page _____ 28

# Exhibit "B"

Escrow No. 42109197-KH – Closed on October 16, 2008

Project:  NEW EXPRESSIONS

Property:  Lot 290 New Expressions Phase 5

        580 S. Cloverleaf Street
        Porterville CA 93257

**Exhibit** _____1_____

**Page** _____29_____

**Escrow No.:** 08-42109197-KH
**Locate No.:** CACTI7754-7754-4421-0042109197
**Title No.:** 08-42109197-CU

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF PORTERVILLE, COUNTY OF TULARE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 290 of New Expressions Phase Five, in the City of Porterville, County of Tulare, State of California, according to the map thereof recorded May 21, 2007 in Book 42 Page 68 of Plats, Tulare County Records.

APN:

Exhibit Page - Legal(exhibit)(08-07)

**Exhibit**    1

**Page**    30

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**2008-0069618**

| | |
|---|---|
| Recorded | REC FEE      29.00 |
| Official Records | |
| County of | |
| Tulare | |
| GREGORY B. HARDCASTLE | |
| Clerk Recorder | |
| 08:01AM 15-Oct-2008 | DR |
| | Page 1 of 4 |

RECORDING REQUESTED BY

Sacramento Building Products, Inc.

AND WHEN RECORDED MAIL TO
Sacramento Building Products
P. O. BOX 815
WEST SACRAMENTO, CA 95691

# Mechanic's Lien

The Undersigned,   **Sacramento Building Products**          Claimant, claims a mechanic's lien upon

(Name of person or firm as it appears on Mechanic's Lien)

the following described real property:

City of: DINUBA, PORTERVILLE, TULARE, VISALIA   County of:   TULARE          , State of California and

described as: ENNIS HOMES - SEE ATTACHED

The sum of:   $ 138,800.97   together with interest thereon at the rate of %18 percent per annum from

06/19/08   is due Claimant (after deducting all just credits and offsets) for the following labor, services,

equipment and/or materials furnished by Claimant:       **INSULATION, CABINET, FIREPLACE, GUTTER**

Claimant furnished the labor, services, equipment and/or materials at the request of, or under contract with:

ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257

The name(s) and address(es) of the owners or reputed owners of the property is/are:

ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257

Date: 10-9-2008          Name of Claimant: Sacramento Building Products

By:   *Candice Kenney*

Candice Kenney, Regional Credit Manager

## VERIFICATION

I, the undersigned, declare: I am the Credit Manager of the Claimant of the foregoing mechanic's lien; I am
authorized to make this Verification. I have read said claim of mechanic's lien and know the contents thereof;
the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/9/08   at Sacramento, California   *Candice Kenney*

Candice Kenney, for Sacramento Building Products

Exhibit   1

Page   31

| INV # | COMMUNITY | AMOUNT DUE |
|---|---|---|
| **PARKSIDE VILLAGE, DINUBA** | | |
| 44760BL | 1677 EL PASO AVE, DINUBA | $ 794.04 |
| 44674CD | 1677 EL PASO AVE, DINUBA | $ 953.81 |
| 44674CI | 1677 EL PASO AVE, DINUBA | $ 2,384.53 |
| 44674CP | 1677 EL PASO AVE, DINUBA | $ 106.62 |
| 63971BL | 1503 EL PASO AVE, DINUBA | $ 340.56 |
| 63971BT | 1503 EL PASO AVE, DINUBA | $ 613.00 |
| 63972BL | 1519 EL PASO AVE, DINUBA | $ 503.43 |
| 63972BT | 1519 EL PASO AVE, DINUBA | $ 764.87 |
| 63973BT | 1504 SAN ANTONIA AVE, DINUBA | $ 567.83 |
| 63973BL | 1504 SAN ANTONIA AVE, DINUBA | $ 374.41 |
| 62572CD | 1504 SAN ANTONIA AVE, DINUBA | $ 562.16 |
| 62572CI | 1504 SAN ANTONIA AVE, DINUBA | $ 1,405.39 |
| 62572CP | 1504 SAN ANTONIA AVE, DINUBA | $ 839.99 |
| 63974B2 | 1564 SAN ANTONIA AVE, DINUBA | $ 337.15 |
| 63964CP | 1564 SAN ANTONIA AVE, DINUBA | $ 842.83 |
| 67795FI | 1623 EL PASO AVE, DINUBA | $ 630.43 |
| | | |
| **THE RANCH, PORTERVILLE** | | |
| 47184B2 | 4441 WEST PROSPECT, VISALIA | $ 454.41 |
| 47184BL | 4441 WEST PROSPECT, VISALIA | $ 757.28 |
| 45322CD | 4441 WEST PROSPECT, VISALIA | $ 1,488.52 |
| 45322CI | 4441 WEST PROSPECT, VISALIA | $ 5,954.07 |
| 45322CP | 4441 WEST PROSPECT, VISALIA | $ 2,203.24 |
| | | |
| **WILLIAMS RANCH, PORTERVILLE** | | |
| 63557BL | 945 N. SILVER MAPLE ST., PORTERVILLE | $ 792.51 |
| 66631BL | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 777.22 |
| 66631BT | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 1,183.03 |
| 65118CD | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 1,211.15 |
| 65118CI | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 3,290.89 |
| 65118CP | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 1,809.59 |
| 67045BT | 966 N. RED OAK ST., PORTERVILLE | $ 1,049.70 |
| 66635BL | 2174 W. BEL AIR COURT, PORTERVILLE | $ 721.44 |
| 66635BT | 2174 W. BEL AIR COURT, PORTERVILLE | $ 1,093.33 |
| 65117CD | 2174 W. BEL AIR COURT, PORTERVILLE | $ 1,143.82 |
| 65117CI | 2174 W. BEL AIR COURT, PORTERVILLE | $ 2,859.55 |
| 66636BL | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 634.51 |
| 66636BT | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 949.89 |
| 64533CD | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 626.50 |
| 64533CI | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 1,856.70 |
| 64533CP | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 936.05 |
| | | |
| **MADISON CROSSING, VISALIA** | | |
| 66178BT | 2641 N. MENDONCA ST, VISALIA | $ 865.32 |
| 63693CD | 2641 N. MENDONCA ST, VISALIA | $ 840.29 |
| 63693CI | 2641 N. MENDONCA ST, VISALIA | $ 2,100.72 |
| 63693CP | 2641 N. MENDONCA ST, VISALIA | $ 1,248.78 |
| 66178BL | 2641 N. MENDONCA ST, VISALIA | $ 567.46 |
| 62568CD | 3450 W. LARK AVE, VISALIA | $ 1,209.27 |
| 62568CI | 3450 W. LARK AVE, VISALIA | $ 2,888.80 |
| 62568CP | 3450 W. LARK AVE, VISALIA | $ 1,716.68 |

Exhibit _____ 1

Page _____ 32

| 67042GU | 3450 W. LARK AVE, VISALIA | $ | 892.74 |
| 64766BL | 3450 W. LARK AVE, VISALIA | $ | 785.98 |
| 68177BT | 3040 W. LARK AVE, VISALIA | $ | 1,375.03 |

**SILVER OAKS, VISALIA**

| 65903BL | 4013 W. BUENA VISTA AVE, VISALIA | $ | 893.23 |
| 65904BL | 3951 W. BUENA VISTA AVE, VISALIA | $ | 781.81 |
| 63691CD | 3951 W. BUENA VISTA AVE, VISALIA | $ | 1,729.17 |
| 63691CI | 3951 W. BUENA VISTA AVE, VISALIA | $ | 2,208.70 |
| 6739CP | 3951 W. BUENA VISTA AVE, VISALIA | $ | 1,325.22 |
| 67392BL | 4023 W. BUENA VISTA AVE, VISALIA | $ | 520.03 |
| 67392BT | 4023 W. BUENA VISTA AVE, VISALIA | $ | 790.82 |
| 67597BL | 1648 N. FULGHAM ST, VISALIA | $ | 790.78 |
| 67597BT | 1648 N. FULGHAM ST, VISALIA | $ | 1,198.48 |
| 63692CD | 4013 W. BUENA VISTA AVE, VISALIA | $ | 671.92 |
| 63692CI | 4013 W. BUENA VISTA AVE, VISALIA | $ | 1,679.79 |
| 63692CP | 4013 W. BUENA VISTA AVE, VISALIA | $ | 1,007.88 |
| 64408CD | 4023 W. BUENA VISTA AVE, VISALIA | $ | 572.61 |
| 64408CI | 4023 W. BUENA VISTA AVE, VISALIA | $ | 1,431.53 |
| 65119CD | 1648 N. FULGHAM ST, VISALIA | $ | 1,008.98 |
| 65119CI | 1648 N. FULGHAM ST, VISALIA | $ | 2,786.24 |

**COTTONWOOD, TULARE**

| 63793CP | 2379 TAHOE AVE, TULARE | $ | 910.73 |
| 65754CD | 2307 TUOLUMNE AVE, TULARE | $ | 929.81 |
| 65754CI | 2307 TUOLUMNE AVE, TULARE | $ | 2,588.32 |
| 65754CP | 2307 TUOLUMNE AVE, TULARE | $ | 1,386.52 |
| 66248CD | 3003 PLACER ST, TULARE | $ | 981.85 |
| 66248CI | 3003 PLACER ST, TULARE | $ | 1,987.45 |
| 66790BL | 2307 TUOLUMNE AVE, TULARE | $ | 782.57 |
| 66790BT | 2307 TUOLUMNE AVE, TULARE | $ | 1,182.46 |
| 67500BL | 3003 PLACER ST, TULARE | $ | 774.17 |
| 67500BT | 3003 PLACER ST, TULARE | $ | 1,169.85 |

**EAGLE GLEN, VISALIA**

| 67046BT | 1727 S. Casablanca St, Visalia | $ | 794.28 |
| 64071CD | 1727 S. Casablanca St, Visalia | $ | 864.11 |
| 64071CI | 1727 S. Casablanca St, Visalia | $ | 1,481.42 |
| 33731CD | 4325 E. Cambridge Ave, Visalia | $ | 1,671.28 |
| 33731CI | 4325 E. Cambridge Ave, Visalia | $ | 4,445.90 |
| 33758CD | 4316 E. Cambridge Ave, Visalia | $ | 1,199.46 |
| 33758CI | 4316 E. Cambridge Ave, Visalia | $ | 3,264.35 |
| 33763CD | 4317 E. Cambridge Ave, Visalia | $ | 1,156.32 |
| 33763CI | 4317 E. Cambridge Ave, Visalia | $ | 3,093.80 |
| 33763CP | 4317 E. Cambridge Ave, Visalia | $ | 1,723.45 |
| 63542CD | 1749 Laguna St, Visalia | $ | 892.99 |
| 63542CI | 1749 Laguna St, Visalia | $ | 1,655.50 |
| 63542CP | 1749 Laguna St, Visalia | $ | 993.30 |
| 33800CD | 4135 E. Hillcrest Ave, Visalia | $ | 706.00 |
| 33800CI | 4135 E. Hillcrest Ave, Visalia | $ | 1,847.50 |
| 67047BT | 4135 E. Hillcrest Ave, Visalia | $ | 1,008.36 |

Exhibit ___1___

Page ___33___

## NEW EXPRESSIONS

| | | | |
|---|---|---|---|
| 67199BT | 480 S. Cloverleaf St, Porterville | $ | 728.18 |
| 67333FD | 480 S. Cloverleaf St, Porterville | $ | 158.77 |
| 67333FI | 480 S. Cloverleaf St, Porterville | $ | 636.31 |
| 67204BT | 490 S. Cloverleaf St, Porterville | $ | 713.70 |
| 66086BT | 500 S. Cloverleaf St, Porterville | $ | 733.12 |
| 66086BL | 500 S. Cloverleaf St, Porterville | $ | 485.45 |
| 64410CD | 500 S. Cloverleaf St, Porterville | $ | 455.29 |
| 64410CI | 500 S. Cloverleaf St, Porterville | $ | 1,138.23 |
| 64410CP | 500 S. Cloverleaf St, Porterville | $ | 680.61 |
| 65235BT | 540 S. Cloverleaf St, Porterville | $ | 737.36 |
| 65235BL | 540 S. Cloverleaf St, Porterville | $ | 485.45 |
| 65233BL | 550 S. Cloverleaf St, Porterville | $ | 485.45 |
| 63689CD | 550 S. Cloverleaf St, Porterville | $ | 456.40 |
| 63689CI | 550 S. Cloverleaf St, Porterville | $ | 1,141.00 |
| 63689CP | 550 S. Cloverleaf St, Porterville | $ | 676.95 |
| 65234BL | 560 S. Cloverleaf St, Porterville | $ | 485.45 |
| 63690CD | 560 S. Cloverleaf St, Porterville | $ | 455.96 |
| 63690CI | 560 S. Cloverleaf St, Porterville | $ | 1,139.89 |
| 63690CP | 560 S. Cloverleaf St, Porterville | $ | 676.95 |
| 66076BT | 580 S. Cloverleaf St, Porterville | $ | 796.98 |
| 66076BL | 580 S. Cloverleaf St, Porterville | $ | 525.67 |
| 64532CD | 580 S. Cloverleaf St, Porterville | $ | 575.15 |
| 64532CI | 580 S. Cloverleaf St, Porterville | $ | 1,437.89 |
| 64532CP | 580 S. Cloverleaf St, Porterville | $ | 858.49 |
| 67207BT | 533 S. Cloverleaf St, Porterville | $ | 713.70 |
| 66077BL | 523 S. Cloverleaf St, Porterville | $ | 525.67 |
| 66077BT | 523 S. Cloverleaf St, Porterville | $ | 796.98 |
| 67294CD | 523 S. Cloverleaf St, Porterville | $ | 576.57 |
| 67294CI | 523 S. Cloverleaf St, Porterville | $ | 1,441.42 |
| 67294CP | 523 S. Cloverleaf St, Porterville | $ | 858.49 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 138,771.97 |
| LIEN FEES | $ | 29.00 |
| TOTAL OF LIEN-TULARE COUNTY | $ | 138,800.97 |

Exhibit _1_

Page _34_

RECORDING REQUESTED BY AND
WHEN RECORDED, MAIL TO:

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Attn: Howard S. Nevins, Esq.

```
||||| ||||| ||| ||||| || ||| |||||| ||||| ||||
        2008-0068705

       Recorded      | REC FEE      13.00
    Official Records  |
       County of      | CONFORMED COPY 1.00
        Tulare        |
 GREGORY B. HARDCASTLE |
    Clerk Recorder    |
                      | NB
 08:01AM 10-Oct-2008  | Page 1 of 2
```

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## NOTICE AND CLAIM OF MECHANIC'S LIEN

NOTICE IS HEREBY GIVEN that Whirlpool Corporation, a corporation, claims a lien upon the real property described below for labor, services, materials, and/or equipment; specifically, **for appliances furnished by the claimant, pursuant to California Civil Code § 3110**, Whirlpool Corporation, and actually used in the construction of that certain work of improvement now upon and located on the real property located in the County of Tulare, State of California, and particularly described as follows:

580 S. Cloverleaf Street (Lot 290)
Porterville, CA 93257

Said work of improvement as a whole and the whole of all said work of improvement and the land described above are sought to be charged with this lien.

The last known name and address of the owner of said real property are: ENNIS HOMES, INC., 643 N. WESTWOOD STREET, PORTERVILLE, CA 93257.

ENNIS HOMES, INC., is the name of the person to whom claimant furnished the labor, services, materials, and/or equipment, which said labor, services, materials, and/or equipment were actually used therein in the construction of said commercial buildings.

ENNIS HOMES, INC., was the contractor and person in charge of the work of improvement as a whole, and the work of improvement was made with the knowledge of and pursuant to the authority of ENNIS HOMES, INC.

The contract price of said labor, services, materials, and/or equipment was and is the sum of $1,079.43, and said sum was and is the reasonable value thereof. There is now due, owing, and unpaid, the sum of $1,079.43, after all adjustments, and after deducting all just credits and offsets, and the same has not been paid.

WHEREFORE, the undersigned claims the benefit of the law relative to mechanics' liens and works of improvements, to wit: Division 3 Title 15 of the Civil Code of the State of California.

*Howard S. Nevins*

Howard S. Nevins
Attorney for Claimant Whirlpool Corporation

K:\Draft\Draft\HSM\Pending\Whirpool-Ennis Homes\mpht mech lien lot 290_tulare.wpd

1

Exhibit _____1_____

Page _____35_____

## <u>VERIFICATION</u>

     I declare that I am the owner/officer/authorized representative of claimant named in the foregoing claim of lien, and am authorized to make this verification for and on behalf of said claimant, and I make this verification for that reason. I have read the claim of lien and know the contents thereof and the same is true and contains among other things, a correct statement of claimant's demand after deducting all just credits and offsets.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 8, 2008, at Sacramento, California.

Howard S. Nevins
Attorney for Claimant Whirlpool Corporation

Exhibit____1____

Page____36____

2008-0073227

| Recorded | REC FEE | 10.00 |
| Official Records | | |
| County of | CONFORMED COPY 1.00 | |
| Tulare | | |
| GREGORY B. HARDCASTLE | | |
| Clerk Recorder | | |
| | DJF | |
| 12:33PM 31-Oct-2008 | Page 1 of 1 | |

RECORDING REQUESTED BY & MAIL TO:

NAME **Fenceworks, Inc.**

STREET ADDRESS **4750 Burr Street, Suite B**

CITY, STATE & ZIP CODE **Bakersfield, CA  93308**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# STATE OF CALIFORNIA MECHANIC'S LIEN
### (Claim of Lien)

The undersigned, **Fenceworks**
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN - CONTRACTORS USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or

materials described below, furnished for a work of improvement upon that certain real property located in the County

of ____**Tulare**____, State of California, and described as follows:

**"New Expressions" project, Porterville, CA**

**580 S. Cloverleaf St. Lot: 290, Phase: 05**
(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ **763.75**
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of ___**12**___ per cent per annum from **October 22      2008**, is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

claimant for the following labor, services, equipment and/or materials furnished by Claimant:

**Fence Material and Labor**

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor,

services, equipment and/or materials is **Ennis Homes, Inc.**

**643 N. Westwood Street, Porterville, CA 93257**
(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH, CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **Ennis Homes**

**643 N. Westwood Street, Porterville, CA 93257**
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Name of Claimant **Fenceworks**

By _____        David Hall - Assoc. Manager

## VERIFICATION

I, the undersigned, declare: I am the **Assoc. Mgr.** of **Fenceworks**
(TITLE)                         (NAME OF CLAIMANT)

the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this verification for the

Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to

my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**October 30      2008**                        David Hall - Assoc. Manager
(DATE OF SIGNATURE)              (SIGNATURE OF THE INDIVIDUAL WHO VERIFIES THAT THE CONTENTS OF THE CLAIM OF MECHANIC'S LIEN ARE TRUE)

BEFORE YOU USE THIS FORM, FILL IN ALL BLANKS AND MAKE WHATEVER CHANGES ARE APPROPRIATE AND NECESSARY TO YOUR PARTICULAR TRANSACTION. CONSULT
A LAWYER IF YOU DOUBT THE FORM'S FITNESS FOR YOUR PURPOSE AND USE. www.TheContractorsGroup.com MAKES NO REPRESENTATION OR WARRANTY, EXPRESS
OR IMPLIED WITH RESPECT TO THE MERCHANTABILITY OR FITNESS OF THIS FORM FOR AN INTENDED USE OR PURPOSE.                    REV 07-03

Exhibit _____1_____

Page _____37_____

RECORDING REQUESTED BY

BMC West Corp.
1330 N MAPLE AVE
FRESNO, CA 93703

    AND WHEN RECORDED MAIL TO:

BMC West Corp.
1330 N. Maple Ave.
Fresno, CA 93703

2008-0074088

| Recorded | REC FEE | 18.00 |
| Official Records | | |
| County of | | |
| Tulare | | |
| GREGORY B. HARDCASTLE | | |
| Clark Recorder | | |
| | DJF | |
| 08:01AM 05-Nov-2008 | Page 1 of 1 | |

———— SPACE ABOVE THIS LINE FOR RECORDER'S USE ————

## MECHANICS' LIEN

The undersigned <u>BMC West Corp.</u>
<span style="font-size:smaller">(Name of person or firm claiming mechanics' lien. Contractors use name exactly as it appears on contractor's license)</span>

Claimant claims a mechanics' lien upon the following described real property:

City of <u>Porterville</u>, County of <u>Tulare</u>, California,

<u>New Expressions  Lot-5390</u>
<span style="font-size:smaller">(General description of property where the work or materials were furnished. A street address is sufficient, but, if possible, use both street address and legal description.)</span>

<u>530 S. Cloverleaf</u>

<u>Porterville CA</u>

The sum of $ <u>6462.60</u> together with interest thereon
<span style="font-size:smaller">(Amount of claim due and unpaid)</span>

at the rate of <u>18</u> percent per annum from <u>08-10-08</u>
<span style="font-size:smaller">(Date when balance became due)</span>

is due claimant after deducting all just credits and offsets for the following work and materials furnished
by claimant <u>LUMBER/BUILDING MATERIALS/LABOR</u>
<span style="font-size:smaller">(Insert general description of work or materials furnished)</span>

          Claimant furnished the work and materials at the request of, or under contract with

<u>ENNIS HOMES  643 N WESTWOOD STREET, PORTERVILLE, CA 93257</u>
<span style="font-size:smaller">(Name of person or firm who entered or commenced for the work or materials)</span>

The owners and reputed owners of the real property or leasehold interest are
<u>ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257</u>
<span style="font-size:smaller">(Insert name of owner of real property. This can be obtained from the County Recorder)</span>

                  Firm Name <u>BMC West Corp.</u>

                  By: _____
<span style="font-size:smaller">(Signature of claimant or authorized agent)</span>

                  Chris Johnson

### VERIFICATION

I, the undersigned, say: I am the <u>ADMINISTRATIVE MANAGER OF</u>
<span style="font-size:smaller">("President of," "Manager of," "A partner of," "Owner of," etc.)</span>

the claimant of the foregoing mechanics' lien. I have read said claim of mechanics' lien and know the
contents thereof; the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>11/3/08</u>, at <u>FRESNO</u>, California.
<span style="font-size:smaller">(Date of Signature)</span>                <span style="font-size:smaller">(City where Signed)</span>

                        <span style="font-size:smaller">(Personal signature of the individual who is swearing that the contents<br>of the claim of mechanics' lien are true.)</span>

                  Chris Johnson

<span style="font-size:smaller">© VFR, Inc., P.O. Box 7, Loomis, CA 95650 (916) 652-7237            FORM D</span>

Exhibit <u>1</u>

Page <u>38</u>

015 Homes
All invoices are printed.

Case 08-01294

| Vendor | | Amount Original | Amount Paid | Amount Outstanding |
|---|---|---|---|---|
| 012 | NEW EXPANSIONS 05-290 | | | |
| 012-05-290 | Close Date    10-16-2008 | | | |
| ANCHLIGH | Anchor Lighting | 432.86 | .00 | 432.86 |
| BLANCUST | Blanks Cstm Drywll & Pnt | 4,290.00 | .00 | 4,290.00 |
| BLPAINT | Bill Slatten Painting | 2,166.72 | .00 | 2,166.72 |
| BMCWESTF | BMC West Corp Frame | 6,404.75 | .00 | 6,404.75 |
| CENTVLYO | Central Valley Overhd Dr | 365.00 | .00 | 365.00 |
| CLOVSTON | Clovs Stn & Lndscp Suppl | 4,300.00 | .00 | 4,300.00 |
| COULTERS | Coultrs Of Prtrvll, Inc | 2,827.50 | .00 | 2,827.50 |
| FENCEWOR | Fenceworks Inc | 768.75 | .00 | 768.75 |
| FREEMANC | Freeman Cement | 10,581.56 | 8,438.28 | 2,143.28 |
| FSDOOR | F & S Shower Door | 422.00 | .00 | 422.00 |
| GANGNAIL | Gang Nail Truss Co Inc | 2,887.23 | .00 | 2,887.23 |
| LINKENTE | LinkUs Enterprises Inc. | 475.00 | .00 | 475.00 |
| LOUITHOM | Louis Thompson Excavatn | 350.00 | .00 | 350.00 |
| MASTGARD | Master Gardens Landscape | 1,700.00 | .00 | 1,700.00 |
| MORTBROW | Morton & Brwn Plmbng Inc | 6,100.00 | .00 | 6,100.00 |
| NELSROOF | Nelson Roofing Inc. | 3,933.00 | .00 | 3,933.00 |
| PERFECTI | Perfection Iron | 575.00 | .00 | 575.00 |
| PORCITY | City Of Porterville | 9,979.10 | 9,979.10 | .00 |
| QUALAIR | Quality Air | 3,514.36 | 2,460.05 | 1,054.31 |
| RBCCLEAN | R & B Construction Clnup | 2,457.96 | .00 | 2,457.96 |
| RES-PEST | Res-Com Pest Control | 156.87 | .00 | 156.87 |
| SACRBLDC | Sacramento Bld Cabinets | 2,856.00 | .00 | 2,856.00 |
| SACRBLDI | Sacramento Bld Insulatn | 1,297.50 | .00 | 1,297.50 |
| SCEROSE | S C E | 32.31 | .00 | 32.31 |
| SCGUTI | S C G | 136.31 | .00 | 136.31 |
| STARELEC | Star Electric Inc | 2,348.40 | .00 | 2,348.40 |
| SUMMPURT | Summer Purtle | 224.10 | .00 | 224.10 |
| TRIVALLE | Tri Valley Plastrng Inc. | 3,934.60 | .00 | 3,934.60 |
| VISACOUN | Visal Cntr Top Desgn Inc | 1,240.00 | .00 | 1,240.00 |
| VISAPIPE | Visalia Pipe & Supply | 853.77 | .00 | 853.77 |
| WHIRINC | Whirlpool Inc | 1,079.43 | .00 | 1,079.43 |
| WINDPLUS | Windows Plus LLC | 1,572.43 | .00 | 1,572.43 |
| XAVISAHA | Xavier Sahagun Constrctn | 5,681.00 | .00 | 5,681.00 |
| Job Total | | 85,943.51* | 20,877.43* | 65,066.08* |
| | | | | |
| Project Total: | | 85,943.51* | 20,877.43* | 65,066.08* |
| | | | | |
| Report Totals: | | 85,943.51* | 20,877.43* | 65,066.08* |

Exhibit ____1____

Page ____39____

# Exhibit "C"

Escrow No. 42109181-KH – Closed on October 16, 2008

Project:  WILLIAMS RANCH

Property: Lot 133 Williams Ranch Phase 4

       935 N. Silver Maple Street
       Porterville CA 93257

**Exhibit** 1

**Page** 40

Escrow No.: 08-42109181-KH
Locate No.: CACTI7754-7754-4421-0042109181
Title No.: 08-42109181-CU

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF PORTERVILLE, COUNTY OF TULARE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 133 of Williams Ranch, Phase Four, in the City of Porterville, County of Tulare, State of California, according to the map thereof recorded in Book 42 Page 35 of Maps, Tulare County Records.

A Certificate of Correction for Williams Ranch, Phase Four, recorded April 11, 2007, as Document No. 2007-0034379, of Official Records, which states the street shown as Bel-Aire Court should be Terry Court and the street shown as Terry Court should be Bel-Aire Court.

APN: 245-030-016

Exhibit Page - Legal(exhibit)(08-07)

Exhibit_____1_____

Page_____41_____

2008-0069618

RECORDING REQUESTED BY

Sacramento Building Products, Inc.

| Recorded | REC FEE | 29.00 |
| Official Records | | |
| County of | | |
| Tulare | | |
| GREGORY B. HARDCASTLE | | |
| Clerk Recorder | | |

AND WHEN RECORDED MAIL TO
Sacramento Building Products
P. O. BOX 815
WEST SACRAMENTO, CA 95691

08:01AM 15-Oct-2008 | DR | Page 1 of 4

## Mechanic's Lien

The Undersigned, **Sacramento Building Products** Claimant, claims a mechanic's lien upon
(Name of person or firm as it appears on Mechanic's Lien)

the following described real property:

City of: **DINUBA, PORTERVILLE, TULARE, VISALIA** County of: **TULARE** , State of California and

described as: **ENNIS HOMES - SEE ATTACHED**

The sum of: **$ 138,800.97** together with interest thereon at the rate of **%18** percent per annum from

**06/19/08** is due Claimant (after deducting all just credits and offsets) for the following labor, services,

equipment and/or materials furnished by Claimant: **INSULATION, CABINET, FIREPLACE, GUTTER**

Claimant furnished the labor, services, equipment and/or materials at the request of, or under contract with:

**ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257**

The name(s) and address(es) of the owners or reputed owners of the property is/are:

**ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257**

Date: 10-9-2008          Name of Claimant: Sacramento Building Products

By: _Candice Kenney_

Candice Kenney, Regional Credit Manager

### VERIFICATION

I, the undersigned, declare: I am the Credit Manager of the Claimant of the foregoing mechanic's lien; I am
authorized to make this Verification. I have read said claim of mechanic's lien and know the contents thereof;
the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/9/08** at Sacramento, California          _Candice Kenney_

Candice Kenney, for Sacramento Building Products

Exhibit 1

Page 42

| INV # | COMMUNITY | AMOUNT DUE |
|---|---|---|
| | **PARKSIDE VILLAGE, DINUBA** | |
| 44760BL | 1677 EL PASO AVE, DINUBA | $ 794.04 |
| 44674CD | 1677 EL PASO AVE, DINUBA | $ 953.81 |
| 44674CI | 1677 EL PASO AVE, DINUBA | $ 2,384.53 |
| 44674CP | 1677 EL PASO AVE, DINUBA | $ 106.62 |
| 63971BL | 1503 EL PASO AVE, DINUBA | $ 340.56 |
| 63971BT | 1503 EL PASO AVE, DINUBA | $ 613.00 |
| 63972BL | 1519 EL PASO AVE, DINUBA | $ 503.43 |
| 63972BT | 1519 EL PASO AVE, DINUBA | $ 764.87 |
| 63973BT | 1504 SAN ANTONIA AVE, DINUBA | $ 567.83 |
| 63973BL | 1504 SAN ANTONIA AVE, DINUBA | $ 374.41 |
| 62572CD | 1504 SAN ANTONIA AVE, DINUBA | $ 562.16 |
| 62572CI | 1504 SAN ANTONIA AVE, DINUBA | $ 1,405.39 |
| 62572CP | 1504 SAN ANTONIA AVE, DINUBA | $ 839.99 |
| 63974B2 | 1564 SAN ANTONIA AVE, DINUBA | $ 337.15 |
| 63964CP | 1564 SAN ANTONIA AVE, DINUBA | $ 842.83 |
| 67795FI | 1623 EL PASO AVE, DINUBA | $ 630.43 |
| | | |
| | **THE RANCH, PORTERVILLE** | |
| 47184B2 | 4441 WEST PROSPECT, VISALIA | $ 454.41 |
| 47184BL | 4441 WEST PROSPECT, VISALIA | $ 757.28 |
| 45322CD | 4441 WEST PROSPECT, VISALIA | $ 1,488.52 |
| 45322CI | 4441 WEST PROSPECT, VISALIA | $ 5,954.07 |
| 45322CP | 4441 WEST PROSPECT, VISALIA | $ 2,203.24 |
| | | |
| | **WILLIAMS RANCH, PORTERVILLE** | |
| 63557BL | 945 N. SILVER MAPLE ST., PORTERVILLE | $ 792.51 |
| 66631BL | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 777.22 |
| 66631BT | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 1,183.03 |
| 65118CD | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 1,211.15 |
| 65118CI | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 3,290.89 |
| 65118CP | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 1,809.59 |
| 67045BT | 966 N. RED OAK ST., PORTERVILLE | $ 1,049.70 |
| 66635BL | 2174 W. BEL AIR COURT, PORTERVILLE | $ 721.44 |
| 66635BT | 2174 W. BEL AIR COURT, PORTERVILLE | $ 1,093.33 |
| 65117CD | 2174 W. BEL AIR COURT, PORTERVILLE | $ 1,143.82 |
| 65117CI | 2174 W. BEL AIR COURT, PORTERVILLE | $ 2,859.55 |
| 66636BL | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 634.51 |
| 66636BT | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 949.89 |
| 64533CD | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 626.50 |
| 64533CI | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 1,856.70 |
| 64533CP | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 936.05 |
| | | |
| | **MADISON CROSSING, VISALIA** | |
| 66178BT | 2641 N. MENDONCA ST, VISALIA | $ 865.32 |
| 63693CD | 2641 N. MENDONCA ST, VISALIA | $ 840.29 |
| 63693CI | 2641 N. MENDONCA ST, VISALIA | $ 2,100.72 |
| 63693CP | 2641 N. MENDONCA ST, VISALIA | $ 1,248.78 |
| 66178BL | 2641 N. MENDONCA ST, VISALIA | $ 567.46 |
| 62568CD | 3450 W. LARK AVE, VISALIA | $ 1,209.27 |
| 62568CI | 3450 W. LARK AVE, VISALIA | $ 2,888.80 |
| 62568CP | 3450 W. LARK AVE, VISALIA | $ 1,716.68 |

Exhibit ___1___

Page ___43___

| | | | |
|---|---|---|---|
| 67042GU | 3450 W. LARK AVE, VISALIA | $ | 892.74 |
| 64768BL | 3450 W. LARK AVE, VISALIA | $ | 785.96 |
| 68177BT | 3040 W. LARK AVE, VISALIA | $ | 1,375.03 |

### SILVER OAKS, VISALIA

| | | | |
|---|---|---|---|
| 65903BL | 4013 W. BUENA VISTA AVE, VISALIA | $ | 893.23 |
| 65904BL | 3951 W. BUENA VISTA AVE, VISALIA | $ | 781.81 |
| 63691CD | 3951 W. BUENA VISTA AVE, VISALIA | $ | 1,729.17 |
| 63691CI | 3951 W. BUENA VISTA AVE, VISALIA | $ | 2,208.70 |
| 6739CP | 3951 W. BUENA VISTA AVE, VISALIA | $ | 1,325.22 |
| 67392BL | 4023 W. BUENA VISTA AVE, VISALIA | $ | 520.03 |
| 67392BT | 4023 W. BUENA VISTA AVE, VISALIA | $ | 790.82 |
| 67597BL | 1648 N. FULGHAM ST, VISALIA | $ | 790.78 |
| 67597BT | 1648 N. FULGHAM ST, VISALIA | $ | 1,198.48 |
| 63692CD | 4013 W. BUENA VISTA AVE, VISALIA | $ | 671.92 |
| 63692CI | 4013 W. BUENA VISTA AVE, VISALIA | $ | 1,679.79 |
| 63692CP | 4013 W. BUENA VISTA AVE, VISALIA | $ | 1,007.88 |
| 64408CD | 4023 W. BUENA VISTA AVE, VISALIA | $ | 572.61 |
| 64408CI | 4023 W. BUENA VISTA AVE, VISALIA | $ | 1,431.53 |
| 65119CD | 1648 N. FULGHAM ST, VISALIA | $ | 1,008.98 |
| 65119CI | 1648 N. FULGHAM ST, VISALIA | $ | 2,786.24 |

### COTTONWOOD, TULARE

| | | | |
|---|---|---|---|
| 63793CP | 2379 TAHOE AVE, TULARE | $ | 910.73 |
| 65754CD | 2307 TUOLUMNE AVE, TULARE | $ | 929.81 |
| 65754CI | 2307 TUOLUMNE AVE, TULARE | $ | 2,588.32 |
| 65754CP | 2307 TUOLUMNE AVE, TULARE | $ | 1,386.52 |
| 66248CD | 3003 PLACER ST, TULARE | $ | 981.85 |
| 66248CI | 3003 PLACER ST, TULARE | $ | 1,987.45 |
| 66790BL | 2307 TUOLUMNE AVE, TULARE | $ | 782.57 |
| 66790BT | 2307 TUOLUMNE AVE, TULARE | $ | 1,182.46 |
| 67500BL | 3003 PLACER ST, TULARE | $ | 774.17 |
| 67500BT | 3003 PLACER ST, TULARE | $ | 1,169.85 |

### EAGLE GLEN, VISALIA

| | | | |
|---|---|---|---|
| 67046BT | 1727 S. Casablanca St, Visalia | $ | 794.28 |
| 64071CD | 1727 S. Casablanca St, Visalia | $ | 864.11 |
| 64071CI | 1727 S. Casablanca St, Visalia | $ | 1,481.42 |
| 33731CD | 4325 E. Cambridge Ave, Visalia | $ | 1,671.28 |
| 33731CI | 4325 E. Cambridge Ave, Visalia | $ | 4,445.90 |
| 33758CD | 4316 E. Cambridge Ave, Visalia | $ | 1,199.46 |
| 33758CI | 4316 E. Cambridge Ave, Visalia | $ | 3,264.35 |
| 33763CD | 4317 E. Cambridge Ave, Visalia | $ | 1,156.32 |
| 33763CI | 4317 E. Cambridge Ave, Visalia | $ | 3,093.80 |
| 33763CP | 4317 E. Cambridge Ave, Visalia | $ | 1,723.45 |
| 63542CD | 1749 Laguna St, Visalia | $ | 892.99 |
| 63542CI | 1749 Laguna St, Visalia | $ | 1,655.50 |
| 63542CP | 1749 Laguna St, Visalia | $ | 993.30 |
| 33800CD | 4135 E. Hillcrest Ave, Visalia | $ | 706.00 |
| 33800CI | 4135 E. Hillcrest Ave, Visalia | $ | 1,847.50 |
| 67047BT | 4135 E. Hillcrest Ave, Visalia | $ | 1,008.36 |

Exhibit  1

Page  44

## NEW EXPRESSIONS

| | | | |
|---|---|---|---|
| 67199BT | 480 S. Cloverleaf St, Porterville | $ | 728.18 |
| 67333FD | 480 S. Cloverleaf St, Porterville | $ | 158.77 |
| 67333FI | 480 S. Cloverleaf St, Porterville | $ | 636.31 |
| 67204BT | 490 S. Cloverleaf St, Porterville | $ | 713.70 |
| 66086BT | 500 S. Cloverleaf St, Porterville | $ | 733.12 |
| 66086BL | 500 S. Cloverleaf St, Porterville | $ | 485.45 |
| 64410CD | 500 S. Cloverleaf St, Porterville | $ | 455.29 |
| 64410CI | 500 S. Cloverleaf St, Porterville | $ | 1,138.23 |
| 64410CP | 500 S. Cloverleaf St, Porterville | $ | 680.61 |
| 65235BT | 540 S. Cloverleaf St, Porterville | $ | 737.36 |
| 65235BL | 540 S. Cloverleaf St, Porterville | $ | 485.45 |
| 65233BL | 550 S. Cloverleaf St, Porterville | $ | 485.45 |
| 63689CD | 550 S. Cloverleaf St, Porterville | $ | 456.40 |
| 63689CI | 550 S. Cloverleaf St, Porterville | $ | 1,141.00 |
| 63689CP | 550 S. Cloverleaf St, Porterville | $ | 676.95 |
| 65234BL | 560 S. Cloverleaf St, Porterville | $ | 485.45 |
| 63690CD | 560 S. Cloverleaf St, Porterville | $ | 455.96 |
| 63690CI | 560 S. Cloverleaf St, Porterville | $ | 1,139.89 |
| 63690CP | 560 S. Cloverleaf St, Porterville | $ | 676.95 |
| 66076BT | 580 S. Cloverleaf St, Porterville | $ | 796.98 |
| 66076BL | 580 S. Cloverleaf St, Porterville | $ | 525.67 |
| 64532CD | 580 S. Cloverleaf St, Porterville | $ | 575.15 |
| 64532CI | 580 S. Cloverleaf St, Porterville | $ | 1,437.89 |
| 64532CP | 580 S. Cloverleaf St, Porterville | $ | 858.49 |
| 67207BT | 533 S. Cloverleaf St, Porterville | $ | 713.70 |
| 66077BL | 523 S. Cloverleaf St, Porterville | $ | 525.67 |
| 66077BT | 523 S. Cloverleaf St, Porterville | $ | 796.98 |
| 67294CD | 523 S. Cloverleaf St, Porterville | $ | 576.57 |
| 67294CI | 523 S. Cloverleaf St, Porterville | $ | 1,441.42 |
| 67294CP | 523 S. Cloverleaf St, Porterville | $ | 858.49 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 138,771.97 |
| LIEN FEES | $ | 29.00 |
| TOTAL OF LIEN-TULARE COUNTY | $ | 138,800.97 |

Exhibit 1

Page 45

RECORDING REQUESTED BY

VIKING READY MIX, INC.

AND WHEN RECORDED MAIL TO :

Name: VIKING READY MIX, INC.
Street Address: P.O. BOX 9129
City & State: FRESNO          CA          93790

**2008-0070942**

| Recorded | REC FEE | 10.00 |
| Official Records | | |
| County of | CONFORMED COPY | 1.00 |
| Tulare | LIEN NOTICE | 13.00 |
| GREGORY B. HARDCASTLE | | |
| Clerk Recorder | | |
| | MB | |
| 11:58AM 21-Oct-2008 | Page 1 of 1 | |

SPACE ABOVE THIS LINE FOR RECORDER'S US___

# MECHANIC'S LIEN

The undersigned          VIKING READY MIX, INC.
(Name of person or firm claiming mechanic's lien. Contractors use name exactly as it appears on contractor's license.)

Claimant, claims a mechanic's lien upon the following described real property:

City of          PORTERVILLE          , County of          TULARE          , California,

WILLIAMS RANCH (LOT 133)
General description of property where the work or materials were furnished. A street address is sufficient, but if possible, use both street address and legal description.

The sum of $          6,402.31          together with interest thereon
(amount of claim due and unpaid)

at the rate of          10          percent per annum from          October 10, 2008
(Date when balance became due)

is due claimant (after deducting all just credits and offsets for the following work and materials furnished

by claimant          DELIVERY OF READY MIX CONCRETE AND RELATED MATERIALS
(insert general description of work or materials furnished)

Claimant furnished the work and materials at the request of, or under contract with

EMET CONSTRUCTION (A19976081)
(Name of person or firm who ordered or contracted for the work or materials)

The owners and reputed owners of the property are          ENNIS HOMES

ATTN: BRIAN ENNIS 643 N. WESTWOOD, PORTERVILLE, CA. 93257
(Insert name of owner of real property. This can be obtained from the County Recorder or by checking the building permit application at the Building Department)

Firm Name          VIKING READY MIX, INC.

By:          _Rodney Gonzales_
(Signature of claimant/ authorized agent)

RODNEY GONZALES

### VERIFICATION

I, the undersigned, say I am the          CREDIT MANAGER
"President of", "Manager of", "A partner of", "Owner of", etc.

The claimant of the foregoing mechanic's lien. I have read said claim of mechanic's lien and know the contents thereof; the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on          October 10, 2008          at          FRESNO          , California
(Date of Signature)          (City where signed)

VIKING READY MIX          _Rodney Gonzales_
Personal signature of the individual who is swearing that the contents
of the claim of mechanic's lien are true.
RODNEY GONZALES, CREDIT MANAGER

This document is only a general form which may be proper use in simple transactions and in no way acts, or is intended to act, as a substitute for the advice of an attorney. The publisher does not make any warranty, either express or implied, as to the legal validity of any provision or the suitability of these forms in any specific transactions.

FORM D

Exhibit          1

Page          46



2008-0068700

| Recorded | REC FEE · 13.00
Official Records |
County of | CONFORMED COPY 1.00
Tulare |
GREGORY B. HARDCASTLE |
Clerk Recorder |
| NB
08:01AM 10-Oct-2008 | Page 1 of 2

RECORDING REQUESTED BY AND
WHEN RECORDED, MAIL TO:

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Attn: Howard S. Nevins, Esq.

_____
(SPACE ABOVE THis

# NOTICE AND CLAIM OF MECHANIC'S LIEN

NOTICE IS HEREBY GIVEN that Whirlpool Corporation, a corporation, claims a lien upon the real property described below for labor, services, materials, and/or equipment; specifically, **for appliances furnished by the claimant, pursuant to California Civil Code § 3110,** Whirlpool Corporation, and actually used in the construction of that certain work of improvement now upon and located on the real property located in the County of Tulare, State of California, and particularly described as follows:

935 N. Silver Maple Street (Lot 133)
Porterville, CA 93257

Said work of improvement as a whole and the whole of all said work of improvement and the land described above are sought to be charged with this lien.

The last known name and addresses of the owner of said real property are: ENNIS HOMES, INC., 643 N. WESTWOOD STREET, PORTERVILLE, CA 93257.

ENNIS HOMES, INC., is the name of the person to whom claimant furnished the labor, services, materials, and/or equipment, which said labor, services, materials, and/or equipment were actually used therein in the construction of said commercial buildings.

ENNIS HOMES, INC., was the contractor and person in charge of the work of improvement as a whole, and the work of improvement was made with the knowledge of and pursuant to the authority of ENNIS HOMES, INC.

The contract price of said labor, services, materials, and/or equipment was and is the sum of $1,374.95, and said sum was and is the reasonable value thereof. There is now due, owing, and unpaid, the sum of $1,374.95, after all adjustments, and after deducting all just credits and offsets, and the same has not been paid.

WHEREFORE, the undersigned claims the benefit of the law relative to mechanics' liens and works of improvements, to wit: Division 3 Title 15 of the Civil Code of the State of California.

Howard S. Nevins
Attorney for Claimant Whirlpool Corporation

K:\Draft\Draft-HSM-Pending\Whirlpool-Ennis Homes\pre5 mech lien lot 133_b/lien.wpd

1

Exhibit _____
Page _____ 47

## VERIFICATION

I declare that I am the owner/officer/authorized representative of claimant named in the foregoing claim of lien, and am authorized to make this verification for and on behalf of said claimant, and I make this verification for that reason. I have read the claim of lien and know the contents thereof and the same is true and contains among other things, a correct statement of claimant's demand after deducting all just credits and offsets.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 8, 2008, at Sacramento, California.

Howard S. Nevins
Attorney for Claimant Whirlpool Corporation

2

Exhibit ____1____

Page ____48____

10 of 10

2008-0073233

| | |
|---|---|
| Recorded | REC FEE  10.00 |
| Official Records | CONFORMED COPY 1.00 |
| County of | |
| Tulare | |
| GREGORY B. HARDCASTLE | |
| Clerk Recorder | |
| | DJF |
| 12:33PM 31-Oct-2008 | Page 1 of 1 |

RECORDING REQUESTED BY & MAIL TO:

NAME  **Fenceworks, Inc.**

STREET
ADDRESS  **4750 Burr Street, Suite B**

CITY, STATE &
ZIP CODE  **Bakersfield, CA  93308**

CON

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# STATE OF CALIFORNIA MECHANIC'S LIEN
### (Claim of Lien)

The undersigned, **Fenceworks**
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN - CONTRACTORS USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or
materials described below, furnished for a work of improvement upon that certain real property located in the County
of ___**Tulare**___, State of California, and described as follows:

___"Williams Ranch" project, Porterville, CA___

___935 N. Silver Maple Street, Lot: 133, Phase: 04___
(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ **1,919.00**
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of ___**12**___ per cent per annum from ___**October 22**___, ___**2008**___, is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

claimant for the following labor, services, equipment and/or materials furnished by Claimant:

**Fence Material and Labor**

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor,
services, equipment and/or materials is **Ennis Homes, Inc.**

**643 N. Westwood Street, Porterville, CA  93257**
(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH, CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **Ennis Homes**

**643 N. Westwood Street, Porterville, CA  93257**
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Name of Claimant **Fenceworks**

By _David Hall_          **David Hall - Assoc. Manager**

## VERIFICATION

I, the undersigned, declare: I am the **Assoc. Mgr.** of **Fenceworks**
(TITLE)                         (NAME OF CLAIMANT)

the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this verification for the
Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to
my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

___**October 28**___, ___**2008**___          _David Hall_          **David Hall - Assoc. Manager**
(DATE OF SIGNATURE)                    (SIGNATURE OF THE INDIVIDUAL WHO VERIFIES THAT THE CONTENTS OF THE CLAIM OF MECHANIC'S LIEN ARE TRUE)

Exhibit  1

Page  49



RECORDING REQUESTED BY

BMC West Corp.
1330 N MAPLE AVE
FRESNO, CA 93703

AND WHEN RECORDED MAIL TO:

BMC West Corp.
1330 N. Maple Ave.
Fresno, CA 93703

2008-0074148

Recorded          | REC FEE        10.00
Official Records  |
County of         |
Tulare            |
GREGORY B. HARDCASTLE|
Clerk Recorder    |
                  | DJF
08:01AM 05-Nov-2008| Page 1 of 1

——— SPACE ABOVE THIS LINE FOR RECORDER'S USE ———

## MECHANICS' LIEN

The undersigned BMC West Corp.
[Name of person or first claiming mechanics' lien. Contractors use name exactly as it appears on contractor's license]

Claimant claims a mechanics' lien upon the following described real property:

City of _Porterville_ , County of _Tulare_ , California,

_Williams Ranch # 4133_
[General description of property where the work or materials were furnished. A street address is sufficient, but, if possible, use both street address and legal description]

_935 N. Silver Maple St._

_Porterville, CA_

The sum of $ _3,764.75_ together with interest thereon
[Amount of claim due and unpaid]

at the rate of _18_ percent per annum from _10-31-08_
[Date when balance became due]

is due claimant after deducting all just credits and offsets for the following work and materials furnished

by claimant _LUMBER/BUILDING MATERIALS/LABOR_
[Insert general description of work or materials furnished]

Claimant furnished the work and materials at the request of, or under contract with
_ENNIS HOMES    643 N WESTWOOD STREET, PORTERVILLE, CA 93257_
[Name of person or firm who ordered or contracted for the work or materials]

The owners and reputed owners of the real property or leasehold interest are
_ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257_
[Insert name of owner of real property. This can be obtained from the County Recorder]

Firm Name _BMC West Corp._

By: _____
[Signature of claimant or authorized agent]
_Chris Johnson_

## VERIFICATION

I, the undersigned, say: I am the _ADMINISTRATIVE MANAGER OF_
["President of," "A partner of," "Owner of," etc.]

the claimant of the foregoing mechanics' lien. I have read said claim of mechanics' lien and know the
contents thereof; the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11/3/08_ at _FRESNO_ , California.
[Date of Signature]        [City where Signed]

_____
[Personal signature of the individual who is swearing that the contents of the claim of mechanics' lien are true.]

_Chris Johnson_

© VFR, Inc., P.O. Box, 7, Loomis, CA 95650 (916) 652-7237.                    FORM D:

Exhibit _1_

Page _50_

All invoices are printed.

| Vendor | | Amount Original | Amount Paid | Amount Outstanding |
|---|---|---|---|---|
| 030 | WILLIAMS RANCH 04-133 | | | |
| 030-04-133 | Close Date 10-15-2008 | | | |
| ANCHLIGH | Anchor Lighting | 812.42 | .00 | 812.42 |
| BLANCUST | Blanks Cstm Drywll & Pnt | 5,484.80 | .00 | 5,484.80 |
| BLPAINT | Bill Slatten Painting | 2,739.60 | .00 | 2,739.60 |
| BMCWESTF | BMC West Corp Frame | 3,764.75 | .00 | 3,764.75 |
| CENTVLYO | Central Valley Overhd Dr | 365.00 | .00 | 365.00 |
| COULTERS | Coultrs Of Prtrvll, Inc | 2,569.50 | .00 | 2,569.50 |
| EMETCONS | Emet Construction Inc | 12,514.55 | .00 | 12,514.55 |
| FENCEWOR | Fenceworks Inc | 1,919.00 | .00 | 1,919.00 |
| FSDOOR | F & S Shower Door | 410.00 | .00 | 410.00 |
| GANGNAIL | Gang Nail Truss Co Inc | 2,960.80 | .00 | 2,960.80 |
| KEITHBRO | Keith Brown Bldng Matrls | 4,189.76 | .00 | 4,189.76 |
| LINKENTE | LinkUs Enterprises Inc. | 475.00 | .00 | 475.00 |
| LOUITHOM | Louis Thompson Excavatn | 350.00 | .00 | 350.00 |
| MASTGARD | Master Gardens Landscape | 1,950.00 | 1,950.00 | .00 |
| MORTBROW | Morton & Brwn Plmbng Inc | 6,800.00 | .00 | 6,800.00 |
| NELSROOF | Nelson Roofing Inc. | 6,984.00 | .00 | 6,984.00 |
| PORCITY | City Of Porterville | 10,467.01 | 10,439.05 | 27.96 |
| PRECTILE | Precision Tile Works | 5,353.50 | .00 | 5,353.50 |
| QUALAIR | Quality Air | 3,280.40 | 2,870.35 | 410.05 |
| RBCCLEAN | R & B Construction Clnup | 2,551.52 | .00 | 2,551.52 |
| RES-PEST | Res-Com Pest Control | 173.04 | 173.04 | .00 |
| SACRBLDC | Sacramento Bld Cabinets | 6,281.51 | .00 | 6,281.51 |
| SACRBLDI | Sacramento Bld Insulatn | 1,931.60 | .00 | 1,931.60 |
| SCEROSE | S C E | 36.64 | .00 | 36.64 |
| SCGUTI | S C G | 27.37 | .00 | 27.37 |
| STARELEC | Star Electric Inc | 3,966.00 | .00 | 3,966.00 |
| SUMMPURT | Summer Purtle | 247.20 | .00 | 247.20 |
| TRIVALLE | Tri Valley Plastrng Inc. | 4,964.60 | .00 | 4,964.60 |
| VISAPIPE | Visalia Pipe & Supply | 853.77 | .00 | 853.77 |
| WHIRINC | Whirlpool Inc | 1,374.95 | .00 | 1,374.95 |
| WINDPLUS | Windows Plus LLC | 1,709.62 | .00 | 1,709.62 |
| XAVISAHA | Xavier Sahagun Constrctn | 5,488.00 | .00 | 5,488.00 |
| Job Total | | 102,995.91* | 15,432.44* | 87,563.47* |
| | | | | |
| Project Total: | | 102,995.91* | 15,432.44* | 87,563.47* |
| | | | | |
| **Report Totals:** | | 102,995.91* | 15,432.44* | 87,563.47* |

Exhibit 1

Page 51

# Exhibit "D"

Escrow No. 42110035-KH – Closed on October 16, 2008

Project:  SHADOW WOOD

Property:  Lot 19 Shadow Wood Unit 5

  2848 Lakeridge Court
  Tulare CA 93274

**Exhibit** 1

**Page** 52

Escrow No.: 08-42110035-KH
Locate No.: CACTI7754-7754-4421-0042110035
Title No.: 08-42110035-CU

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF TULARE, COUNTY OF TULARE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 19 of Shadow Wood Unit No. 5, in the City of Tulare, County of Tulare, State of California, according to the map thereof recorded Volume 41, Page 22 of Maps, Tulare County Records.

APN: 184-170-090

Exhibit Page - Legal(exhibit)(08-07)

Exhibit  1

Page  53

| Vendor | | Amount Original | Amount Paid | Amount Outstanding |
|---|---|---|---|---|
| 025 | Shadow Wood 05-019 | | | |
| 025-05-019 Close Date | 10-15-2008 | | | |
| BLANCUST | Blanks Cstm Drywll & Pnt | 4,112.54 | .00 | 4,112.54 |
| BMCWESTF | BMC West Corp Frame | 2,190.43 | .00 | 2,190.43 |
| COULTERS | Coultrs Of Prtrvll, Inc | 4,399.55 | .00 | 4,399.55 |
| EMETCONS | Emet Construction Inc | 2,338.00 | 2,338.00 | .00 |
| FSDOOR | F & S Shower Door | 684.00 | 126.00 | 558.00 |
| HENDON | Vernon Hendon | 10.00 | 10.00 | .00 |
| JCSCONST | J C's Construction | 1,430.76 | 1,430.76 | .00 |
| KENYPLAS | Kenyon Plastering Inc | 80.00 | 80.00 | .00 |
| PHILYOUN | Phil Young Painting | 2,349.36 | .00 | 2,349.36 |
| PRECTILE | Precision Tile Works | 3,462.50 | .00 | 3,462.50 |
| PRIMLAND | Primow Landscp Mnt, Inc. | 1,314.00 | 990.00 | 324.00 |
| QUALAIR | Quality Air | 1,700.00 | 1,700.00 | .00 |
| RBCCLEAN | R & B Construction Clnup | 562.24 | .00 | 562.24 |
| RES-PEST | Res-Com Pest Control | 56.25 | 56.25 | .00 |
| RUFFA | Bob Ruffa Electrical Inc | 611.90 | 611.90 | .00 |
| SACRBLDC | Sacramento Bld Cabinets | 3,642.00 | 3,642.00 | .00 |
| SANJOAST | San Joaquin Stairs Inc | 350.00 | .00 | 350.00 |
| SCEROSE | S C E | 183.42 | 126.35 | 57.07 |
| SCGUTI | S C G | 53.86 | 35.93 | 17.93 |
| SUMMPURT | Summer Purtle | 401.60 | 401.60 | .00 |
| TUCOTAX | Tulare Co Tax Collector | 1,036.24 | 1,036.24 | .00 |
| WHIRINC | Whirlpool Inc | 1,160.62 | .00 | 1,160.62 |
| WINDPLUS | Windows Plus LLC | -80.00 | .00 | -80.00 |
| Job Total | | 32,049.27* | 12,585.03* | 19,464.24* |
| Project Total: | | 32,049.27* | 12,585.03* | 19,464.24* |
| **Report Totals:** | | 32,049.27* | 12,585.03* | 19,464.24* |

Exhibit   1

Page   54

# Exhibit "E"

Escrow No. 42109033-KH – Closed on October 20, 2008

Project:   ARBOR PARK

Property:  Lot 83 of LeParc, Unit II County Tract No. 788

　　　　　　1211 W. Muir Way
　　　　　　Hanford CA 93230

**Exhibit** 1

**Page** 55

**Escrow No.:** 08-42109033-KH
**Locate No.:** CACTI7754-7754-4421-0042109033
**Title No.:** 08-42109033-CU

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF HANFORD, COUNTY OF KINGS, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 83 of LeParc, Unit II County Tract No. 788, in the City of Hanford, County of Kings, State of California, according to the map thereof recorded in Volume 21 at Page 11 of Licensed Surveyor Plats, Kings County Records.

APN: 008-620-006

Exhibit Page - Legal(exhibit)(08-07)

Exhibit_____1_____

Page_____56_____

Ennis Homes
All invoices are printed.

Invoices by Project by Job by Vendor

10-29-2008

| Vendor | | Amount Original | Amount Paid | Amount Outstanding |
|---|---|---|---|---|
| **003** | | | | |
| **003-02-083** | | | | |
| BLANCUST | Blanks Cstm Drywll & Pnt | 7,905.00 | 7,905.00 | .00 |
| BMCWESTF | BMC West Corp Frame | 12,571.12 | 12,571.12 | .00 |
| CENTVLYO | Central Valley Overhd Dr | 634.00 | 634.00 | .00 |
| FSDOOR | F & S Shower Door | 684.00 | 684.00 | .00 |
| GANGNAIL | Gang Nail Truss Co Inc | 2,307.46 | 2,307.46 | .00 |
| HANCITY | City Of Hanford | 18,089.91 | 18,066.52 | 23.39 |
| JAMECO | James & Co Lighting | 1,403.90 | 1,403.90 | .00 |
| JWESPLUM | J Westcott Plumbing Inc | 6,205.00 | 6,205.00 | .00 |
| KENNICS | Kennies ICS Inc | 5,836.00 | 5,315.00 | 521.00 |
| KENYPLAS | Kenyon Plastering Inc | 7,685.61 | 7,685.61 | .00 |
| KINCOTAX | Kings County Tax Collctr | 241.84 | 241.84 | .00 |
| LINKENTE | LinkUs Enterprises Inc. | 575.00 | 287.50 | 287.50 |
| NELSROOF | Nelson Roofing Inc. | 5,933.00 | 5,933.00 | .00 |
| ORTGCON | Ortega Concrete Cnstrctn | 11,642.01 | 11,642.01 | .00 |
| PAVLELEC | Pavletich Electric, Inc. | 7,140.00 | 7,140.00 | .00 |
| PHILYOUN | Phil Young Painting | 3,694.40 | 2,586.08 | 1,108.32 |
| RBCCLEAN | R & B Construction Clnup | 2,169.00 | 2,169.00 | .00 |
| RES-PEST | Res-Com Pest Control | 119.70 | 119.70 | .00 |
| RICHSAHA | Richard Sahagun Constr | 8,590.00 | 8,590.00 | .00 |
| RIOSGENE | Rios Generl Bldng Cntrct | 2,656.75 | .00 | 2,656.75 |
| SACRBLDC | Sacramento Bld Cabinets | 4,517.86 | 4,517.86 | .00 |
| SACRBLDI | Sacramento Bld Insulatn | 1,751.00 | 1,751.00 | .00 |
| SANJOAST | San Joaquin Stairs Inc | 350.00 | 350.00 | .00 |
| SCEROSE | S C E | 80.64 | 34.49 | 46.15 |
| SUMMPURT | Summer Purtle | 424.96 | 165.98 | 258.98 |
| VISACOUN | Visal Cntr Top Desgn Inc | 170.00 | 170.00 | .00 |
| WINDPLUS | Windows Plus LLC | 3,483.92 | 3,135.53 | 348.39 |
| Job Total | | 116,862.08* | 111,611.60* | 5,250.48* |
| | | | | |
| Project Total: | | 116,862.08* | 111,611.60* | 5,250.48* |
| | | | | |
| **Report Totals:** | | 116,862.08* | 111,611.60* | 5,250.48* |

Exhibit ___1___

Page ___57___

RECORDING REQUESTED BY

Sacramento Building Products, Inc.

AND WHEN RECORDED MAIL TO
Sacramento Building Products
P. O. BOX 815
WEST SACRAMENTO, CA 95691

| | |
|---|---|
| Titles: 01 | Pages: 002 |
| Fees: | 14.00 |
| Taxes: | 0.00 |
| Doc Nbr: 0819353 | |
| Doc Type: 13 | Paid: $14.00 |

Kings County Clerk Recorder - 2728 10/14/2008
Ken Baird                                          01:25:39

## Mechanic's Lien

The Undersigned, ___Sacramento Building Products___ Claimant, claims a mechanic's lien upon
(Name of person or firm as it appears on Mechanic's Lien)

the following described real property:

CITY OF: ___HANFORD___ County of: ___KINGS___, State of California and

described as: ___ENNIS HOMES - ARBOR PARK, SEE ATTACHED___

The sum of: ___$28,649.73___ together with interest thereon at the rate of %18 percent per annum from

___08/02/08___ is due Claimant (after deducting all just credits and offsets) for the following labor, services,

equipment and/or materials furnished by Claimant: ___INSULATION, CABINET, FIREPLACE___

Claimant furnished the labor, services, equipment and/or materials at the request of, or under contract with:

___ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257___

The name(s) and address(es) of the owners or reputed owners of the property is/are:

___ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257___

Date: 10-9-2008          Name of Claimant: Sacramento Building Products

By: _____
Candice Kenney, Regional Credit Manager

### VERIFICATION

I, the undersigned, declare: I am the Credit Manager of the Claimant of the foregoing mechanic's lien; I am
authorized to make this Verification. I have read said claim of mechanic's lien and know the contents thereof;
the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/9/08___ at Sacramento, California          _____
Candice Kenney, for Sacramento Building Products

TitleWorks / Page 1 of 2

Exhibit ___1___

Page ___58___

2

| INV # | ARBOR PARK, HANFORD | AMOUNT DUE |
|---|---|---|
| 65770BL | 1050 W. Ambassador Dr, Hanford | $ 790.50 |
| 53797CD | 1050 W. Ambassador Dr, Hanford | $ 1,055.19 |
| 53797CI | 1050 W. Ambassador Dr, Hanford | $ 2,637.99 |
| 63797CP | 1050 W. Ambassador Dr, Hanford | $ 1,582.79 |
| 67660BL | 2331 N. Heron Dr, Hanford | $ 517.40 |
| 66580CD | 2331 N. Heron Dr, Hanford | $ 1,069.11 |
| 66580CI | 2331 N. Heron Dr, Hanford | $ 2,044.06 |
| 66580CP | 2331 N. Heron Dr, Hanford | $ 1,226.43 |
| 67605BL | 2302 N. Heron Dr, Hanford | $ 559.96 |
| 35125CD | 2302 N. Heron Dr, Hanford | $ 769.31 |
| 35125CI | 2302 N. Heron Dr, Hanford | $ 2,236.85 |
| 35125CP | 2302 N. Heron Dr, Hanford | $ 1,142.81 |
| 65768BL | 1255 W. Muir Way, Hanford | $ 622.54 |
| 56155FI | 1255 W. Muir Way, Hanford | $ 686.34 |
| 56156FD | 1255 W. Muir Way, Hanford | $ 168.40 |
| 63796CD | 1255 W. Muir Way, Hanford | $ 1,008.00 |
| 63796CI | 1255 W. Muir Way, Hanford | $ 2,515.00 |
| 63796CP | 1255 W. Muir Way, Hanford | $ 1,509.00 |
| 65902BL | 1211 W. Muir Way, Hanford | $ 716.58 |
| 65902BT | 1211 W. Muir Way, Hanford | $ 1,085.93 |
| 63795CD | 1211 W. Muir Way, Hanford | $ 917.57 |
| 53795CI | 1211 W. Muir Way, Hanford | $ 2,294.68 |
| 53795CP | 1211 W. Muir Way, Hanford | $ 1,372.79 |

SUBTOTAL        $   28,635.73
LIEN FEES       $       14.08

TOTAL OF LIEN   $   28,649.73

END OF DOCUMENT

Exhibit ___

Page ___ 59

| Titles: 01  Pages: 002 |
| Fees:    14.00 |
| Taxes:   0.00 |
| Paid:    $14.00 |

RECORDING REQUESTED BY

Doc Nbr: 0820212
Doc Type: 13

Kings County Clerk Recorder - 2728 10/29/2008
Ken Baird                               02:13:05

WHEN RECORDED MAIL TO

Martin Bohigian
Arakelian, Inc. DBA
Builders Flooring
324 N. Minnewawa Ave.
Clovis, CA 93612

Title Order No. _____     Escrow No. _____

SPACE ABOVE THIS LINE FOR RECORDERS' USE

### MECHANICS LIEN

The undersigned,   **Arakelian, Inc. DBA Builders Flooring** _____ . claimant
(name of person or firm claiming mechanics lien. Contractors use name exactly as it appears on the contractors license.)

claims a mechanics lien upon the following described real property:
City of **Hanford**, County of **Kings**, California
**Arbor Park 2 lot 02083, 1211 W. Mair Way, Hanford, CA 93230** (general description of property where the work or materials were furnished. A street address is sufficient, but if possible, use both street address and legal description.)

The sum of **$4,439.15** together with interest thereon at the rate of **8.00**
(Amount of Claim due and unpaid)

percent per annum from **11/29/08** is due claimant (after deducting all just credits and offsets) for
(date when balance became due)

the following work and material furnished by claimant:
flooring
(insert general description of the work or materials furnished)

Claimant furnished the work and materials at the request of, or under contract with
**Ennis Homes** (name of the person or firm who ordered or contract for the work or materials.)

The owners or reputed owners of the property are: **Ennis Homes**    643 N. WESTWOOD STREET
(insert name of owner of real property. This can be obtained from the county recorder or by checking the building permit application at the building department.)    PORTERVILLE, CA 93257

Firm Name  Arakelian, Inc. DBA Builders Flooring

By: _____
(Signature of claimant or authorized agent)
MARTIN BOHIGIAN

Description: Kings,CA Document-Year.DocID 2008.20212 Page: 1 of 2
Order: Kings Comment:

Exhibit _____ 1

Page _____ 60

2

## VERIFICATION

I, the undersigned, say I am the general manager of the claimant of the forgoing
("President of", Manager of", A partner of", "Owner of", etc.)

mechanic's lien, I have read said claim of mechanic's lien and know the contents thereof: the
above is true of my own knowledge.

I declare under perjury that the forgoing is true and correct.

Executed on _____10-29-08_____ , at _____CLOVIS_____ California.
                (Date of signature)                    (City where signed)


_____
(Personal signature of the individual who is swearing that the contents of the claim of mechanic's lien are true.)

MARTIN BOURGEAU

**END OF DOCUMENT**

Description: Kings,CA Document-Year.DocID 2008.20212 Page: 2 of 2
Order: Kings Comment:

Exhibit ___1___

Page ___61___

# Exhibit "F"

Escrow No. 42109954-KH – Closed on October 31, 2008

Project:  EAGLE RANCH

Property:  Lot 48 Tract No. 6056 Phase 6

>    10905 Trentadue Drive
>    Bakersfield CA 93312

Escrow No.: 08-42109954-KH
Locate No.: CACTI7715-7754-4421-0054107583
Title No.: 08-54107583-CU

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 48 of Tract No. 6056 "Phase 6", in the City of Bakersfield, County of Kern, State of California, according to the map thereof recorded June 20, 2006 in Book 55 Pages 105, 106 and 107 of Maps, Kern County Records.

EXCEPTING THEREFROM all remaining oil, gas and other hydrocarbon substances and minerals within or underlying said land, or which may be produced and saved therefrom; provided, however, grantor(s) herein, their successors and assigns shall not conduct drilling or other operations above a depth of 500 feet below the surface of said land, nothing herein contained shall be deemed to prevent grantor(s), their successors and assigns from extracting or capturing said minerals, oil, gas and hydrocarbons by drilling on adjacent or neighboring lands at a depth of 500 feet or more below the surface of said land, so as not to disturb the surface thereof or any improvements thereon, as reserved in the Deed recorded July 23, 2001 as Document No. 0201102315, Official Records.

APN: 525-571-48-00-9

Exhibit Page - Legal(exhibit)(08-07)

Exhibit_____1_____

Page_____63_____

Ennis Homes
All invoices are printed.                Invoices by Project by Job by Vendor   ER-06048
                                                                                SANCHEZ
                                                                                        10-29-2008

|  | Vendor | Amount Original | Amount Paid | Amount Outstanding |
|---|---|---|---|---|
| **009** | | | | |
| **009-06-048** | | | | |
| ALPHDOOR | Alpha Doors & Finish Co | 3,490.97 | .00 | 3,490.97 |
| ANCHLIGH | Anchor Lighting | 681.88 | .00 | 681.88 |
| BAKCITY | City Of Bakersfield | 17,126.21 | 17,126.21 | .00 |
| BJPLUMBI | BJ Plumbng Srv  DBA Pnr☐ | 4,320.00 | .00 | 4,320.00 |
| CENTVLYO | Central Valley Overhd Dr | 420.00 | .00 | 420.00 |
| CLOVSTON | Clovs Stn & Lndscp Suppl | 2,109.00 | .00 | 2,109.00 |
| CUSTVENT | Custom Vents | 78.04 | .00 | 78.04 |
| CWSSAN | California Water Srvc Co | 38.68 | .00 | 38.68 |
| EMETCONS | Emet Construction Inc | 1,539.20 | .00 | 1,539.20 |
| FENCEWOR | Fenceworks Inc | 1,502.15 | .00 | 1,502.15 |
| FSDOOR | F & S Shower Door | 418.00 | .00 | 418.00 |
| GANGNAIL | Gang Nail Truss Co Inc | 3,160.39 | .00 | 3,160.39 |
| HUDSTILE | Hudson Tile Inc. | 2,387.50 | .00 | 2,387.50 |
| JRJCONCR | JRJ Concret Cnstrctn Inc | 9,756.50 | .00 | 9,756.50 |
| KENNICS | Kennies ICS Inc | 4,290.00 | .00 | 4,290.00 |
| KERCOTAX | Kern County Trsr/Tx Coll | 166.63 | 166.63 | .00 |
| KINGDRYW | Kings Drywall Inc. | 5,236.00 | .00 | 5,236.00 |
| LEONARD | Leonrd's Crpt Srvc, Inc. | 3,202.00 | .00 | 3,202.00 |
| LINKENTE | LinkUs Enterprises Inc. | 575.00 | .00 | 575.00 |
| MAGANALA | Magana Landscape Servics | 2,615.00 | .00 | 2,615.00 |
| MIKETREN | Mike's Trenching | 375.00 | .00 | 375.00 |
| NELSROOF | Nelson Roofing Inc. | 6,394.00 | .00 | 6,394.00 |
| PGEUTIL | P G & E | 8.69 | .00 | 8.69 |
| RES-PEST | Res-Com Pest Control | 174.30 | .00 | 174.30 |
| RICKCAPP | Rick Capps Painting | 2,797.60 | .00 | 2,797.60 |
| STARELEC | Star Electric Inc | 3,515.00 | .00 | 3,515.00 |
| TRIVALLE | Tri Valley Plastrng Inc. | 4,866.75 | .00 | 4,866.75 |
| VISAPIPE | Visalia Pipe & Supply | 845.88 | .00 | 845.88 |
| WESTINSU | Western Insulation, Inc. | 4,717.90 | .00 | 4,717.90 |
| WEYRRICK | Weyrick | 3,574.98 | .00 | 3,574.98 |
| WINDPLUS | Windows Plus LLC | 1,894.40 | .00 | 1,894.40 |
| XAVISAHA | Xavier Sahagun Constrctn | 6,357.00 | .00 | 6,357.00 |
| Job Total | | 98,634.65* | 17,292.84* | 81,341.81* |
| Project Total: | | 98,634.65* | 17,292.84* | 81,341.81* |
| **Report Totals:** | | 98,634.65* | 17,292.84*- | 81,341.81* |

Exhibit ___1___

Page ___64___

Mechanics' Lien

**James W. Fitch, Assessor — Recorder**
Kern County Official Records

SOFIS
10/08/2008
11:57 AM

Recorded at the request of
**Public**

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

DOC#: 0208159420

| Stat Types: 1 | Pages: 1 |
|---|---|
| Fees | 9.99 |
| Taxes | 9.90 |
| Others | 0.90 |
| PAID | $9.08 |

FERGUSON ENTERPRISES INC
4546 BROAD ST
SAN LUIS OBISPO CA 93401-

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Mechanics' Lien
### (Claim of Lien)
(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That FERGUSON ENTERPRISES INC as claimant claims a lien for labor, service, equipment or materials under Section 3082 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, a upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of KERN COUNTY, State of California, said land described as follows:

STREET ADDRESS: EAGLE RANCH - SIERRA, BAKERSFIELD, CA
LEGAL DESCRIPTION:

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or material detail) PLUMBING/HVAC/PIPE/WATERWORKS/APPLIANCES/INSTALLATION SVS/LIGHTING/CONSTR MT

Amount due after deducting all just credits and offsets...$ 19,972.75

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment or materials is: PIONEER PLUMBING, PO BOX 41502, BAKERSFIELD CA 93384

That ENNIS HOMES INC, 643 N WESTWOOD ST, PORTERVILLE CA 93257-6930 is/are the reputed owner(s) of said building and/or premises, or some interest therein.

Date: 10/08/2008                                    Name of Claimant: FERGUSON ENTERPRISES
                                                   By: _____
                                                        *Branch Manager*

### VERIFICATION

I, the undersigned, state: I am the *Branch Manager* of the claimant named in the foregoing mechanics' lien; I have read said claim of mechanics' lien and know the contents thereof, and I certify that the same is true of own knowledge.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 10/08/08, at Bakersfield, State of California
County of Kern

                                                   *(Signature of Claimant or Authorized Agent)*

file://C:\Documents and Settings\SHODSON1\Local Settings\Temporary Internet Files\OL... 10/8/2008
TitleWorks Description: Chris / Kern / Year.Inst: 2008-159420 / Page 1 of 1 /
Order:

Page 65

**James W. Fitch, Assessor – Recorder**   PATTI
Kern County Official Records            18/09/2008
Recorded at the request of             10:11 AM
**Public**

DOC#: **0208159829**

Stat Types: 1   Pages:   1

| | |
|---|---|
| Fees | 9.00 |
| Taxes | 0.00 |
| Others | 0.00 |
| PAID | $9.00 |

RECORDING REQUESTED BY & MAIL TO:

NAME  WESTERN INSULATION LP

STREET
ADDRESS  7600 DISTRICT BLVD #A

CITY, STATE
& ZIP CODE  BAKERSFIELD, CA 93313

*Space above this line for Recorder's use*

# STATE OF CALIFORNIA MECHANIC'S LIEN
### (Claim of Lien – Civil Code Section 3084)

The undersigned, WESTERN ISULAITON LP
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN - CONTRACTORS USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of BAKERSFIELD , County of KERN , State of California and

described as follows: EAGLE RANCH  LOTS: 1051,6035, 3024, 6038, 6047, 6048, 6049
(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ 10,858.00
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of ___0___ percent per annum from 30 Days after invoice date is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment and/or materials furnished by Claimant:
INSTALLATION OF INSULAITON

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is ENNIS HOMES INC.

(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM OR CONTRACTED WITH, CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
ENNIS HOMES INC.  643 NO. WESTWOOD ST.  PORTERVILLE, CA 93257
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Name of Claimant  WESTERN INSULATION LP

Executed on 10/09/08       at BAKERSFIELD

by RANDY DICKEY
(PRINT NAME)                                            (SIGNATURE)

## VERIFICATION
### DIVISION MANAGER

I, the undersigned, declare: I am the _____ of WESTERN INSULATION LP
(TITLE)                              (NAME OF CLAIMANT)

the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this Verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 10/09/08       at BAKERSFIELD, CA
(DATE)                                         CITY AND STATE WHERE SIGNED AND VERIFIED

By RANDY DICKEY
(PRINT NAME)                                            (SIGNATURE)

www.TheContractorsGroup.com & Diane Dennis Enterprises © 2005-2008 mcls-001.doc Rev. 01/08 CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE.

Exhibit _____1_____

Page _____66_____

**James W. Fitch, Assessor – Recorder**
Kern County Official Records

PATTI
10/09/2008
10:11 AM

Recorded at the request of
**Public**

RECORDING REQUESTED BY & MAIL TO:

NAME  WESTERN INSULATION LP

STREET
ADDRESS  7600 DISTRICT BLVD #A

CITY, STATE
& ZIP CODE  BAKERSFIELD, CA 93313

DOC#: 0208159830

| Stat Types: 1 | Pages: 1 |
|---|---|
| Fees | 9.00 |
| Taxes | 0.00 |
| Others | 0.00 |
| PAID | $9.00 |

# STATE OF CALIFORNIA MECHANIC'S LIEN
### (Claim of Lien – Civil Code Section 3084)

The undersigned, WESTERN ISULAITON LP
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN - CONTRACTORS USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of BAKERSFIELD , County of KERN , State of California and

EAGLE RANCH  LOTS: 1051, 6048, 6049, 41-5, 33-5, 4047, 6044, 3033, 6033, 6045,
described as follows: 3016

DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ 22,576.00
(AMOUNT OF CLAIM DUE AND UNPAID)
together with interest thereon at the rate of 0 percent per annum from 30 Days after invoice date is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment and/or materials furnished by Claimant:
INSTALLATION OF CABINETS

GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is ENNIS HOMES INC.

(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM OR CONTRACTED WITH CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
ENNIS HOMES INC. 643 NO. WESTWOOD ST. PORTERVILLE, CA 93257
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Name of Claimant WESTERN INSULATION LP
Executed on 10/09/08 at BAKERSFIELD
by RANDY DICKEY
(PRINT NAME)                                                              (SIGNATURE)

## VERIFICATION
DIVISION MANAGER

I, the undersigned, declare: I am the _____ of WESTERN INSULATION LP
(TITLE)                        (NAME OF CLAIMANT)
the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this Verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 10/09/08 at BAKERSFIELD, CA
(DATE)                        (CITY AND STATE WHERE SIGNED AND VERIFIED)

By RANDY DICKEY
(PRINT NAME)                                           (SIGNATURE)

www.TheContractorsGroup.com & Diane Dennis Enterprises © 2005-2008 mcln-001.doc Rev. 01/08 CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE.

Exhibit 1

Page 67

*H2109954*

**James W. Fitch, Assessor – Recorder**
Kern County Official Records

Recorded at the request of:
**Public**

SOFIR
10/08/2008
1:18 PM

RECORDING REQUESTED BY AND
WHEN RECORDED, MAIL TO:

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Attn: Howard S. Nevins, Esq.

| DOC#: 0208160023 | Stat Type: 1 | Pages: 2 |
|---|---|---|
| | Fees | 12.00 |
| | Taxes | 0.00 |
| | Others | 0.00 |
| | PAID | $12.00 |

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## NOTICE AND CLAIM OF MECHANIC'S LIEN

NOTICE IS HEREBY GIVEN that Whirlpool Corporation, a corporation, claims a lien upon the real property described below for labor, services, materials, and/or equipment; specifically, **for appliances furnished by the claimant, pursuant to California Civil Code § 3110**, Whirlpool Corporation, and actually used in the construction of that certain work of improvement now upon and located on the real property located in the County of Kern, State of California, and particularly described as follows:

10905 Trentadue (Lot 48)        *Entire Entire lit*
Bakersfield, CA 93312

Said work of improvement as a whole and the whole of all said work of improvement and the land described above are sought to be charged with this lien.

The last known name and addresses of the owner of said real property are: ENNIS HOMES, INC., 643 N. WESTWOOD STREET, PORTERVILLE, CA 93257.

ENNIS HOMES, INC., is the name of the person to whom claimant furnished the labor, services, materials, and/or equipment, which said labor, services, materials, and/or equipment were actually used therein in the construction of said commercial buildings.

ENNIS HOMES, INC., was the contractor and person in charge of the work of improvement as a whole, and the work of improvement was made with the knowledge of and pursuant to the authority of ENNIS HOMES, INC.

The contract price of said labor, services, materials, and/or equipment was and is the sum of $1,070.53, and said sum was and is the reasonable value thereof. There is now due, owing, and unpaid, the sum of $1,070.53, after all adjustments, and after deducting all just credits and offsets, and the same has not been paid.

WHEREFORE, the undersigned claims the benefit of the law relative to mechanics' liens and works of improvements, to wit: Division 3 Title 15 of the Civil Code of the State of California.

*Howard S. Nevins*
Howard S. Nevins
Attorney for Claimant Whirlpool Corporation

K:\Draft\Drafts\HSN\Pending\Whirlpool-Ennis Homes\agmt mech lien lot 48_kern.wpd

1

Exhibit ___1___

Page ___68___

## VERIFICATION

I declare that I am the owner/officer/authorized representative of claimant named in the foregoing claim of lien, and am authorized to make this verification for and on behalf of said claimant, and I make this verification for that reason. I have read the claim of lien and know the contents thereof and the same is true and contains among other things, a correct statement of claimant's demand after deducting all just credits and offsets.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 8, 2008, at Sacramento, California.

Howard S. Nevins
Attorney for Claimant Whirlpool Corporation

K:\Draft\Draft\HSM\Pending\Whirlpool-Essex Homes\agent mech lien lot 48_kam.wpd

2

Exhibit ____
Page ____ 69

RECORDING REQUESTED BY

GOLDEN EMPIRE CONCRETE, INC

AND WHEN RECORDED MAIL TO :

Name GOLDEN EMPIRE CONCRETE,INC
Street
Address P.O. BOX 25000
City &
State BAKERSFIELD      CA      93390-5000

**James W. Fitch, Assessor — Recorder**
Kern County Official Records
Recorded at the request of
**Public**

DOC#: **0208167169**

| | |
|---|---|
| SOFIA 10/21/2008 1:31 PM | |
| Stat Types: 1 | Pages: 1 |
| Fees | 9.00 |
| Taxes | 0.00 |
| Others | 0.00 |
| PAID | $9.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S US

## MECHANIC'S LIEN

The undersigned **GOLDEN EMPIRE CONCRETE, INC.**
(Name of person or firm claiming mechanic's lien. Contractors use name exactly as it appears on contractor's license.)

Claimant, claims a mechanic's lien upon the following described real property:

City of **BAKERSFIELD**, County of **KERN**, California,

**EAGLE RANCH (LOT 48)** Phase
General description of property where the work or materials were furnished. A street address is sufficient, but if possible, use both street address and legal description.

The sum of $ **2,827.51** together with interest thereon
(amount of claim due and unpaid)

at the rate of **10** percent per annum from **October 10, 2008**
(Date when balance became due)

is due claimant (after deducting all just credits and offsets for the following work and materials furnished

by claimant **DELIVERY OF READY MIX CONCRETE AND RELATED MATERIALS**
(Insert general description of work or materials furnished)

Claimant furnished the work and materials at the request of, or under contract with

**EMET CONSTRUCTION**
(Name of person or firm who ordered or contracted for the work or materials)

The owners and reputed owners of the property are **ENIS HOMES**

**ATTN: BRIAN ENNIS  643 N. WESTWOOD  PORTERVILLE, CA.  93257**
(Insert name of owner of real property. This can be obtained from the County Recorder or by checking the building permit application at the Building Department)

Firm Name **GOLDEN EMPIRE CONCRETE, INC.**
By: *Rodney Gonzales*
(Signature of claimant or authorized agent)
**RODNEY GONZALES**

### VERIFICATION

I, the undersigned, say I am the **CREDIT MANAGER**
"President of", "Manager of", "A partner of", "Owner of", etc.

The claimant of the foregoing mechanic's lien. I have read said claim of mechanic's lien and know the contents thereof; the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 10, 2008** at **FRESNO**, California
(Date of Signature)      (City where signed)

*Rodney Gonzales*
Personal signature of the individual who is swearing that the contents of the claim of mechanic's lien are true.

This document is only a general form which may be proper use in simple transactions and in no way acts, or is intended to act, as a substitute for the advice of an attorney. The publisher does not make any warranty, either express or implied, as to the legal validity of any provision or the suitability of these forms in any specific transactions.

FORM D

Exhibit 1
Page 70

**James W. Fitch, Assessor – Recorder**
Kern County Official Records
Recorded at the request of
**Public**

TELFORDT
10/29/2008
1:28 PM

DOC#: 0208170727

Stat Types: 1  Pages: 1

| | |
|---|---|
| Fees | 9.00 |
| Taxes | 0.00 |
| Others | 3.00 |
| PAID | $12.00 |

RECORDING REQUESTED BY & MAIL TO:

NAME  **Fenceworks, Inc.**
STREET ADDRESS  **4750 Burr Street, Suite B**
CITY, STATE & ZIP CODE  **Bakersfield, CA  93308**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## STATE OF CALIFORNIA MECHANIC'S LIEN
(Claim of Lien)

The undersigned, **Fenceworks**
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN - CONTRACTORS USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of **Kern**, State of California, and described as follows:

**Tract# 6056, "Eagle Ranch" project, Bakersfield, CA**

**10995 Trentadue Drive, Lot:048, Phase: 06**
(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ **1,497.15**
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of **12** per cent per annum from **October 29**, **2008**, is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)
claimant for the following labor, services, equipment and/or materials furnished by Claimant:
**Fence Material and Labor**

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is **Ennis Homes, Inc.**

**643 N. Westwood Street, Porterville, CA 93257**
(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH, CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **Ennis Homes**

**643 N. Westwood Street, Porterville, CA 93257**
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Name of Claimant **Fenceworks**

By _David Hall_    David Hall - Assoc. Manager

### VERIFICATION

I, the undersigned, declare: I am the **Assoc. Mgr.** of **Fenceworks**
(TITLE)  (NAME OF CLAIMANT)

the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
**October 28**, **2008** _David Hall_  David Hall - Assoc. Manager
(DATE OF SIGNATURE)  (SIGNATURE OF THE INDIVIDUAL WHO VERIFIES THAT THE CONTENTS OF THE CLAIM OF MECHANIC'S LIEN ARE TRUE)

Exhibit 1

Page 71

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

NAME McIntosh & Associates

STREET
ADDRESS 2001 Wheelan Ct.

CITY
STATE Bakersfield, CA  93309
ZIP

Attn:  Roger McIntosh

**James W. Fitch, Assessor—Recorder**
Kern County Official Records
Recorded at the request of
**Public**

SABRINA
10/14/2008
11:30 AM

DOC#:  0208163616

| Stat Types: 1 | Pages: 2 |
|---|---|

Fees     12.00
Taxes     0.00
Others     0.00
PAID     $12.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

WOLCOTTS FORMS, INC.                                    Since 1893

# MECHANIC'S LIEN
## (Claim of Lien)

The undersigned, McIntosh & Associates
FULL NAME OF PERSON OR FIRM CLAIMING LIEN, CONTRACTORS USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE.

whose address is  2001 Wheelan Ct., Bakersfield, CA  93309

referred to in this Claim of Lien as Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials

described below furnished for a work of improvement upon that certain real property located in the

City of  Delano                     County of  Kern                     , State of  California         and

described as follows: The East half of the Southwest Quarter of Section 7, Township 25 South, Range 26 East, Mount Diablo base & meridian in the unincorporated area, County of Kern, State of California, according to the official plat thereof
IDEAL DESCRIPTION OF PROPERTY AND STREET ADDRESS WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.

This lien is claimed, separately and severally, as to both the buildings and improvements thereon, and the said land.

After deducting all just credits and offsets, the sum of  Nine thousand eight hundred forty-one                     Dollars
AMOUNT OF CLAIM DUE AND UNPAID

($ 9,841.00                     ),  together with interest thereon at the rate of  1.5          percent per annum from

9/12/.         2007                     , is due Claimant for the following labor, services, equipment and/or materials
DATE WHEN AMOUNT OF CLAIM BECAME DUE

furnished by Claimant  Engineering Services
GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED

The work was begun  08/08          2003          and was completed on, or, if not completed, the last

day on which work was done on was  02/13          2008         .

Preliminary notices of this claim (if required) were given

to the owner(s) or reputed owner(s) on  03/07          2008     via  Certified Mail w/ Return Receipt

to the general contractor, if any, on _____, via _____

and to the subcontractor, if any, on _____, via _____

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor,

services, equipment and/or materials is  Ennis Land Development, Inc.
USUALLY NAME OF THE PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH CLAIMANT FOR THE WORK AND/OR MATERIALS

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
Ennis Land Development, Inc. 643 North Westwood St., Porterville, CA  93257
THIS INFORMATION MAY BE OBTAINED FROM THE COUNTY RECORDER OR BY CHECKING THE BUILDING PERMIT APPLICATION AT THE BUILDING DEPARTMENT

Assessor's parcel No.  049-150-36

Dated  10/10          2008

at  Bakersfield, CA
CITY AND STATE

Roger A. McIntosh
NAME OF CLAIMANT/AGENT

AUTOGRAPH OF CLAIMANT OR AUTHORIZED AGENT AND TITLE

If Verification or Notarization is required in your state, please complete the reverse side of this form as well.

Wolcotts Forms, our resellers and agents make no representations or
warranty, express or implied, as to the fitness of this form for any
specific use or purpose.  If you have any question, it is always best to
consult a qualified attorney before using this or any legal document.

©2005 WOLCOTTS FORMS, INC.


7  67775 01024  4
#1024     REV. 10-05

Exhibit  1

Page  72

## VERIFICATION

I, the undersigned, declare: I am the Principal _____ of McIntosh & Associates
_____ TITLE _____ NAME OF CLAIMANT

the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this Verification for the Claimant;

I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10/10 _____ 2008
_____ DATE

AUTOGRAPH OF THE INDIVIDUAL WHO VERIFIES THAT THE CONTENTS OF THE CLAIM OF MECHANIC'S LIEN ARE TRUE

STATE OF CALIFORNIA

COUNTY OF KERN

On OCTOBER 18, 2008 _____, before me, _____
KATHY BURDETTE _____, Notary Public, personally appeared
ROGER A. McINTOSH _____

personally known to me (or proved to me on this basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on
the instrument the person(s) or the entity upon behalf of which the person(s)
acted, executed the instrument.

WITNESS my hand and official seal.

Kathy Burdette
SIGNATURE                    (Seal)

KATHY BURDETTE
COMM. #1799361
NOTARY PUBLIC-CALIFORNIA
KERN COUNTY
My Comm. Exp. May 27, 2012

Exhibit _____

Page 73

**James W. Fitch, Assessor – Recorder**   PATTI
Kern County Official Records             11/03/2008
Recorded at the request of               11:52 AM
**Public**

DOC#:  0208172655      Stat Types: 1   Pages:  1

Fees      9.80
Taxes     0.00
Others    0.00
PAID      $9.80

RECORDING REQUESTED BY AND RETURN TO:

Kings Drywall, Inc DBA: Kings
Construction Group
1175 Shaw Ave. #104-302
CLOVIS, CA  93612
USA

Telephone: (559) 834-3700
Fax: (559) 834-3766

APN # 525-571-48-5

### MECHANIC'S LIEN (PRIVATE WORK)

The undersigned claimant, Kings Drywall, Inc DBA: Kings Construction Group, hereby claims a mechanic's lien as follows:

The claimant's demand, after deducting all just credits and offsets, is the sum of $6,160.00, including service charges or interest at the rate of 18.000% per annum, thereon from the dates of 09/10/2008 through 10/30/2008.

To the unpaid balance due of $6,160.00, please add anticipated service charges, interest, court costs and attorney fees of _____0_____.

The name of the owner(s) or reputed owner(s), if known, is: ENNIS HOMES, INC 643 N. WESTWOOD STREET, , PORTERVILLE, CA 93257.

The name of the person to whom claimant furnished the labor, services, equipment or materials to was ENNIS HOMES, INC, 643 N. WESTWOOD STREET, PORTERVILLE, CA 93257.

The claimant furnished the following kinds of labor, services, equipment or materials: DRYWALL INSTALLATION.

The site at which the work of improvement was constructed is commonly known as the EAGLE RANCH TRACT#6056 project, located at 10905 TRENTADUE DRIVE, BAKERSFIELD, CA 93312, Assessors or Property Parcel Number: 525-571-48-5, in the County of KERN.

Specific contract information, if any, is attached.

Dated 10/31/2008 for claimant Kings Drywall, Inc DBA: Kings Construction Group, 1175 Shaw Ave./#104-302, CLOVIS, CA 93612

Prepared by: _____
Sid Evans, President/Owner

### VERIFICATION

I declare that I am authorized to file this claim on behalf of the claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at CLOVIS, CA on 10/31/2008 for Kings Drywall, Inc DBA: Kings Construction Group.

Exhibit __I__

Page __74__

# Exhibit "G"

Escrow No. 4219032-KH – Closed on October 31, 2008

Project:  ARBOR PARK

Property:  Lot 81 of LeParc, Unit II County Tract No. 788

> 1255 W. Muir Way
> Hanford CA 93230

Exhibit____1____

Page____75____

Escrow No.: 08-42109032-KH
Locate No.: CACTI7754-7754-4421-0042109032
Title No.: 08-42109032-CU

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF HANFORD, COUNTY OF KINGS, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 81 of LeParc, Unit II County Tract No. 788, in the City of Hanford, County of Kings, State of California, according to the map thereof recorded in Volume 21 at Page 11 of Licensed Surveyor Plats, Kings County Records.

APN: 008-620-008

Exhibit Page - Legal(exhibit)(08-07)

**Exhibit** 1

**Page** 76

Ennis Homes                    Invoices by Project by Job by Vendor   AP02081        10-29-2008
All invoices are printed.                                    NOYOLA

|  | Vendor | Amount Original | Amount Paid | Amount Outstanding |
|---|---|---|---|---|
| 003 |  |  |  |  |
| 003-02-081 |  |  |  |  |
| BLANCUST | Blanks Cstm Drywll & Pnt | 5,716.80 | .00 | 5,716.80 |
| BLINECT | Blinds Etc | 1,334.49 | .00 | 1,334.49 |
| BMCWESTF | BMC West Corp  Frame | 9,772.22 | .00 | 9,772.22 |
| BUILFLOO | Builders Flooring | 3,562.20 | .00 | 3,562.20 |
| CENTVLYO | Central Valley Overhd Dr | 365.00 | .00 | 365.00 |
| CLOVSTON | Clovs Stn & Lndscp Suppl | 465.00 | .00 | 465.00 |
| CUSTVENT | Custom Vents | 208.21 | .00 | 208.21 |
| FRIAMASO | Friant Masonry, Inc | 2,117.50 | .00 | 2,117.50 |
| FSDOOR | F & S Shower Door | 498.00 | .00 | 498.00 |
| GANGNAIL | Gang Nail Truss Co Inc | 3,133.12 | 3,133.12 | .00 |
| HANCITY | City Of Hanford | 16,658.13 | 16,658.13 | .00 |
| JAMECO | James & Co Lighting | 1,057.49 | .00 | 1,057.49 |
| JWESPLUM | J Westcott  Plumbing Inc | 7,911.25 | 4,795.00 | 3,116.25 |
| KENNICS | Kennies ICS Inc | 4,325.00 | 3,023.00 | 1,302.00 |
| KENYPLAS | Kenyon Plastering Inc | 4,899.51 | .00 | 4,899.51 |
| KINCOTAX | Kings County Tax Collctr | 241.46 | 241.46 | .00 |
| LINKENTE | LinkUs Enterprises Inc. | 775.00 | .00 | 775.00 |
| NELSROOF | Nelson Roofing Inc. | 6,440.00 | .00 | 6,440.00 |
| ORTGCON | Ortega Concrete Cnstrctn | 12,968.76 | 8,237.28 | 4,731.48 |
| PAVLELEC | Pavletich Electric, Inc. | 5,164.00 | .00 | 5,164.00 |
| PHILYOUN | Phil Young Painting | 3,020.84 | .00 | 3,020.84 |
| RAINSCAP | Rainscape Inc | 1,775.00 | .00 | 1,775.00 |
| RBCCLEAN | R & B Construction Clnup | 2,004.00 | .00 | 2,004.00 |
| RES-PEST | Res-Com Pest Control | 183.12 | 183.12 | .00 |
| RICHSAHA | Richard Sahagun Constr | 7,543.40 | 6,821.00 | 722.40 |
| RIOSGENE | Rios Generl Bldng Cntrct | 1,846.00 | .00 | 1,846.00 |
| SACRBLDC | Sacramento Bld Cabinets | 5,030.00 | .00 | 5,030.00 |
| SACRBLDI | Sacramento Bld Insulatn | 2,353.00 | 912.60 | 1,440.40 |
| SCEROSE | S C E | 42.92 | .00 | 42.92 |
| SCGUTI | S C G | 27.16 | .00 | 27.16 |
| SUMMPURT | Summer Purtle | 316.48 | .00 | 316.48 |
| VISAPIPE | Visalia Pipe & Supply | 845.88 | .00 | 845.88 |
| WHIRINC | Whirlpool  Inc | 2,020.30 | .00 | 2,020.30 |
| WINDPLUS | Windows Plus LLC | 2,040.83 | .00 | 2,040.83 |
| Job Total |  | 116,662.07* | 44,004.71* | 72,657.36* |
| Project Total: |  | 116,662.07* | 44,004.71* | 72,657.36* |
| **Report Totals:** |  | 116,662.07* | 44,004.71* | 72,657.36* |

Exhibit____1____

Page____77____

| | Titles: 01 | Pages: 002 |
|---|---|---|
| Doc Nbr: 0819161 | Fees: | 11.00 |
| Doc Type: 13 | Taxes: | 0.00 |
| | Paid: | $11.00 |

Kings County Clerk Recorder - 2720 10/09/2008
Ken Baird
02:09:29

RECORDING REQUESTED BY AND
WHEN RECORDED, MAIL TO:

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Attn: Howard S. Nevins, Esq.

_(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)_

## NOTICE AND CLAIM OF MECHANIC'S LIEN

NOTICE IS HEREBY GIVEN that Whirlpool Corporation, a corporation, claims a lien upon the real property described below for labor, services, materials, and/or equipment; specifically, **for appliances furnished by the claimant, pursuant to California Civil Code § 3110**, Whirlpool Corporation, and actually used in the construction of that certain work of improvement now upon and located on the real property located in the County of Kings, State of California, and particularly described as follows:

1255 W. Muir Way (Lot 81)
Hanford, CA 93230

Said work of improvement as a whole and the whole of all said work of improvement and the land described above are sought to be charged with this lien.

The last known name and addresses of the owner of said real property are: ENNIS HOMES, INC., 643 N. WESTWOOD STREET, PORTERVILLE, CA 93257.

ENNIS HOMES, INC., is the name of the person to whom claimant furnished the labor, services, materials, and/or equipment, which said labor, services, materials, and/or equipment were actually used therein in the construction of said commercial buildings.

ENNIS HOMES, INC., was the contractor and person in charge of the work of improvement as a whole, and the work of improvement was made with the knowledge of and pursuant to the authority of ENNIS HOMES, INC.

The contract price of said labor, services, materials, and/or equipment was and is the sum of $2,020.30, and said sum was and is the reasonable value thereof. There is now due, owing, and unpaid, the sum of $2,020.30, after all adjustments, and after deducting all just credits and offsets, and the same has not been paid.

WHEREFORE, the undersigned claims the benefit of the law relative to mechanics' liens and works of improvements, to wit: Division 3 Title 15 of the Civil Code of the State of California.

Howard S. Nevins
Attorney for Claimant Whirlpool Corporation

1

Exhibit ___I___

Page ___78___

2

## VERIFICATION

I declare that I am the owner/officer/authorized representative of claimant named in the foregoing claim of lien, and am authorized to make this verification for and on behalf of said claimant, and I make this verification for that reason. I have read the claim of lien and know the contents thereof and the same is true and contains among other things, a correct statement of claimant's demand after deducting all just credits and offsets.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 8, 2008, at Sacramento, California.

Howard S. Nevins
Attorney for Claimant Whirlpool Corporation

**END OF DOCUMENT**

Exhibit  1
Page  79

| | | Titles: 01  Pages: 002 |
|---|---|---|
| | | Fees:      14.00 |
| Doc Nbr: 0819353 | | Taxes:      0.00 |
| Doc Type: 13 | | Paid:     $14.00 |

Kings County Clerk Recorder - 2728 10/14/2008
Ken Baird                                    01:25:39

r-328

RECORDING REQUESTED BY

Sacramento Building Products, Inc.

AND WHEN RECORDED MAIL TO
Sacramento Building Products
P. O. BOX 815
WEST SACRAMENTO, CA 95691

## Mechanic's Lien

The Undersigned,     <u>Sacramento Building Products</u>     Claimant, claims a mechanic's lien upon
                     (Name of person or firm as it appears on Mechanic's Lien)

the following described real property:

CITY OF:     <u>HANFORD</u>          County of:    <u>KINGS</u>          , State of California and

described as:  <u>ENNIS HOMES - ARBOR PARK, SEE ATTACHED</u>

The sum of:    <u>$ 28,549.73</u>  together with interest thereon at the rate of % 18 percent per annum from

<u>08/02/08</u>    is due Claimant (after deducting all just credits and offsets) for the following labor, services,

equipment and/or materials furnished by Claimant:     <u>INSULATION, CABINET, FIREPLACE</u>

Claimant furnished the labor, services, equipment and/or materials at the request of, or under contract with:

<u>ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257</u>

The name(s) and address(es) of the owners or reputed owners of the property is/are:

<u>ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257</u>

Date: 10-9-2008          Name of Claimant: Sacramento Building Products

By: _____
     Candice Kenney, Regional Credit Manager

## VERIFICATION

I, the undersigned, declare: I am the Credit Manager of the Claimant of the foregoing mechanic's lien; I am
authorized to make this Verification. I have read said claim of mechanic's lien and know the contents thereof;
the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>10/9/08</u> at Sacramento, California    _____
                                                      Candice Kenney, for Sacramento Building Products

TitleWorks / Page 1 of 2

Exhibit ____I____

Page ____80____

2

| INV # | ARBOR PARK, HANFORD | AMOUNT DUE |
|---|---|---|
| 65770BL | 1050 W. Ambassador Dr, Hanford | $ 790.60 |
| 63797CD | 1050 W. Ambassador Dr, Hanford | $ 1,055.19 |
| 63797CI | 1050 W. Ambassador Dr, Hanford | $ 2,837.99 |
| 63797CP | 1050 W. Ambassador Dr, Hanford | $ 1,582.79 |
| 67660BL | 2331 N. Heron Dr, Hanford | $ 617.40 |
| 66580CD | 2331 N. Heron Dr, Hanford | $ 1,069.11 |
| 66580CI | 2331 N. Heron Dr, Hanford | $ 2,044.06 |
| 66580CP | 2331 N. Heron Dr, Hanford | $ 1,226.43 |
| 67605BL | 2302 N. Heron Dr, Hanford | $ 589.96 |
| 35125CD | 2302 N. Heron Dr, Hanford | $ 769.31 |
| 35125CI | 2302 N. Heron Dr, Hanford | $ 2,236.85 |
| 35125CP | 2302 N. Heron Dr, Hanford | $ 1,142.81 |
| 65768BL | 1255 W. Muir Way, Hanford | $ 622.54 |
| 66156FI | 1255 W. Muir Way, Hanford | $ 688.34 |
| 66156FD | 1255 W. Muir Way, Hanford | $ 166.40 |
| 63796CD | 1255 W. Muir Way, Hanford | $ 1,006.00 |
| 63796CI | 1255 W. Muir Way, Hanford | $ 2,515.00 |
| 63796CP | 1255 W. Muir Way, Hanford | $ 1,509.00 |
| 65902BL | 1211 W. Muir Way, Hanford | $ 716.68 |
| 65902BT | 1211 W. Muir Way, Hanford | $ 1,085.93 |
| 63795CD | 1211 W. Muir Way, Hanford | $ 917.87 |
| 63795CI | 1211 W. Muir Way, Hanford | $ 2,294.68 |
| 63795CP | 1211 W. Muir Way, Hanford | $ 1,372.79 |

|   | SUBTOTAL | $ 28,635.73 |
|---|---|---|
|   | LIEN FEES | $ 14.00 |
|   | TOTAL OF LIEN | $ 28,649.73 |

END OF DOCUMENT

Exhibit 1

Page 81

| Title: 01 | Pages: 002 |
|---|---|
| Fees: | 11.00 |
| Taxes: | 0.00 |
| Paid: | $11.00 |

Doc Nbr: 0819831
Doc Type: 13

Kings County Clerk Recorder - 2726 10/22/2008
Ken Baird                                02:11:41

r431

This instrument was recorded at the
request of:
*Asset Research Services, Inc.*
*PO Box 7562*
*Chandler, AZ 85248-7562*

The recording official is directed to                    Space reserved for Recording
return this instrument to the above                       Information

## MECHANIC'S LIEN (CLAIM OF LIEN)

KENYON PLASTERING INC                          ENNIS HOMES INC
                                                643 N WESTWOOD ST
30520 ROAD 64                                   PORTERVILLE CA 93257-8930
VISALIA CA 93291-9557

CLAIMANT                                        OWNER OR REPUTED OWNER

NOTICE IS HEREBY GIVEN that KENYON PLASTERING INC , claimant, claims a lien in compliance with the Civil
Code of the State of California.

The Nature of Improvements to be Charged with a Lien are described as STUCCO and were furnished in connection with
a project on the Subject Real Property we believe to be located at, and described as follows:

      1255 W MUIR WAY, HANFORD, CA 93230-8596
      LOT 81, ARBOR PARK, LE PARC UNIT II, COUNTY TRACT 788, AS PER MAP RECORDED JUNE 29, 2005
      IN VOLUME 21 AT PAGE 11 OF LICENSED SURVEYOR PLATS, CITY OF HANFORD IN KINGS COUNTY,
      State of California.

The amount due and remaining unpaid to claimant, after deducting all just credits and offsets is the sum of $5,743.90, for
which demand has been made.

Claimant has furnished labor, materials, machinery, fixtures or tools in the construction, alteration or repair of the
buildings, other structures or above described improvements on Subject Real Property at the specific request of ENNIS
HOMES whose address is 643 N WESTWOOD ST, PORTERVILLE CA 93257-8930 whom Claimant reasonably believed
to be the lawful agent of ENNIS HOMES INC, Owner or Reputed Owners, whose address is 643 N WESTWOOD ST,
PORTERVILLE CA 93257-8930.

WHEREFORE Claimant demands a lien on Subject Real Property and all improvements thereon in the amount set forth
above, plus interest thereon at the maximum rate permitted by law and all reasonable expenses, costs and attorney's
fees incurred by Claimant in its efforts to collect the above amount, which amounts are justly due and owing, and in order
to fix this lien has made this Notice and Claim in two or more original copies, causing one to be filed in the Office of the
County Recorder of this County and causing others to be served upon Owner or Reputed Owners.

SIGNED October 20, 2008                         KENYON PLASTERING INC

                                                B Gauthier, Signature of Representative
                                                for KENYON PLASTERING INC

Description: Kings,CA Document-Year.DocID 2008.19831 Page: 1 of 2
Order: 1 Comment:

Exhibit _____1_____

Page _____82_____

2

**VERIFICATION**

I, B Gauthier, the undersigned, state: I am the Representative of the claimant named in the foregoing mechanic's lien; I have read said claim of mechanics lien and know the contents thereof, and I certify that the same is true of my own knowledge. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 20, 2008 at Chandler Arizona

Doc#1196419 CA_LIEN Rws#2848
Batch#118511/114:29:02\Y G_Copy
PREPARED FOR CLAIMANT BY: Asset Research
Services, Inc., PO Box 7562 Chandler, AZ 85246-7562
Voice:(480) 940-4290 (800) 783-9636

B Gauthier, Signature of Representative
For KENYON PLASTERING INC

**END OF DOCUMENT**

Description: Kings,CA Document-Year.DocID 2008.19831 Page: 2 of 2
Order: 1 Comment:

Exhibit ____1____

Page ____83____

RECORDING REQUESTED BY

**SLAKEY BROTHERS, INC.**

AND WHEN RECORDED MAIL TO:

| | |
|---|---|
| NAME | ATTN: GWYNETH DUNBAR |
| STREET ADDRESS | SLAKEY BROTHERS, INC. |
| | PO BOX 15647 |
| CITY & STATE | SACRAMENTO, CA 95852-0647 |

Doc Nbr: 0819949
Doc Type: 13

Titles: 01  Pages: 001
Fees: 11.00
Taxes: 0.00
Paid: $11.00

Kings County Clerk Recorder - 2720 10/24/2008
Ken Baird                                11:21:20

——— SPACE ABOVE THIS LINE FOR RECORDER'S USE ———

## MECHANIC'S LIEN

The undersigned    SLAKEY BROTHERS, INC.
(Name of person or firm desiring mechanic's lien. Contractors use name exactly as it appears on contractors' license.)
Claimant, claims a mechanic's lien upon the following described real property:
City of    Hanford,            County of    Kings                California,
    Arbor Park Lots 81,83,85,107,109  11ᵗʰ & Fargo Street, Hanford, CA
        General description of property where the work or materials were furnished. A street address is sufficient,
        but if possible, use both street address and legal description.

The sum of $  4,357.80                            together with interest thereon
            (Amount of overdue and unpaid)
at the rate of    18        percent per annum from    September 26, 2008
                                                (Date when balance became due)
is due claimant (after deducting all just credits and offsets for the following work and materials furnished
by claimant    Heating, Plumbing &/or A/C Equipment & Supplies
                (Insert general description of work or materials furnished)

        Claimant furnished the work and materials at the request of, or under contract with
J Westcott Plumbing 1850 S Dockety Ave, Selma, CA 93662
                (Name of person or firm who ordered or contracted for the work or materials)

The owners and reputed owners of the property are    Ennis Homes Inc 643 N Westwood,
    Porterville, CA 93257
(Insert name of owner of real property. This can be obtained from the County Recorder or by checking the building permit application at the Building Department.)

Firm Name:    **SLAKEY BROTHERS, INC.**
By:    _Gwyneth Dunbar_
        (Signature of claimant or authorized agent)
        Gwyneth Dunbar

### VERIFICATION

I, the undersigned, say I am the    Credit Manager of
                                    ("President of," "Manager of" "A partner of," "Owner of", etc.
the claimant of the foregoing mechanic's lien. I have read said claim of mechanic's lien and know the
contents thereof; the same is true of my knowledge.
I declare under penalty of perjury that the foregoing is true and correct.
Executed on    October 22, 2008,    at    .   Elk Grove,            California
            (Date of Signature)              (City where signed)

                                    _Gwyneth Dunbar_
                Personal signature of the individual who is swearing that the contents of the claim
                of mechanic's lien are true.

                                    Gwyneth Dunbar

END OF DOCUMENT

Description: Kings,CA Document-Year.DocID 2008.19949 Page: 1 of 1
Order: 1 Comment:

Exhibit

Page    84

| | Titles: 01  Pages: 001 |
|---|---|
| Doc Nbr: 0820066 | Fees:      11.00 |
| Doc Type:  13 | Taxes:     0.00 |
| | Paid:     $11.00 |

Kings County Clerk Recorder - 2720 10/27/2008
Ken Baird                                      11:38:19

**RECORDING REQUESTED BY & MAIL TO:**

NAME Friant Masonry, Inc.

STREET
ADDRESS 46150 Rolling Oaks Drive

CITY, STATE
& ZIP CODE Friant, CA 93626

## STATE OF CALIFORNIA MECHANIC'S LIEN
### (Claim of Lien – Civil Code Section 3084)

The undersigned, Friant Masonry, Inc.
(FULL NAME OF PERSON OR PERSONS NAMED MECHANICS LIEN – CONTRACTORS LIEN AND SUPPLY AND IT WORKS ON CONTRACT SUB CLAIMS)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment
and/or materials described below, furnished for a work of improvement upon that certain real property located
in the City of Hanford                    , County of Kings                    , State of California and
described as follows: 1255 W. Muir Way Hanford CA 93230/Arbor Park Lot 81

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION)

After deducting all just credits and offsets, the sum of $ 2,117.50
(AMOUNT OF CLAIM DUE AND UNPAID)
together with interest thereon at the rate of    10    percent per annum from  August 12, 2008          is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment and/or materials furnished by Claimant:
Labor and materials for installation of masonry veneer

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the
labor, services, equipment and/or materials is  Ennis Homes, Inc.

(ACTUALLY NAME OF PERSON OR FIRM WHO ORDERED WORK OR CONTRACTED WITH CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
Ennis Homes, Inc. 543 N. Westwood St. Porterville, CA 93257
(NAME AND ADDRESS OF OWNER OR REPUTED OWNER AS OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Name of Claimant  Friant Masonry, Inc.

Executed on 10-27-2008          at  Fresno CA         Friant Masonry, Inc.

by  Marcy Lamphere          *Marcy Lamphere*
(PRINT NAME)                      (SIGNATURE)   *Marcy Lamphere*

### VERIFICATION

I, the undersigned, declare: I am the Office Manager          of Friant Masonry, Inc.
                                    (TITLE OF CLAIMANT)                          (NAME OF CLAIMANT)
the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this Verification for the
Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is
true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and
correct.

Executed on 10-27-2008          at  Fresno CA         Friant Masonry, Inc.
                (DATE)                                  (CITY AND STATE WHERE SIGNED AND VERIFIED)

By  Marcy Lamphere          *Marcy Lamphere*
(PRINT NAME)                      (SIGNATURE)

www.TheConnectionGroup.com & Demo Demos Exceptions © 2005-2008 make-004.pdf Rev. 01/09 CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE.

*Marcy Lamphere*

## END OF DOCUMENT

Exhibit     1

Page     85

| | Titles: 01  Pages: 002 |
|---|---|
| Doc Nbr: 0820211 | Fees:    14.00 |
| Doc Type: 13 | Taxes:    0.00 |
| | Paid:    $14.00 |

RECORDING REQUESTED BY

Kings County Clerk Recorder · 2720 10/29/2008
Ken Baird                                    02:13:05

WHEN RECORDED MAIL TO

Martin Bohigian
Arakelian, Inc. DBA
Builders Flooring
324 N. Minnewawa Ave.
Clovis, CA 93612

Title Order No. _____    Escrow No. _____

SPACE ABOVE THIS LINE FOR RECORDERS' USE

## MECHANICS LIEN

The undersigned,  **Arakelian, Inc. DBA Builders Flooring**          , claimant
(name of person or firm claiming mechanics lien. Contractors use name exactly as it appears on the contractors license.)

claims a mechanics lien upon the following described real property:
City of Hanford, County of Kings, California
**Arbor Park 2 lot 02081, 1255 W. Muir Way, Hanford, CA 93230** (general description of property where the
work or materials were furnished. A street address is sufficient, but if possible, use both street address and legal description.)

The sum of **$3562.29** together with interest thereon at the rate of **8.00**
(Amount of Claim due and unpaid.)

percent per annum from **9/24/08** is due claimant (after deducting all just credits and offsets) for
(date when balance became due)

the following work and material furnished by claimant:
**flooring**
(insert general description of the work or materials furnished)

Claimant furnished the work and materials at the request of, or under contract with
**Ennis Homes** (name of the person or firm who ordered or contract for the work or materials )

The owners or reputed owners of the property are:  Ennis Homes   643 N. WESTWOOD STREET
PORTERVILLE, CA 93257
(insert name of owner of real property. This can be obtained from the county recorder or by checking the building permit application at the
building department.)

Firm Name  Arakelian, Inc. DBA Builders Flooring

By: _____
(Signature of claimant or authorized agent)

MARTIN BOHIGIAN

Exhibit ____1____

Page ____86____

2

## VERTIFICATION

I, the undersigned, say I am the general manager of the claimant of the forgoing
(''President of'', Manager of'', A partner of'', ''Owner of'', etc.)

mechanic's lien, I have read said claim of mechanic's lien and know the contents thereof: the
above is true of my own knowledge.

I declare under perjury that the forgoing is true and correct.

Executed on ___10-29-08___ , at ___CLOVIS___ California.
                (Date of signature)              (City where signed)


___Lt Bohg___
(Personal signature of the individual who is swearing that the contents of the claim of mechanic's lien are true.)

      MARTIN BOHLIAN

END OF DOCUMENT

Exhibit ___1___

Page ___87___

Indemnity No.          Order No.  42109274-KH          Date    December 23, 2008

## SPECIAL INDEMNITY AGREEMENT

THIS INDEMNITY AGREEMENT (hereinafter referred to as this "Agreement") is executed this 23rd, day of December, 2008, by ENNIS HOMES, INC. (hereinafter referred to as "INDEMNITOR") for the benefit of CHICAGO TITLE INSURANCE COMPANY, a corporation (hereinafter referred to as "COMPANY").

1.  This Agreement covers any part, parcel, or subdivision of the real property (hereinafter referred to as the "Real Property") in the County of Tulare, State of California, described as

Lot 168 of Williams Ranch, Phase Four, in the City of Porterville, County of Tulare, State of California, according to the Map thereof recorded in Book 42, Page 35 of Maps, Tulare County Records.  (Property located at 2174 W. Bel-Aire Court, Porterville CA 93257)

2.  INDEMNITOR has requested the COMPANY to issue its policy(s) of title insurance insuring an interest in the Real Property without taking exception to the following matters:

Recorded mechanic's liens attached as **Exhibit "A"** and any subsequent recorded mechanic's liens affecting the herein-described properties, and

Outstanding invoices as per Invoices by Project by Job by Vendor list attached as **Exhibit "B"** and

Unsecured property taxes attached as **Exhibit "C"**.

3.  INDEMNITOR (whether as owner of, part owner of, or having an interest in the Real Property or in a corporation, partnership, joint venture or other entity which is the owner of, part owner of, or has an interest in the Real Property, or otherwise) has an interest in the issuance of, and desires COMPANY from time to time to issue, policies of title insurance, or endorsements thereof, covering the Real Property or lots or portions thereof, insuring against loss which may be sustained by reason of the matters referred to in Paragraph 2, or without exception as to the matters referred to in Paragraph 2.

4.  Nothing herein shall be construed as an obligation on the part of COMPANY to issue any of the policies or insurance mentioned in this Agreement.  However, if COMPANY does issue any such policies or insurance or issue hold harmless or indemnity letters to induce other title insurance companies to issue title insurance policies, then INDEMNITOR shall be deemed to have concurrently given the assurances and made the agreements herein set forth for the benefit of COMPANY.

1

**Exhibit** _2_

**Page** _88_

5.   In order to induce COMPANY to issue and in consideration of the issuance by COMPANY of such policies of title insurance and endorsements as it may be willing to issue, INDEMNITOR promises and agrees to hold harmless, protect and indemnify COMPANY from and against any and all liabilities, losses, damages, expenses, charges, and fees, including but not limited to attorneys' fees and expenses of litigation, which it may sustain, under each and every policy or policies of title insurance or endorsements thereof which it may at any time issue, resulting directly or indirectly from the matters referred to in Paragraph 2, and to pay all costs, expenses and attorneys' fees incurred in enforcement of this Agreement.

6.   It is understood and agreed that COMPANY may rely upon this Agreement in issuing any policy, policies or endorsements covering all or any portion of the Real Property, whether or not INDEMNITOR is the person ordering the same, regardless of any change in ownership of the title to the Real Property or any portion thereof or any change in the nature of INDEMNITOR's interest in the same; that the issuance of any such policy or policies or endorsements in the manner desired by INDEMNITOR may cause COMPANY to deem it necessary or expedient for practical business reasons to issue other policies or endorsements covering the Real Property, without showing therein, as matters not insured against, the matters referred to in Paragraph 2; and therefore the obligations of INDEMNITOR hereunder shall not be limited to policies initially issued covering the Real Property or portions thereof but shall apply also to any policy or policies of title insurance subsequently issued covering the Real Property or portions thereof; provided, however, that INDEMNITOR may, at any time, deliver written notice to COMPANY of INDEMNITOR's election to exclude from the future application of this Agreement any of the Real Property upon which COMPANY has not issued a policy or endorsement in reliance upon this Agreement. INDEMNITOR's election shall be effective on the fifth (5th) business day following receipt by COMPANY of the above-referenced notice.

7.   INDEMNITOR agrees that it is directly and primarily liable to COMPANY and that the obligations of INDEMNITOR hereunder are independent of the obligations of any other indemnitor or third party owing to COMPANY.  If more than one person signs this Agreement as INDEMNITOR, the obligation hereunder shall be joint and several.  INDEMNITOR agrees that any release which may be given by COMPANY to any other indemnitor or third party shall not release INDEMNITOR from the payment and performance of its obligations under this Agreement.  As a condition to the payment and performance by INDEMNITOR of its obligations under this Agreement, COMPANY shall not be required to, and INDEMNITOR hereby waives any and all rights to require COMPANY to prosecute or seek to enforce any remedies against any other indemnitor or third party, or with respect to any security interests, liens or encumbrances granted to COMPANY by any other indemnitor or third party.  INDEMNITOR also agrees that its obligations under this Agreement shall not be impaired or affected by any modification, supplement, or amendment to any policy, policies or endorsements issued regarding the Real Property, nor by any release or other alteration of any security pledged by any other indemnitor or third party, nor by any agreements or arrangements whatsoever with any other indemnitor or third party.

Exhibit_____2_____

Page_____89_____

8.  Without affecting any of INDEMNITOR's obligations owing to COMPANY under this Agreement, INDEMNITOR hereby agrees that COMPANY may elect, in its sole and absolute discretion, to retain legal counsel of its choice on behalf of COMPANY's Insureds in connection with a ny c laims, d isputes, d emands, or actions made or arising in connection with the subject matter of this Indemnity or any policy or policies of title insurance or endorsements thereof issued covering the Real Property, and COMPANY may, in its sole and absolute discretion, settle or compromise any such claim, dispute, demand or action on such terms and in such a manner as COMPANY deems appropriate.  COMPANY is under no obligation to accept INDEMNITOR's selection of counsel.  At COMPANY's option it may suggest to its Insureds that counsel recommended by I NDEMNITOR b e r etained f or t he d efense o f t he I nsureds.  I NDEMNITOR agrees to underwrite the fees, costs and expenses associated with the defense of the Insureds.  Any counsel selected by the INDEMNITOR to represent COMPANY's Insureds must be acceptable to the Insureds and be independent counsel free of any conflict of interest.

9.  INDEMNITOR is presently informed of the condition and status of the Real Property and of all other circumstances which a diligent inquiry would reveal and which bear upon the risk of liability of INDEMNITOR under this Agreement.  INDEMNITOR hereby covenants that it will continue to keep itself informed of the condition and status of the Real Property, the status of other indemnitors, if any, and of all other circumstances which bear upon the risk of liability of INDEMNITOR under this Agreement.  Absent a written request for such information by INDEMNITOR to COMPANY, INDEMNITOR hereby waives its right, if any, to require COMPANY to disclose to it any information which COMPANY may now or hereafter acquire concerning such condition or circumstances including, but not limited to, the release of or revocation by any other indemnitor.

10.  INDEMNITOR hereby waives any defense arising by reason of any claim or defense based upon an election of remedies by COMPANY, which, in any manner impairs, affects, reduces, releases, destroys and/or extinguishes INDEMNITOR's subrogation rights, reimbursement rights, and/or any other rights of INDEMNITOR to proceed against any other indemnitor or against any other third party or security.  INDEMNITOR waives all presentments, demands for performance, notices of non-performance, protests, notices of protest, notices of dishonor, notices of default, notice of acceptance of this Agreement, and notices of the existence, creation, or issuance of any new or additional policy or policies of title insurance, and of endorsements thereof, regarding the Real Property, and all other notices or formalities to which INDEMNITOR may be entitled.

11.  This Agreement shall be binding upon the successors and assigns of INDEMNITOR  and shall inure to the benefit of COMPANY's successors and assigns.  The death, the incapacity, the lack of authority, the disability, and/or the dissolution of INDEMNITOR or any other indemnitor shall not terminate or otherwise impair COMPANY's rights under this Agreement.

Exhibit _____ 2

Page _____ 90

12.  INDEMNITOR agrees that this agreement is not intended to give any benefits, rights, privileges, actions, or remedies to any person, partnership, firm, or corporation other than COMPANY and INDEMNITOR under any theory of law.

13.  INDEMNITOR ACKNOWLEDGES THAT HE/IT IS EXECUTING THIS AGREEMENT BECAUSE OF THE BENEFITS DIRECTLY OR INDIRECTLY ACCRUING TO HE/IT BY REASON OF THE ISSUANCE OF THE SAID POLICIES.

In witness whereof the undersigned INDEMNITOR has executed this Agreement this 23rd day of December, 2008.

"INDEMNITOR"

Ennis Homes, Inc., a California Corporation

By _____
    President and CEO

By_____
    Vice-President and Secretary

4

Exhibit_____ 2_____

Page_____ 91

## DEPOSIT ACCOUNT RIDER TO SPECIAL INDEMNITY AGREEMENT

THIS DEPOSIT ACCOUNT RIDER (this "Rider"), dated December 23, 2008, is entered into between      ENNIS HOMES, INC., a California Corporation, ("INDEMNITOR"), and CHICAGO TITLE INSURANCE COMPANY, a corporation,

(hereinafter referred to as "COMPANY") and is hereby made a part of and incorporated into that certain Special Indemnity Agreement (the "Agreement"), dated December 23, 2008 , between INDEMNITOR and COMPANY.

The parties agree as follows:

1.   All capitalized terms contained in this Rider shall have the same definition so set forth in the Agreement unless they are specifically defined in this Rider.

2.   In addition to the provisions contained in the Agreement, and as security for the payment and performance by INDEMNITOR of any and all of its obligations under the Agreement, INDEMNITOR agrees to promptly deposit or cause to be deposited as collateral with COMPANY the sum of **$109,562.11**  and grants a security interest in the collateral (hereinafter referred to as the "Reserve").  The Reserve (including any interest received thereon) and any other sums held by COMPANY  hereunder shall constitute a deposit which shall be held by COMPANY as security for the performance of any and all of the obligations of INDEMNITOR under this Agreement. INDEMNITOR hereby authorizes COMPANY, in its sole and absolute discretion, to use all or any portion or portions of the Reserve to pay or to reimburse itself for the payment of any sums which INDEMNITOR has agreed to pay or reimburse COMPANY for pursuant to the terms of the Agreement and which INDEMNITOR failed to promptly pay upon demand, or any sum which, in the discretion of COMPANY, it may be required to pay for the protection of COMPANY's insureds or itself.  COMPANY is authorized to and agrees that it will promptly deposit the Reserve in a deposit account in the name of COMPANY with a financial institution selected by COMPANY in its sole and absolute discretion.  INDEMNITOR hereby assigns to COMPANY the account so established and all of its rights therein, which account shall be the property of COMPANY only. COMPANY agrees, however, to hold, use and disburse said account and the funds represented thereby only under the provisions of the Agreement and this Rider.

Any interest received by COMPANY on funds so deposited shall be deemed to be included in the Reserve held by COMPANY under this Rider.  COMPANY, in its sole and absolute discretion, may use or may distribute to INDEMNITOR any such interest without impairing any of the obligations of INDEMNITOR under the Agreement.  COMPANY shall have no obligation to collect interest on the Reserve or to see to the payment or crediting thereof, nor any responsibility or

**Exhibit** 2
**Page** 92

liability for the Reserve or any interest thereon in the event of any failure or refusal or inability of the financial institution to repay the amount represented by the deposit account or any portion thereof. At such time as all obligations of INDEMNITOR under the Agreement have been fully performed and the title to the Real Property is free of the effect of the matters referred to in Paragraph 2 of the Agreement and of any claim based thereon or resulting therefrom, and COMPANY has no unsatisfied claim against it which is indemnified against by INDEMNITOR pursuant to the Agreement, COMPANY agrees that it will repay to INDEMNITOR the amount of the Reserve and any other deposits received by COMPANY from INDEMNITOR less any sums properly expended by or owing to COMPANY under the provisions of the Agreement. COMPANY shall not be obligated to resort to the Reserve before enforcing any obligations of INDEMNITOR under the Agreement, but shall, notwithstanding its holding of the Reserve, have the right to enforce the obligations of INDEMNITOR by any lawful means without first resorting to the Reserve in the same manner and to the same extent as if no security for such obligations were held by COMPANY.

3.   Any one or more of the following events shall constitute an event of default by INDEMNITOR under this Rider:

(A)   If INDEMNITOR fails to pay when due and payable or on the date when declared due and payable, any of its obligations owing to COMPANY under the Agreement or this Rider; or

(B)   If INDEMNITOR fails or neglects to perform, keep or observe any term, provision, condition, covenant, agreement, warranty or representation contained in the Agreement, this Rider, or any other present or future agreement between INDEMNITOR and COMPANY.

4.   Upon the occurrence of an event of default by INDEMNITOR under the Agreement or this Rider, COMPANY may, at its election, without notice of its election and without demand, do any one or more of the following, all of which are authorized by INDEMNITOR:

(A)   Declare INDEMNITOR's obligations, arising under the Agreement or otherwise immediately due and payable;

(B)   Cease issuing policies of title insurance covering the Real Property.

5.   COMPANY's rights and remedies under this Rider and all other agreements shall be cumulative. COMPANY shall have all other rights and remedies not inconsistent herewith as are provided by law or in equity. No exercise by COMPANY of one right or remedy shall be deemed an election, and no waiver by COMPANY of any default on INDEMNITOR's part shall be deemed a continuing waiver. No delay by COMPANY shall constitute a waiver, election or acquiescence by it.

Exhibit ___2___

Page ___93___

IN WITNESS WHEREOF, the parties thereto have caused this Rider to be executed as of the date first hereinabove written.

"INDEMNITOR"

Ennis Homes, Inc., a California Corporation

By _____
   President and CEO

By _____
   Vice-President and Secretary

Exhibit_____ 2
Page_____ 94

# EXHIBIT "A"

## RECORDED MECHANIC'S LIENS

Exhibit_____2_____

Page_____95_____

2008-0069618

RECORDING REQUESTED BY

Sacramento Building Products, Inc.

AND WHEN RECORDED MAIL TO
Sacramento Building Products
P. O. BOX 815
WEST SACRAMENTO, CA 95691

```
Recorded          | REC FEE      29.00
Official Records  |
County of         |
Tulare            |
GREGORY B. HARDCASTLE|
Clerk Recorder    |
                  | DR
38:01AM 15-Oct-2008 | Page 1 of 4
```

## Mechanic's Lien

The Undersigned, __Sacramento Building Products__ Claimant, claims a mechanic's lien upon
(Name of person or firm as it appears on Mechanic's Lien)

the following described real property:

City of: DINUBA, PORTERVILLE, TULARE, VISALIA     County of:    TULARE    , State of California and

described as:  ENNIS HOMES - SEE ATTACHED

The sum of:   $138,800.97  together with interest thereon at the rate of %18 percent per annum from

   06/19/08    is due Claimant (after deducting all just credits and offsets) for the following labor, services,

equipment and/or materials furnished by Claimant:         INSULATION, CABINET, FIREPLACE, GUTTER

Claimant furnished the labor, services, equipment and/or materials at the request of, or under contract with:

ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257

The name(s) and address(es) of the owners or reputed owners of the property is/are:

ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257

Date: 10-9-2008          Name of Claimant: Sacramento Building Products

By: _____

Candice Kenney, Regional Credit Manager

## VERIFICATION

I, the undersigned, declare: I am the Credit Manager of the Claimant of the foregoing mechanic's lien; I am
authorized to make this Verification. I have read said claim of mechanic's lien and know the contents thereof;
the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/9/08 at Sacramento, California _____

Candice Kenney, for Sacramento Building Products

Exhibit  2

Page  96

| INV # | COMMUNITY | AMOUNT DUE |
|-------|-----------|-----------:|
| **PARKSIDE VILLAGE, DINUBA** | | |
| 44760BL | 1677 EL PASO AVE, DINUBA | $ 794.04 |
| 44674CD | 1677 EL PASO AVE, DINUBA | $ 953.81 |
| 44674CI | 1677 EL PASO AVE, DINUBA | $ 2,384.53 |
| 44674CP | 1677 EL PASO AVE, DINUBA | $ 106.62 |
| 63971BL | 1503 EL PASO AVE, DINUBA | $ 340.56 |
| 63971BT | 1503 EL PASO AVE, DINUBA | $ 613.00 |
| 63972BL | 1519 EL PASO AVE, DINUBA | $ 503.43 |
| 63972BT | 1519 EL PASO AVE, DINUBA | $ 764.87 |
| 63973BT | 1504 SAN ANTONIA AVE, DINUBA | $ 567.83 |
| 63973BL | 1504 SAN ANTONIA AVE, DINUBA | $ 374.41 |
| 62572CD | 1504 SAN ANTONIA AVE, DINUBA | $ 562.16 |
| 62572CI | 1504 SAN ANTONIA AVE, DINUBA | $ 1,405.39 |
| 62572CP | 1504 SAN ANTONIA AVE, DINUBA | $ 839.99 |
| 63974B2 | 1564 SAN ANTONIA AVE, DINUBA | $ 337.15 |
| 63964CP | 1564 SAN ANTONIA AVE, DINUBA | $ 842.83 |
| 67795FI | 1623 EL PASO AVE, DINUBA | $ 630.43 |
| | | |
| **THE RANCH, PORTERVILLE** | | |
| 47184B2 | 4441 WEST PROSPECT, VISALIA | $ 454.41 |
| 47184BL | 4441 WEST PROSPECT, VISALIA | $ 757.28 |
| 45322CD | 4441 WEST PROSPECT, VISALIA | $ 1,488.52 |
| 45322CI | 4441 WEST PROSPECT, VISALIA | $ 5,954.07 |
| 45322CP | 4441 WEST PROSPECT, VISALIA | $ 2,203.24 |
| | | |
| **WILLIAMS RANCH, PORTERVILLE** | | |
| 63557BL | 945 N. SILVER MAPLE ST, PORTERVILLE | $ 792.51 |
| 66631BL | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 777.22 |
| 66631BT | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 1,183.03 |
| 65118CD | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 1,211.15 |
| 65118CI | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 3,290.89 |
| 65118CP | 935 N. SILVER MAPLE ST, PORTERVILLE | $ 1,809.59 |
| 67045BT | 966 N. RED OAK ST., PORTERVILLE | $ 1,049.70 |
| 66635BL | 2174 W. BEL AIR COURT, PORTERVILLE | $ 721.44 |
| 66635BT | 2174 W. BEL AIR COURT, PORTERVILLE | $ 1,093.33 |
| 65117CD | 2174 W. BEL AIR COURT, PORTERVILLE | $ 1,143.82 |
| 65117CI | 2174 W. BEL AIR COURT, PORTERVILLE | $ 2,859.55 |
| 66636BL | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 634.51 |
| 66636BT | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 949.89 |
| 64533CD | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 626.50 |
| 64533CI | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 1,856.70 |
| 64533CP | 944 N. SILVER MAPLE ST, PORTERVILLE | $ 936.05 |
| | | |
| **MADISON CROSSING, VISALIA** | | |
| 66178BT | 2641 N. MENDONCA ST, VISALIA | $ 865.32 |
| 63693CD | 2641 N. MENDONCA ST, VISALIA | $ 840.29 |
| 63693CI | 2641 N. MENDONCA ST, VISALIA | $ 2,100.72 |
| 63693CP | 2641 N. MENDONCA ST, VISALIA | $ 1,248.78 |
| 66178BL | 2641 N. MENDONCA ST, VISALIA | $ 567.46 |
| 62568CD | 3450 W. LARK AVE, VISALIA | $ 1,209.27 |
| 62568CI | 3450 W. LARK AVE, VISALIA | $ 2,888.80 |
| 62568CP | 3450 W. LARK AVE, VISALIA | $ 1,716.68 |

Exhibit _2_

Page _97_

RECORDING REQUESTED BY

VIKING READY MIX, INC.

AND WHEN RECORDED MAIL TO :

Name   VIKING READY MIX, INC.
Street
Address   P.O. BOX 9129
City &
State   FRESNO      CA      93790

2008-0071131

Recorded
Official Records
County of
Tulare
GREGORY B. HARDCASTLE
Clerk Recorder

08:01AM 22-Oct-2008

| REC FEE | 10.00 |
| CONFORMED COPY | 1.00 |
| LIEN NOTICE | 13.00 |
| RS |
| Page 1 of 1 |

SPACE ABOVE THIS LINE FOR RECORDER'S US____

# MECHANIC'S LIEN

The undersigned _____ VIKING READY MIX, INC. _____
(Name of person or firm claiming mechanic's lien. Contractors use name exactly as it appears on contractor's license.)

Claimant, claims a mechanic's lien upon the following described real property:

City of _____ PORTERVILLE _____ , County of _____ TULARE _____ , California,

WILLIAMS RANCH (LOT 168) _____
General description of property where the work or materials were furnished. A street address is sufficient,
but if possible, use both street address and legal description.

The sum of $ _____ 6,235.53 _____ together with interest thereon
(amount of claim due and unpaid)

at the rate of _____ 10 _____ percent per annum from _____ October 10, 2008 _____
(Date when balance became due.)

is due claimant (after deducting all just credits and offsets for the following work and materials furnished

by claimant _____ DELIVERY OF READY MIX CONCRETE AND RELATED MATERIALS _____
(insert general description of work or materials furnished)

Claimant furnished the work and materials at the request of, or under contract with

EMET CONSTRUCTION (A19976081)
(Name of person or firm who ordered or contracted for the work or materials)

The owners and reputed owners of the property are _____ ENNIS HOMES _____

ATTN: BRIAN ENNIS 643 N. WESTWOOD, PORTERVILLE, CA. 93257
(insert name of owner of real property. This can be obtained from the County Recorder or by checking the building permit application at the Building Department)

Firm Name _____ VIKING READY MIX, INC. _____

By: _____ Rodney Gonzales _____
(Signature of claimant or authorized agent)

**VERIFICATION**      RODNEY GONZALES

I, the undersigned, say I am the _____ CREDIT MANAGER _____
"President of", "Manager of", "A partner of, "Owner of", etc.

The claimant of the foregoing mechanic's lien. I have read said claim of mechanic's lien and know the contents
thereof; the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ October 10, 2008 _____ at _____ FRESNO _____ , California
(Date of Signature)        (City where signed)

VIKING READY MIX      Rodney Gonzales
Personal signature of the individual who is swearing that the contents
of the claim of mechanic's lien are true.
RODNEY GONZALES, CREDIT MANAGER

This document is only a general form which may be proper use in simple transactions and in no way acts, or is intended to act, as a substitute for the advice of an attorney. The publisher does not
make any warranty, either express or implied, as to the legal validity of any provision or the suitability of these forms in any specific transactions.

FORM D

Exhibit _____ 2

Page _____ 98



2008-0071558

Recorded at the request of
and to be returned to:

MORTON & BROWN PLUMBING, INC.

1810 INYO, POB 1107, DELANO CA 93216

| Recorded Official Records County of Tulare GREGORY B. HARDCASTLE Clerk Recorder | REC FEE      13.00 |
| | CONFORMED COPY 1.00 |
| 11:51AM 23-Oct-2008 | RS  Page 1 of 2 |

**MECHANIC'S LIEN**
**(California Civil Code §3084)**

Claimant,

MORTON & BROWN PLUMBING
1810 INYO/POB 1107
DELANO CA 93216

hereby claims a mechanic's lien as follows:

1. Claimant's demand, after deducting all just credits and offsets, is **$8,900.00**,

plus interest at the rate of **24%** per annum

from OCTOBER 22, 2008
(Date balance became due)

2. The name of the owner or reputed owner, if known, is:

ENNIS HOMES, INC.

3. Claimant furnished the following kinds of labor, services, equipment or materials:

PLUMBING MATERIAL AND LABOR

4. Said labor, services, equipment or materials were performed or furnished at:

2174 W. BEL-AIRE COURT (LOT 168)

PORTERVILLE CA 93257
(Description of location sufficient for identification)

5. The name of the person by whom the Claimant was employed or to whom the Claimant furnished the labor, services, equipment or materials is:

ENNIS HOMES, INC.

Exhibit ___2___

Page ___99___

Dated: 10/23/08

MORTON & BROWN PLUMBING
(Claimant)

By: _____
(Signature)

MICHAEL E. BROWN, PRESIDENT
(Print or Type Name/Title)

## VERIFICATION

I, the undersigned, say: I am the

PRESIDENT
(Title)

of the claimant of the foregoing mechanic's lien; I have read said claim of mechanic's lien and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2008,

at Tulare, California
(Name of city where signed).

_____
(Personal signature of person providing the verification)

## CERTIFICATE OF ACKNOWLEDGEMENT

STATE OF CALIFORNIA                    )

                                       ) ss

County of _____                  )

On _____, 200__ before me, _____, [name of notary] Notary Public, personally appeared _____,
[name(s) of signer(s)] who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature : _____ (Seal)

Exhibit_____2_____

Page_____100_____

2008-0072903

| Recorded | REC FEE | 10.00 |
| Official Records | | |
| County of | COPY - RECORDS | 3.00 |
| Tulare | | |
| GREGORY B. HARDCASTLE | | |
| Clerk Recorder | | |
| | DJF | |
| 02:10PM 30-Oct-2008 | Page 1 of 1 | |

**RECORDING REQUESTED BY & MAIL TO:**

NAME __Fenceworks, Inc.__

STREET ADDRESS __4750 Burr Street, Suite B__

CITY, STATE & ZIP CODE __Bakersfield, CA  93308__

———— SPACE ABOVE THIS LINE FOR RECORDER'S USE ————

# STATE OF CALIFORNIA MECHANIC'S LIEN
### (Claim of Lien)

The undersigned, __Fenceworks__

(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN - CONTRACTORS USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of __Tulare__, State of California, and described as follows:

__"Williams Ranch" project, Porterville, CA__

__2174 W. Bel-Aire Court, Lot:168, Phase: 04__

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ __2,775.95__,

(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of __12__ per cent per annum from __October 22____2008__, is due

(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

claimant for the following labor, services, equipment and/or materials furnished by Claimant:

__Fence Material and Labor__

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is __Ennis Homes, Inc.__

__643 N. Westwood Street, Porterville, CA 93257__

(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH, CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: __Ennis Homes__

__643 N. Westwood Street, Porterville, CA 93257__

(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Name of Claimant __Fenceworks__

By __David Hall__          __David Hall  - Assoc. Manager__

## VERIFICATION

I, the undersigned, declare: I am the __Assoc. Mgr.__ of __Fenceworks__

(TITLE)                          (NAME OF CLAIMANT)

the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__October 28____2008__          __David Hall__          __David Hall - Assoc. Manager__

(DATE OF SIGNATURE)          (SIGNATURE OF THE INDIVIDUAL WHO VERIFIES THAT THE CONTENTS OF THE CLAIM OF MECHANIC'S LIEN ARE TRUE)

BEFORE UTILIZING THIS FORM FIELD IS HIGHLY RECOMMENDED THAT WHATEVER CHANGES ARE DEEMED NECESSARY TO YOUR PARTICULAR TRANSACTION CONSULT A LITIGATION YOU OUGHT TO. OR IS THE LEGAL REGARDING DO USE AND USE. www.TheContractorsGroup.com MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED WITH RESPECT TO THE MERCHANTABILITY OR FITNESS OF THIS FORM FOR AN INTENDED USE OR PURPOSE

Exhibit __2__

Page __101__

RECORDING REQUESTED BY
BMC West Corp.
1330 N MAPLE AVE
FRESNO, CA 93703
    AND WHEN RECORDED MAIL TO:
BMC West. Corp.
1330 N. Maple Ave.
Fresno, CA 93703

```
2008-0074143
      Recorded       | REC FEE      10.00
 Official Records     |
    County of         |
      Tulare          |
GREGORY B. HARDCASTLE |
   Clerk Recorder     |
                      |
                      | DJF
08:01AM 05-Nov-2008   | Page 1 of 1
```

— SPACE ABOVE THIS LINE FOR RECORDER'S USE —

# MECHANICS' LIEN

The undersigned BMC West Corp. _____
_____ (Name of person or firm claiming mechanical lien. Contractor use name exactly as it appears on contractor's license)
Claimant claims a mechanics' lien upon the following described real property:
City of __Porterville__ , County of __Tulare__ , California,
__Williams Ranch Lot 416B__
[General description of property where the work or materials were furnished. A street address is sufficient but, if possible, use both street address and legal description.]
__2174 W. Bel-Aire Ct.__
_____
__Porterville, CA.__
The sum of $ __4939.35__ _____ together with interest thereon
                        [Amount of claim due and unpaid]
at the rate of __18__ percent per annum from __08-10-08__ _____
                                              [Date when balance became due]
is due claimant after deducting all just credits and offsets for the following work and materials furnished
by claimant LUMBER/BUILDING MATERIALS/LABOR _____
                   [Insert general description of work or materials furnished]

            Claimant furnished the work and materials at the request of, or under contract with
ENNIS HOMES    643 N WESTWOOD STREET, PORTERVILLE, CA 93257 _____
                [Name of person or firm who ordered or contracted for the work or materials]

The owners and reputed owners of the real property or leasehold interest are _____
ENNIS HOMES, 643 N WESTWOOD STREET, PORTERVILLE, CA 93257
[Insert name of owner of real property. This can be obtained from the County Recorder.]

                     Firm Name BMC West Corp.
                     By: _____
                                [Signature of claimant or authorized agent]
                     Chris Johnson

## VERIFICATION

I, the undersigned, say: I am the ADMINISTRATIVE MANAGER OF _____
                          [President of," "Manager of," "A partner of," "Owner of," etc.]
the claimant of the foregoing mechanics' lien. I have read said claim of mechanics' lien and know the
contents thereof; the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.
Executed on __11/3/08__ _____ , at __FRESNO__ _____ , California.
              [Date of Signature]              [City Where Signed]
                                        _____
                                        [Personal signature of the individual who is swearing that the contents
                                         of the claim of mechanics' lien are true.]
                     Chris Johnson

© VFH, Inc., P.O. Box 7, Loomis, CA 95650 (916) 652-7237                              FORM D

Exhibit ____2____
Page ____102____

2008-0080085

Recorded | REC FEE 10.00
Official Records |
County of |
Tulare |
GREGORY B. HARDCASTLE |
Clerk Recorder |
| NB
12:19PM 20-Nov-2008 | Page 1 of 1

**RECORDING REQUESTED BY & MAIL TO:**

NAME Anchor Lighting Inc.

STREET ADDRESS 2375 East Tulare Ave.

CITY, STATE & ZIP CODE Tulare, CA 93275

Space above this line for Recorder's use

## STATE OF CALIFORNIA MECHANIC'S LIEN

**(Claim of Lien – Civil Code Section 3084)**

The undersigned, Anchor Lighting Inc.
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN - CONTRACTORS USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of Porterville, County of Tulare, State of California and described as follows: Williams Ranch Project:935 N Silver Maple PO#224424 Porterville CA 93257;935 N Silver Maple PO#224423 Porterville CA 93257;944 N Silver Maple PO#224588 Porterville CA 93257;944 N Silver Maple PO#224589 POrterville CA 93257;2174 W BelAire PO#224514 Porterville CA 93257;2174 W BelAir PO#224515 Porterville 93257

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED. ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ 2978.04
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of 10 percent per annum from 07/25/08 (DATE WHEN AMOUNT OF CLAIM BECAME DUE) is due Claimant for the following labor, services, equipment and/or materials furnished by Claimant:
Supply of lighting.

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is Ennis Homes, Inc.; Brian Ennis

(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH, CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
Ennis Homes Inc. 643 N. Westwood St. Porterville CA 93257
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Name of Claimant Anchor Lighting Inc.

Executed on 11/19/08 at Tulare County

by Charlie Boghosian (PRINT NAME) [signature] (SIGNATURE)

## VERIFICATION

I, the undersigned, declare: I am the President (TITLE) of Anchor Lighting Inc. (NAME OF CLAIMANT) the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this Verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 11/19/08 (DATE) at Tulare County, California (CITY AND STATE WHERE SIGNED AND VERIFIED)

By Charlie Boghosian (PRINT NAME) [signature] (SIGNATURE)

1 of 6

**2008-0080601**

```
            Recorded      | REC FEE      10.00
        Official Records  )
            County of     )
             Tulare       )
     GREGORY B. HARDCASTLE|
         Clerk Recorder   |
                          |
                          | PB
     08:01AM 24-Nov-2008  | Page 1 of 1
```

RECORDING REQUESTED BY AND RETURN TO:
File: 455371  APN:
Heating & Cooling Supply , LLC
Alicia Deguzman
1669 Brandywine Ave., Suite A
Chula Vista, CA 91911
Phone: 619-626-8885
Fax: 619-421-0980

## MECHANIC'S LIEN
### (California Civil Code § 3084)

The undersigned claimant, Heating & Cooling Supply , LLC, hereby claims a mechanic's lien as follows:

The claimant's demand, after deducting all just credits and offsets, is the sum of $3,393.97, including service charges or interest at the rate of 18.00% per annum, thereon from  until the amount owing is paid in full.

The name of the owner(s) or reputed owner(s), if known, is: ENNIS HOMES INC, , 643 N WESTWOOD ST, PORTERVILLE, CA 93257.

The name of the person to whom claimant furnished the labor, services, equipment or materials to was QUALITY AIR, 4491 S. K STREET, TULARE, CA 93274.

The claimant furnished the following kinds of labor, services, equipment or materials: Heating & Cooling Materials.

The site at which the work of improvement was constructed is commonly known as the WILLIAMS RANCH #4 project, located at LOTS 127-185, N. SILVER MAPLE STREET, W. THETA AVE., PORTERVILLE, CA 93257, in the County of TULARE.

The specific contract information is for Our Job/Invoice 49174.

**Dated: 11/13/2008**

By: _Greg Kooyman_
     Greg Kooyman, Director of Credit
     Heating & Cooling Supply , LLC

### VERIFICATION

I declare that I, Greg Kooyman, Director of Credit, am authorized to file this claim on behalf of the claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge  declare under penalty of perjury that the foregoing is true and correct. Executed at *Chula Vista, CA* on 11/13/2008 for Heating & Cooling Supply , LLC.

By: _Greg Kooyman_
Greg Kooyman, Director of Credit

**Exhibit** _2_

**Page** _104_

EXHIBIT "B"

Ennis Homes                          Invoices by Project by Job by Vendor                          12-04-2008
Only Open invoices are printed.

| Vendor | | Amount Original | Amount Paid | Amount Outstanding |
|---|---|---|---|---|
| 030 | | | | |
| 030-04-168 | Close Date | | | |
| ANCHLIGH | Anchor Lighting | 1,239.24 | .00 | 1,239.24 -- |
| BLANCUST | Blanks Cstm Drywll & Pnt | 6,691.25 | .00 | 6,691.25 -- |
| BLPAINT | Bill Slatten Painting | 3,240.72 | .00 | 3,240.72 -- |
| BMCWESTF | BMC West Corp Frame | 4,939.35 | .00 | 4,939.35 -- |
| CENTVLYO | Central Valley Overhd Dr | 635.00 | .00 | 635.00 -- |
| COULTERS | Coultrs Of Prtrvll, Inc | 3,511.65 | .00 | 3,511.65 -- |
| EMETCONS | Emet Construction Inc | 17,223.40 | .00 | 17,223.40 -- |
| FENCEWOR | Fenceworks Inc | 2,775.95 | .00 | 2,775.95 ✓-- |
| FSDOOR | F & S Shower Door | 1,026.00 | .00 | 1,026.00 -- |
| GANGNAIL | Gang Nail Truss Co Inc | 4,370.42 | .00 | 4,370.42 -- |
| HUDSTILE | Hudson Tile Inc. | 1,600.00 | .00 | 1,600.00 -- |
| KEITHBRO | Keith Brown Bldng Matrls | 7,029.72 | .00 | 7,029.72 -- |
| LINKENTE | LinkUs Enterprises Inc. | 575.00 | .00 | 575.00 -- |
| LOUITHOM | Louis Thompson Excavatn | 350.00 | .00 | 350.00 -- |
| MASTGARD | Master Gardens Landscape | 2,300.00 | .00 | 2,300.00 -- |
| MORTBROW | Horton & Brwn Plmbng Inc | 7,435.48 | .00 | 7,435.48 ✓-- |
| NELSROOF | Nelson Roofing Inc. | 8,540.00 | .00 | 8,540.00 -- |
| PERFECTI | Perfection Iron | 550.00 | .00 | 550.00 -- |
| PORCITY | City Of Porterville | 35.14 | .00 | 35.14 -- |
| PRECTILE | Precision Tile Works | 6,620.00 | .00 | 6,620.00 -- |
| QUALAIR | Quality Air | 5,556.27 | 3,830.61 | 1,725.66 ✓-- |
| RBCCLEAN | R & B Construction Clnup | 2,150.08 | .00 | 2,150.08 -- |
| RES-PEST | Res-Com Pest Control | 230.16 | .00 | 230.16 -- |
| SACRBLDC | Sacramento Bld Cabinets | 5,705.00 | .00 | 5,705.00 ✓-- |
| SACRBLDI | Sacramento Bld Insulatn | 1,793.84 | .00 | 1,793.84 ✓-- |
| SCEROSE | S C E | 34.96 | .00 | 34.96 -- |
| SCGUTI | S C G | 36.81 | .00 | 36.81 -- |
| STARELEC | Star Electric Inc | 4,809.00 | .00 | 4,809.00 -- |
| SUMMPURT | Summer Purtle | 372.64 | .00 | 372.64 -- |
| TRIVALLE | Tri Valley Plastrng Inc. | 6,967.97 | .00 | 6,967.97 -- |
| TUCOTAX | Tulare Co Tax Collector | 299.52 | .00 | 299.52 -- |
| VISACOUN | Visal Cntr Top Desgn Inc | 384.00 | .00 | 384.00 -- |
| VISAPIPE | Visalia Pipe & Supply | 853.77 | .00 | 853.77 -- |
| WINDPLUS | Windows Plus LLC | 2,741.96 | .00 | 2,741.96 -- |
| XAVISAHA | Xavier Sahagun Constrctn | 8,853.00 | .00 | 8,853.00 -- |
| Job Total | | 121,477.30* | 3,830.61* | 117,646.69* |
| Project Total: | | 121,477.30* | 3,830.61* | 117,646.69* |
| Report Totals: | | 121,477.30* | 3,830.61* | 117,646.69* |

EXHIBIT "C"

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

| | |
|---|---|
| County: | Tulare |
| Fiscal Year: | 2008-2009 |
| Taxpayer: | Ennis Homes Inc. |
| County Identification Number: | 990-177-341 |
| Amount: | $117.17 |
| Recorded: | November 18, 2008, Instrument No. 2008-0079384, of Official Records |

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

| | |
|---|---|
| County: | Tulare |
| Fiscal Year: | 2008-2009 |
| Taxpayer: | Ennis Homes Inc. |
| County Identification Number: | 990-177-342 |
| Amount: | $96.92 |
| Recorded: | November 18, 2008, Instrument No. 2008-0079385, of Official Records |

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

| | |
|---|---|
| County: | Tulare |
| Fiscal Year: | 2008-2009 |
| Taxpayer: | Ennis Homes Inc. |
| County Identification Number: | 990-177-608 |
| Amount: | $93.93 |
| Recorded: | November 18, 2008, Instrument No. 2008-0079389, of Official Records |

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

| | |
|---|---|
| County: | Tulare |
| Fiscal Year: | 2008-2009 |
| Taxpayer: | Ennis Homes Inc. |
| County Identification Number: | 990-177-883 |
| Amount: | $153.42 |
| Recorded: | November 18, 2008, Instrument No. 2008-0079395, of Official Records |

Exhibit _____ 2

Page _____ 106

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

County:                 Tulare
Fiscal Year:            2008-2009
Taxpayer:               Ennis Homes, Inc.
County
Identification
Number:                 990-177-283
Amount:                 $191.68
Recorded:               November 18, 2008, Instrument No. 2008-0079380, of Official Records

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

County:                 Tulare
Fiscal Year:            2008-2009
Taxpayer:               Ennis Homes, Inc.
County
Identification
Number:                 990-177-284
Amount:                 $110.76
Recorded:               November 18, 2008, Instrument No. 2008-0079381, of Official Records

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

County:                 Tulare
Fiscal Year:            2008-2009
Taxpayer:               Ennis Homes Inc.
County
Identification
Number:                 990-177-322
Amount:                 $302.23
Recorded:               November 18, 2008, Instrument No. 2008-0079382, of Official Records

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

County:                 Tulare
Fiscal Year:            2008-2009
Taxpayer:               Ennis Homes Inc.
County
Identification
Number:                 990-177-329
Amount:                 $90.17
Recorded:               November 18, 2008, Instrument No. 2008-0079383, of Official Records

Exhibit _____ 2

Page _____ 107

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

| | |
|---|---|
| County: | Tulare |
| Fiscal Year: | 2008-2009 |
| Taxpayer: | Ennis Homes Inc. |
| County Identification Number: | 990-178-633 |
| Amount: | $795.01 |
| Recorded: | November 18, 2008, Instrument No. 2008-0079405, of Official Records |

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

| | |
|---|---|
| County: | Tulare |
| Fiscal Year: | 2008-2009 |
| Taxpayer: | Ennis Homes Inc. |
| County Identification Number: | 990-178-634 |
| Amount: | $141.92 |
| Recorded: | November 18, 2008, Instrument No. 2008-0079406, of Official Records |

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

| | |
|---|---|
| County: | Tulare |
| Fiscal Year: | 2008-2009 |
| Taxpayer: | Ennis Homes, Inc. |
| County Identification Number: | 990-179-261 |
| Amount: | $163.61 |
| Recorded: | November 18, 2008, Instrument No. 2008-0079420, of Official Records |

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

| | |
|---|---|
| County: | Tulare |
| Fiscal Year: | 2008-2009 |
| Taxpayer: | Ennis Homes Inc. |
| County Identification Number: | 990-181-225 |
| Amount: | $158.35 |
| Recorded: | November 18, 2008, Instrument No. 2008-0079438, of Official Records |

Exhibit     2

Page     108

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

| | |
|---|---|
| County: | Tulare |
| Fiscal Year: | 2008-2009 |
| Taxpayer: | Ennis Homes Inc. |
| County Identification Number: | 800-230-124 |
| Amount: | $17,861.30 |
| Recorded: | November 18, 2008, Instrument No. 2008-0077083, of Official Records |

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

| | |
|---|---|
| County: | Tulare |
| Fiscal Year: | 2008-2009 |
| Taxpayer: | Alexander Capital Corporation, Lessee:  Ennis Homes Inc. |
| County Identification Number: | 810-014-393 |
| Amount: | $340.47 |
| Recorded: | November 18, 2008, Instrument No. 2008-0078736, of Official Records |

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

| | |
|---|---|
| County: | Tulare |
| Fiscal Year: | 2008-2009 |
| Taxpayer: | Ennis Homes Inc. |
| County Identification Number: | 990-177-282 |
| Amount: | $115.89 |
| Recorded: | November 18, 2008, Instrument No. 2008-0079379, of Official Records |

**A lien for unsecured property taxes** filed by the tax collector of the county shown, for the amount set forth, and any other amounts due.

| | |
|---|---|
| County: | Tulare |
| Fiscal Year: | 2008-2009 |
| Taxpayer: | Ennis Homes Inc. |
| County Identification Number: | 990-181-307 |
| Amount: | $107.02 |
| Recorded: | November 18, 2008, Instrument No. 2008-0079439, of Official Records |

Exhibit ___2___

Page ___109___